UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                Chapter 11

IT'SUGAR FL I LLC,                Case No. 20-20259-RAM
IT'SUGAR LLC,                       Case No. 20-20261-RAM
IT'SUGAR ATLANTIC CITY LLC,      Case No. 20-20263-RAM
IT'SUGAR FLGC LLC,                Case No. 20-20264-RAM
                                                (Joint Administration *pending*)

        Debtors.
_____/

## CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtors-in-Possession, It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (collectively, "***It'Sugar***" or the "***Debtors***"), file this Consolidated Chapter 11 Case Management Summary and state:

The following data represents approximations for background information only and the information represents the Debtors' best estimate in response to some of the ensuing questions.

1.     Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): September 22, 2020.

2.     Names, case numbers and dates of filing of related debtors (all Petitions were filed on September 22, 2020):

        It'Sugar FL I LLC, Case No. 20-20259-RAM;
        It'Sugar LLC, Case No. 20-20261-RAM;
        It'Sugar Atlantic City LLC, Case No. 20-20263-RAM; and
        It'Sugar FLGC LLC, Case No. 20-20264-RAM.

3. Description of the Debtors' business: The Debtors operate as a single business and are known throughout the industry as It'Sugar. It'Sugar is a specialty candy retailer whose products include bulk candy, candy in giant packaging, and licensed and novelty items. It'Sugar's portfolio includes approximately 100 retail locations across 28 states.

4. Locations of the Debtors' operations and whether the business premises are leased or owned: All business premises (including store locations) are leased. *See* Schedule of Stores attached as **Exhibit A**. The Debtors own no real property.

5. Reasons for filing chapter 11: It'Sugar operates approximately 100 retail stores across the country. In connection with the COVID-19 pandemic, in March 2020, It'Sugar was forced to close all retail locations and furlough all store employees, along with a majority of corporate employees. Over the next several months, It'Sugar reopened approximately 90 retail locations and began recalling furloughed employees, but regularly must close individual locations due to staffing shortages or local government mandates. It'Sugar's sales declined during the second quarter of 2020 by approximately 48% compared to 2019. There is no assurance that sales will improve or will not continue to decline, as the duration and severity of the COVID-19 pandemic and its effects remain uncertain. As a result of the closure of its stores and decreased sales, It'Sugar ceased paying rent to landlords in April 2020. While negotiations with landlords have been ongoing, a number of It'Sugar's leases are no longer market value and It'Sugar has accrued unpaid rent obligations of approximately $7.5 Million, thus necessitating bankruptcy in order to reject certain leases and restructure It'Sugar's corresponding debt.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

**It'Sugar FL I LLC, It'Sugar LLC, and It'Sugar Atlantic City LLC**

a) Jeffrey Rubin, Chief Executive Officer and Manager: Mr. Rubin receives an annual salary of $375,000 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors, including cell phone. Mr. Rubin's salary is initially paid by BBX Sweet Holdings, LLC ("*Sweet Holdings*") and reimbursed 100% by the Debtors. Mr. Rubin's benefits are paid by the Debtors.

b) Anton Gladnikov, Chief Financial Officer and Manager: Mr. Gladnikov receives an annual salary of $180,000 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors, including cell phone. Mr. Gladnikov's salary is initially paid by Sweet Holdings and reimbursed 85% by the Debtors. The remaining 15% of Mr. Gladnikov's salary is allocated to his work for Sweet Holdings that is unrelated to the Debtors. Mr. Gladnikov's benefits are paid by the Debtors.

c) Maryanne Scaffidi, Chief HR Officer: Ms. Scaffidi receives an annual salary of $220,000 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors, including cell phone. Ms. Scaffidi salary is initially paid by Sweet Holdings and reimbursed 85% by the Debtors. The remaining 15% of Ms. Scaffidi's salary is allocated to her work for Sweet Holdings that is unrelated to the Debtors. Ms. Scaffidi's benefits are paid by the Debtors.

d) Jonathan Schwartz, Assistant Vice-President of Real Estate and Business Development: Mr. Schwartz receives an annual salary of $183,750 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors, including cell phone. Mr. Schwartz' salary is initially paid by BBX Capital and reimbursed 75% by the Debtors. The remaining 25% of Mr. Schwartz' salary is

allocated to his work for BBX Capital that is unrelated to the Debtors. Mr. Schwartz' benefits are paid by the Debtors.

  e)  Steve Parris, Vice President of Information Technology: Mr. Parris receives an annual salary of $190,000 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors. Mr. Parris's salary and benefits are paid by the Debtors.

  f)  Jarett S. Levan, Interim Chief Operating Officer: Mr. Levan does not receive a salary or benefits from the Debtors.

### It'Sugar FLGC LLC

  g)  Jeffrey Rubin, Chief Executive Officer and Manager (see above).

  h)  Anton Gladnikov, Chief Financial Officer and Manager (see above).

7.  Debtors' fiscal or calendar year to date gross income and the Debtors' gross income for the calendar or fiscal year prior to the filing of this petition:

  a)  Gross Income for the period December 29, 2019 through September 22, 2020 is estimated at $30.6 million; and

  b)  Gross income for the fiscal year 2019 is $85.4 million.

8.  Amounts owed to various creditors:

  a)  Obligations owed for priority taxes:

    i)  Sales/Use Tax: estimated at $150,000; and

    ii)  Tangible Property Tax: estimated at $10,000.

  b)  With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtors

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

securing their claim: SHL Holdings, Inc. ("**Secured Lender**");[1] *see* UCC-1 Schedule 1 attached as **Exhibit B** for a description of the collateral valued at approximately $12,907,320; Secured Lender is owed approximately $6,300,000 plus interest.

    c)    Amount of unsecured claims: approximately $10.5 Million, including rents.

9.    General description and approximate value of the debtors' assets:

    a)    Cash on hand and on deposit in bank accounts: $500,000;

    b)    Retail inventory (estimated as of 9/22/2020): $5,607,320; and

    c)    Various furniture, fixtures, equipment, and supplies, valued at approximately $6,200,000, subject to appraisal.

10.    List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: *see* Schedule of Insurance Policies attached as **Exhibit C**.

11.    Number of employees and amounts of wages owed as of petition date: As of the Petition Date, the Debtors employ a total of 598 employees who are owed an aggregate of approximately $400,000 of net gross wages prepetition.

12.    Status of Debtors' payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): the Debtors

---

[1] SHL shares a common, ultimate parent with the Debtor. More specifically, BBX Capital Florida, LLC wholly owns It'Sugar Holdings LLC, which owns 90% of the common membership interests in It'Sugar, LLC. BBX Capital Florida, LLC, through wholly owned subsidiaries, also owns SHL. SHL acquired the described debt from Bank in America in April 2020.

5

owe payroll taxes for the prepetition payroll period only in the approx. amount of $75,000 and sales taxes as of September 22, 2020 in the approx. amount of $130,000.

13. Anticipated emergency relief to be requested within a few days (First Day Motions):

a) Debtors' Emergency Motion for (A) Authority to (I) Maintain Certain Bank Accounts and Continue to Use Existing Business Forms and Checks, and (II) Continue to Use Existing Cash Management System, and (A) Waiver of Certain Investment and Deposit Guidelines;

b) Debtors' Emergency Motion for Authorization to (I) Pay Certain Prepetition Employee Obligations and Maintain and Continue Employee Benefits and Programs; and (II) For Banks and Other Financial Institutions to Honor and Process Checks and to Honor Transfers Related to Such Obligations;

c) Debtors' Emergency Motion Pursuant to Sections 105(a), 363(b), and 503(b)(1) of the Bankruptcy Code for Authorization to Honor Certain Prepetition Customer Programs;

d) Debtors' Emergency Motion for Authorization to (I) Continue Insurance Programs and (II) Pay All Insurance Obligations;

e) Emergency Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Postpetition Financing from SHL Holdings, Inc.; and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling Final Hearing; and (V) Granting Related Relief;

f) Application of the Debtors for an Order, on an Interim Basis, Authorizing the Employment and Retention of Meland Budwick, P.A. as Attorneys for the Debtors and Debtors-In-Possession *Nunc Pro Tunc* to the Petition Date;

      g)      Application of the Debtors for an Order, on an Interim Basis, Authorizing the Employment and Retention of Ricki S. Friedman, Esq. and the Law Firm of Ricki S. Friedman PLLC as Special Counsel *Nunc Pro Tunc* to September 22, 2019;

      h)      Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Algon Capital, LLC d/b/a Algon Group to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Troy Taylor as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to September 22, 2020;

      i)      Debtors' Motion Pursuant to Section 503(B)(9) of the Bankruptcy Code to Establish Procedures for Submitting and Resolving Claims Related to Goods Received Within Twenty Days Prior to the Petition Date; and

      j)      Debtors' Emergency First Omnibus Motion to Reject Unexpired Leases.

Dated: September 23, 2020.

                                                              <u>s/ Michael S. Budwick</u>
                                                            Michael S. Budwick, Esquire
                                                            Florida Bar No. 938777
                                                            mbudwick@melandbudwick.com
                                                            Joshua W. Dobin, Esquire
                                                            Florida Bar No. 93696
                                                           jdobin@melandbudwick.com
                                                           James C. Moon, Esquire
                                                           Florida Bar No. 938211
                                                           jmoon@melandbudwick.com
                                                           MELAND BUDWICK, P.A.
                                                           3200 Southeast Financial Center
                                                           200 South Biscayne Boulevard
                                                           Miami, Florida 33131
                                                           Telephone: (305) 358-6363
                                                           Telecopy: (305) 358-1221
                                                           *Proposed Attorneys for Debtors*

| Store No. | Store Name | Store Address | City | State | Zip |
|---|---|---|---|---|---|
| 1000 | Deerfield Office | 3155 SW 10th St | Deerfield Beach | FL | 33442 |
| 1001 | Atlantic City | 1 Atlantic Ocean, #1110 | Atlantic City | NJ | 08401 |
| 1002 | Aventura | 19575 Biscayne Boulevard, #115 | Aventura | FL | 33180 |
| 1003 | Myrtle Beach | 1211 Celebrity Circle, #136 | Myrtle Beach | SC | 29577 |
| 1004 | Universal | 1000 Universal Studios Bloulevard, #120 | Universal City | CA | 91608 |
| 1006 | Plaza Bonita | 3030 Plaza Bonita Road, #2268 | National City | CA | 91950 |
| 1008 | Deer Park | 152 Arches Circle, Suite 407 | Deer Park | NY | 11729 |
| 1010 | Town Square | 6587 Las Vegas Boulevard South, #176 | Las Vegas | NV | 89119 |
| 1011 | Jersey Shore | 1 Premium Outlets Boulevard, #810 | Tinton Falls | NJ | 07753 |
| 1012 | Orlando | 8200 Vineland Avenue, #118 | Orlando | FL | 32821 |
| 1013 | Emeryville | 5624 Bay Street | Emeryville | CA | 94608 |
| 1014 | Grapevine Mills | 3000 Grapevine Mills Parkway, Suite #413 | Grapevine | TX | 76051 |
| 1016 | Branson | 809 Branson Landing | Branson | MO | 65616 |
| 1017 | Scottsdale | 15147 N Scottsdale Road, #165 | Scottsdale | AZ | 85254 |
| 1018 | Baltimore Harbor | 201 Pratt Street | Baltimore | MD | 21202 |
| 1019 | Valley Fair | 2855 Stevens Creek Boulevard, #2231 | San Jose | CA | 95050 |
| 1020 | Tempe | 2000 E Rio Salado Parkway, Space 1072 | Tempe | AZ | 85281 |
| 1021 | Downtown at the Gardens | 11701 Lake Victoria Gardens AVE #2103 | Palm Beach Gardens | FL | 33410 |
| 1022 | Sunset Place | 5701 Sunset Drive, #224 | Miami | FL | 33143 |
| 1023 | Opry Mills | 122 Opry Mills Drive | Nashville | TN | 37214 |
| 1024 | The Venetian | 3377 Las Vegas Boulevard S, Space 2030 | Las Vegas | NV | 89109 |
| 1025 | Fisherman's Wharf | 333 Jefferson Street, Space B-101 | San Francisco | CA | 94133 |
| 1027 | Victoria Gardens | 12485 N Mainstreet | Rancho Cucamonga | CA | 91739 |
| 1028 | NYC UWS | 1870 Broadway- Unit B | New York | NY | 10023 |
| 1029 | Santa Cruz | 110 Cooper Street, Suite 100-C | Santa Cruz | CA | 95060 |
| 1030 | Desert Ridge | 21001 N Tatum Boulevard, #36-1170 | Phoenix | AZ | 85050 |
| 1031 | Southpoint | 8030 Renaissance Parkway, Suite 925 | Durham | NC | 27713 |
| 1032 | Orlando 2 | 4973 International Dr. #3F.02 | Orlando | FL | 32819 |
| 1033 | West Delray | 9169 West Atlantic Ave #112 | Delray Beach | FL | 33446 |
| 1034 | Gurnee Mills | 6170 West Grand Ave# 477 | Gurnee | IL | 60031 |
| 1035 | Phoenix Premium | 4976 Premium Outlets Way #414 | Chandler | AZ | 85226 |
| 1036 | Charleston | 50 N. Market Street | Charleston | SC | 29401 |
| 1037 | Coney Island | 1232 Surf Avenue | Brooklyn | NY | 11224 |

EXHIBIT A

| Store No. | Store Name | Store Address | City | State | Zip |
|---|---|---|---|---|---|
| 1038 | NoHo | 665 Broadway | New York | NY | 10012 |
| 1040 | Washington DC | 714 7th Street NW | Washington | DC | 20001 |
| 1041 | Fashion Island | 1021 Newport Center Drive | Newport Beach | CA | 92660 |
| 1042 | Station Park | 930 W Forbush Place #B100 | Farmington | UT | 84025 |
| 1043 | Huntsville | 340 The Bridge Street #116 | Huntsville | AL | 35806 |
| 1045 | Atlantic Station | 264 19th Street NW, Building 2 Suite 2100-B A | Atlanta | GA | 30363 |
| 1046 | Lynnfield | 535 Market Street | Lynnfield | MA | 01940 |
| 1047 | Key West | 117 Duval St | Key West | FL | 33040 |
| 1050 | Westgate | 6751 North Sunset Blvd Suite E-107 | Glendale | AZ | 85305 |
| 1051 | Delray II- Atlantic Ave | 250 E. Atlantic Avenue | Delray Beach | FL | 33444 |
| 1052 | Katy Mills | 5000 Katy Mills Circle, Ste 631 | Katy | TX | 77494 |
| 1053 | National Harbor | 6800 Oxon Hill Rd, Ste 880 | National Harbor | MD | 20745 |
| 1054 | UES | 1542 3rd Avenue | New York | NY | 10028 |
| 1055 | Washingtonian | 216 Boardwalk Place | Gaithersburg | MD | 20878 |
| 1056 | Riverwalk | 500 Port of New Orleans Place, Ste. 150 | New Orleans | LA | 70130 |
| 1057 | Madison | 542 State Street | Madison | WI | 53703 |
| 1058 | Country Club Plaza | 445 West 47th Street | Kansas City | MO | 64112 |
| 1059 | Brooklyn | 210 Joralemon St. Space E | Brooklyn | NY | 11201 |
| 1060 | Monterey | 751 Cannery Row, Ste. 129 | Monterey | CA | 93940 |
| 1061 | Sevierville | 1645 Parkway, Space 1125 | Sevierville | TN | 37862 |
| 1063 | 3rd Street Prom | 1427 3rd Street Promenade, Ste. # 102 | Santa Monica | CA | 90401 |
| 1064 | Pembroke Pines | 406 SW 145th Terr | Pembroke Pines | FL | 33027 |
| 1066 | Summerlin | 1980 Festival Plaza, Ste 195 | Las Vegas | NV | 89135 |
| 1067 | Rivercenter | 849 E. Commerce St, #681 | San Antonio | TX | 78205 |
| 1069 | Niagara Falls | 1803 Fashion Outlets Blvd, Space 284 | Niagara Falls | NY | 14304 |
| 1070 | Venice Beach | 2017 Ocean Front Walk | Venice Beach | CA | 90291 |
| 1071 | VA Beach | 209 Central Park Ave, Space # 3 | Virginia Beach | VA | 23462 |
| 1072 | Meridian | 3693 E. Longwing Lane, Space #130 | Meridian | ID | 83646 |
| 1073 | Barefoot Landing | 4722 C-Highway 17 South | N. Myrtle Beach | SC | 29582 |
| 1074 | Arundel Mills | 7000 Arundel Mills Circle, Space 341 | Hanover | MD | 21076 |
| 1075 | Foxwood Outlets | 455 Trolley Line Blvd, Ste 380 | Mashantucket | CT | 06338 |
| 1076 | Denver Pavilions | 500 16th Street, 184A | Denver | CO | 80202 |
| 1077 | Coconut Creek | 4437 Lyons Rd, Ste 103 | Coconut Creek | FL | 33073 |

| Store No. | Store Name | Store Address | City | State | Zip |
|---|---|---|---|---|---|
| 1078 | Colorado Mills | 14500 W Colfax Ave, Space 436 | Lakewood | CO | 80401 |
| 1079 | Parkside Commons | 1164 Parkside Main Street | Cary | NC | 27519 |
| 1080 | Gaslamp | 450 5th Avenue, space 101 | San Diego | CA | 92101 |
| 1081 | Destin Commons | 4340 Legendary Drive, Space B114 | Destin | FL | 32541 |
| 1082 | Riverpark | 540 Collection Boulevard | Oxnard | CA | 93036 |
| 1083 | Baybrook Mall | 500 Baybrook Mall, S/B C128 | Friendswood | TX | 77546 |
| 1084 | Mall of America | 270 North Garden | Bloomington | MN | 55425 |
| 1085 | New City | 1538 N Clybourn Ave, Space A115 | Chicago | IL | 60642 |
| 1086 | American Dream | 1 American Dream Way Suite G134 | East Rutherford | NJ | 07073 |
| 1088 | Sundance Square | 503 Main Street | Fort Worth | TX | 76102 |
| 1089 | Rockville | 130 East Gibbs Street | Rockville | MD | 20850 |
| 1090 | Liberty Center | 7125 Haskell Street | Liberty Township | OH | 45069 |
| 1091 | Great Lakes | 4250 Baldwin Rd #608, Auburn Hills, MI | Auburn Hills | MI | 48326 |
| 1092 | Destiny | 1 Destiny USA Drive, J308 | Syracuse | NY | 13290 |
| 1093 | Ocean City | 952 Boardwalk, Unit A&B | Ocean City | NJ | 08226 |
| 1094 | Mizner Park | 339 Plaza Real | Boca Raton | FL | 33432 |
| 1096 | Wildwood | 3008 Boardwalk Space #'s 308/310 | Wildwood | NJ | 08260 |
| 1097 | One Daytona | 1860 Victory Cir, Space #M120 | Daytona Beach | FL | 32114 |
| 1098 | Domain | 11621 Rock Rose Blvd, Ste 100 | Austin | TX | 78758 |
| 1099 | Palisades Center | 4522 Palisades Center Dr | West Nyack | NY | 10994 |
| 1100 | Legacy Place | 544 Legacy Place | Dedham | MA | 02026 |
| 1101 | Easton | 121 Easton Town Center | Columbus | OH | 43219 |
| 1102 | Victory Park | 2401 Victory Park Lane, Ste 170 | Dallas | TX | 75219 |
| 1103 | Grand Bazaar | 3623 Las Vegas Blvd South, Ste 200 | Las Vegas | NV | 89109 |
| 1104 | Navy Pier | 600 E. Grand Ave, Space FP-12, | Chicago | IL | 60611 |
| 1105 | Margaritaville | 3230 Margaritaville Blvd, Ste E.140 | Kissimmee | FL | 34747 |
| 1106 | Sawgrass Mills | 12801 W Sunrise Boulevard, 307 | Sunrise | FL | 33323 |
| 1108 | Bayside Temp Store | 401 Biscayne Blvd Space S151 | Miami | FL | 33132 |
| 1110 | Wynwood | 2516 NW 2nd Ave Space B | Miami | FL | 33127 |
| 2025 | FAO Schweetz | 30 Rockefeller Plaza | New York | NY | 10111 |
| 4001 | Darien NB | I95 Darien Northbound Rest stop (Exits 12-13) | Darien | CT | 06820 |
| 4001 | Darien NB | I95 Darien Northbound Rest stop (Exits 12-13) | Darien | CT | 06820 |
| 4001 | Darien NB | I95 Darien Northbound Rest stop (Exits 12-13) | Darien | CT | 06820 |
| 4001 | Darien NB | I95 Darien Northbound Rest stop (Exits 12-13) | Darien | CT | 06820 |

| Store No. | Store Name | Store Address | City | State | Zip |
|---|---|---|---|---|---|
| 4002 | Darien SB | I95 Darien Southbound Rest stop (Exits 10-9) | Darien | CT | 06820 |
| 4002 | Darien SB | I95 Darien Southbound Rest stop (Exits 10-9) | Darien | CT | 06820 |
| 4003 | Milford SB | I95 Milford Southbound Rest stop (Exits 41-40) | Milford | CT | 06460 |
| 4003 | Milford SB | I95 Milford Southbound Rest stop (Exits 41-40) | Milford | CT | 06460 |

## SCHEDULE I

All of Debtor's right, title and interest now or hereafter acquired in and to the following (the "Collateral"):

(a) All accounts, and all chattel paper, instruments, deposit accounts, letter of credit rights, and general intangibles related thereto; and all returned or repossessed goods which, on sale or lease, resulted in an account.

(b) All inventory.

(c) All equipment and fixtures now owned or hereafter acquired by the Debtor, (including, but not limited to, the equipment described in the attached Equipment Description, if any).

(d) All of the Debtor's deposit accounts with the Secured Party. The Collateral shall include any renewals or rollovers of the deposit accounts, any successor accounts, and any general intangibles and choses in action arising therefrom or related thereto.

(e) All instruments, chattel paper, documents, certificates of deposit, securities and investment property of every type.

(f) All general intangibles. The Collateral shall include all good will connected with or symbolized by any of such general intangibles.

(g) All negotiable and nonnegotiable documents of title covering any Collateral.

(h) All accessions, attachments and other additions to the Collateral, and all tools, parts and equipment used in connection with the Collateral.

(i) All substitutes or replacements for any Collateral, all cash or non-cash proceeds (including insurance proceeds), products, rents and profits of the Collateral, and all income, benefits and property receivable on account of the Collateral, and all supporting obligations covering any Collateral.

(j) All books, data and records pertaining to any Collateral, whether in the form of a writing, photograph, microfilm or electronic media, including but not limited to any computer-readable memory and any computer software necessary to process such memory.

Notwithstanding the foregoing, the Collateral shall not, in any event, include any of the following (collectively, the "Excluded Property"): (a) equity interests in entities (other than wholly-owned subsidiaries of It'Sugar LLC, a Delaware limited liability company ("Borrower")) to the extent requiring consent of any third party or causing a default under the organizational documents of such entity; (b) any

lease, license or other agreement or contract or any property subject to a purchase money security interest, lien securing a capital lease or similar arrangement, in each case permitted to be incurred under the Credit Agreement dated as of August 24, 2018, by and between Secured Party and Borrower (as amended, restated, supplemented and otherwise modified from time to time, the "Credit Agreement"), to the extent that a grant of a security interest or lien therein would require a consent not obtained or violate or invalidate such lease, license or agreement or contract or purchase money arrangement, capital lease or similar arrangement or create a right of termination in favor of any other party thereto (other than the Debtor or its wholly owned subsidiaries), in each case after giving effect to the applicable anti-assignment provisions of the Uniform Commercial Code as in effect from time to time in the State of Florida or any other applicable jurisdiction (the "UCC") and other applicable law and other than proceeds and receivables thereof, the assignment of which is expressly deemed effective under the UCC or other applicable law notwithstanding such prohibition; (c) any property subject to a Lien securing purchase money Indebtedness or Indebtedness under a capital lease that is permitted under the Credit Agreement, to the extent the grant of the Secured Party's Lien on such property is prohibited under or would result in a breach of the terms of any document governing such Indebtedness; (d) any asset or property to the extent that the pledge thereof or the grant of a security interest therein is prohibited by applicable law, rule or regulation, in each case after giving effect to the applicable anti-assignment provisions of the UCC and other applicable law and other than proceeds and receivables thereof, the assignment of which is expressly deemed effective under the UCC or other applicable law notwithstanding such prohibition; (e) any intent to use trademark applications prior to the filing and acceptance with the United States Patent and Trademark Office of a "Statement of Use" or "Amendment to Allege Use" with respect thereto, to the extent that, and solely during the period, if any, in which, the grant of a security interest therein would impair the validity or enforceability of such intent-to-use trademark application under applicable federal law; (f) equity interests of any "controlled foreign corporation" within the meaning of Section 957(a) of the Internal Revenue Code of 1986, as amended (a "CFC") or any direct or indirect subsidiary of Debtor that owns no material assets other than the equity interests (or equity interests and Indebtedness) of one or more CFCs or FSCHCOs (a "FSHCO") other than in the case of any first-tier CFC or first-tier FSHCO, the capital stock of such CFC or FSHCO not in excess of 65% of the issued and outstanding voting capital stock and 100% of the issued and outstanding non-voting capital stock of such CFC or FSHCO; (g) any deposit accounts, securities accounts or similar accounts owned by Debtor that are (i) zero balance accounts, (ii) payroll accounts, (iii) withholding and trust accounts, (iv) escrow accounts (to the extent maintained exclusively by the Debtor and its subsidiaries for the purpose of establishing or maintaining escrow amounts for third parties), (v) employee benefit accounts, (vi) 401(k) accounts, (vii) pension fund accounts, (viii) tax withholding accounts (to the extent maintained by the Debtor and its subsidiaries exclusively for the purposes of maintaining or holding tax withholding amounts payable to applicable governmental authorities); and (i) those assets, if any, as to which the Secured Party and the Debtor reasonably agree in writing that the cost of obtaining such a security interest or perfection thereof are excessive in relation to the benefit to the Secured Party of the security to be afforded thereby; provided, however, that "Excluded Property" shall not include any proceeds, products, substitutions or replacements of any Excluded Property (unless such proceeds, products, substitutions or replacements would otherwise constitute Excluded Property).

| Named Insured | Entity Covered | Policy Type | Policy Number | Insurer | Policy Inception | Policy Expiration | Broker | Premium incl taxes, surch, fees | Broker Contact Info | BBX Master Program |
|---|---|---|---|---|---|---|---|---|---|---|
| It'Sugar LLC | It'Sugar LLC | General Liability-$5K ded | CC8GL000 30-201 | Everest Premier Insurance Company | 08/01/20 | 08/01/21 | AJG | $64,517.00 | Gladys Matthews Gladys_Matthews@ajg.com 713-358-5892 | NO |
| It'Sugar LLC | It'Sugar LLC | Workers Compensation | CC8WC000 32-201 | Everest Premier Insurance Company | 08/01/20 | 08/01/21 | AJG | $184,710.00 | Gladys Matthews Gladys_Matthews@ajg.com 713-358-5892 | NO |
| It'Sugar LLC | It'Sugar LLC | D&O, EPL, Fiduciary ERP 6 Years | ML7602205 00 | Argonaut Insurnace | 10/30/16 | 06/16/23 | AMWINS/R mpart Brokerage | $24,494.00 | Unknown | NO |
| It'Sugar LLC | It'Sugar LLC | Product Recall Expense | BGPR0270 02 | Berkley Assurance | 08/01/20 | 08/01/21 | RMS- Maximum | $3,252.90 | Ed Perdomo EdP@MAXIB.com 813-999-4976 | NO |
| It'Sugar LLC | It'Sugar LLC | Rep & Warranty | W1F0A717 0101 | Lloyds | 06/16/17 | 06/16/23 | Marsh | $315,300.00 | Kevin Rogan Kevin.P.Rogan@marsh.com 954-838-3506 | NO |
| BBX Capital Corp | It'Sugar LLC | Foreign Commercial Package | WR100010 19 | World Source | 08/01/20 | 08/01/21 | AJG | $0.00 | Toni Hartman Antoinette.Hartman@bluegree nvacations.com 561-912-7849 | YES |
| BBX Capital Corp | It'Sugar LLC | Active Shooter & Malicious Attack Property & Liability | UTS256245 020 | Hiscox | 03/28/20 | 03/28/21 | Maximum- RMS | $809.49 | Toni Hartman Antoinette.Hartman@bluegree nvacations.com 561-912-7849 | YES |
| BBX Capital Corp | It'Sugar LLC | Network Liability- $6M primary | 01-382-47-16 | National Union Fire Insurance Co of Pitt | 06/01/20 | 06/01/21 | NFP | $10,035.00 | Toni Hartman Antoinette.Hartman@bluegree nvacations.com 561-912-7849 | YES |
| BBX Capital Corp | It'Sugar LLC | Network Liability- $4M excess | 100038655 | QBE | 06/01/20 | 06/01/21 | NFP | incl above | Toni Hartman Antoinette.Hartman@bluegree nvacations.com 561-912-7849 | YES |
| BBX Capital Corp | It'Sugar LLC | Excess-$15M xs $15M | CX00DEQ2 0 | Aspen | 08/01/20 | 08/01/21 | AJG | $85,562.00 | Toni Hartman Antoinette.Hartman@bluegree nvacations.com 561-912-7849 | YES |
| BBX Capital Corp | It'Sugar LLC | Umbrella -$15M | XC5EX010 80-021 | Everest National | 08/01/20 | 08/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegree nvacations.com 561-912-7849 | YES |
| BBX Capital Corp | It'Sugar LLC | Special Crime | UKA30107 57.19 | Hiscox | 05/17/19 | 05/17/22 | JLT | $500.00 | Toni Hartman Antoinette.Hartman@bluegree nvacations.com 561-912-7849 | YES |

EXHIBIT C

| Named Insured | Entity Covered | Policy Type | Policy Number | Insurer | Policy Inception | Policy Expiration | Broker | Premium incl taxes, surch, fees | Broker Contact Info | BBX Master Program |
|---|---|---|---|---|---|---|---|---|---|---|
| BBX Capital Corp | ItSugar LLC | Property (10% of $10M Primary) | CX D42304426 001 | Ace American Insurance Company | 04/01/20 | 04/01/21 | AJG | $181,950.44 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (20% of $10M Primary) | ESP300016 01500 | Endurance American Specialty Insurance Company | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (15% of $10M Primary) | 100040256 2-01 | Ironshore | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property ($10M Primary) | EW0097220 | Lloyds Underwriter | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (5% of $10M Primary) | DF0001066 4 | National Fire & Marine Ins Co (Kemah Capital) | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (10% of $15M xo $10M) | ELF636879-20 | AXIS Surplus Insurance Company | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property ($15M xo $10M) | EW009742 0 | Lloyds Channel | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (23.33% of $15M xo $10M) | 000658923 0 | Lexington Insurance Company | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (11.33% of $15M xo $10M) | 20-ASC-0015B | Various - Risk Smith | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (20% of $25M xo deductibles) | ESP300016 01500 | Endurance American Specialty Insurance Company | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (15% of $25M xo deductibles) | W233D220 0301 | (Beazley) Underwriters at Lloyds London | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |

| Named Insured | Entity Covered | Policy Type | Policy Number | Insurer | Policy Inception | Policy Expiration | Broker | Premium incl taxes, surch, fees | Broker Contact Info | BBX Master Program |
|---|---|---|---|---|---|---|---|---|---|---|
| BBX Capital Corp | ItSugar LLC | Property ($25M Primary) | EW009662 | Lloyds Argo | | | | | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (8.33% of $25M x/o $25M) | PX00G6Y20 | Aspen Specialty Insurance Co | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (20% of $25M x/o $25M) | D42265925002 | Westchester Surplus Lines Insurance Company | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (100% of $25M x/o $100M) | Various | QBE Specialty Ins, General Security Indemnity Co of AZ & Starstone Specialty | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (15% of $50M xo $50M) | 01-B-XP-00003665-0 | Ategrity Specialty Insurance Co | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (10% of $50M xo $50M) | 73PRX20A55A | Hallmark Specialty Ins Company | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property ($50M x/o $50M) | EW0097720 | Lloyds Fidelis | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (20% of $75M x/o $25M) | CA3X0001593-201 | Everest Indemnity Ins Co | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (33.33% of $75M xo $25M) | SLSTPTY11286320 | Starr Surplus Lines Insurance Co | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Property (10% of $75M x/o $25M) | Various | Velocity (Independent Specialty Ins Co; Interstate Fire & Cas Co; Certain Underwriters at Lloyds) | 04/01/20 | 04/01/21 | AJG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |

| Named Insured | Entity Covered | Policy Type | Policy Number | Insurer | Policy Inception | Policy Expiration | Broker | Premium incl taxes, surch, fees | Broker Contact Info | BBX Master Program |
|---|---|---|---|---|---|---|---|---|---|---|
| BBX Capital Corp | ItSugar LLC | Property (8.33% of $90M x/o $10M) | MKLV14X P013853 | Evanston Insurance Co | 04/01/20 | 04/01/21 | AIG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Terrorism Policy | FC0272220 | Underwriters at Lloyds London | 04/01/20 | 04/01/21 | AIG | incl above | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Employment Practices Liability ($5 M xs $500K) | QPL-1181993 | QBE | 11/15/19 | 11/15/20 | Marsh | $7,939.62 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Employment Practices Liability Excess ($3 xo $5) | V2533F190 201 | Beazley | 11/15/19 | 11/15/20 | Marsh | $4,820.48 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Directors & Officers ($10 M/$1M retention) | PE2002178 | Beazley | 08/10/20 | 08/10/21 | NFP | $5,901.75 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | 1st Excess D&O ($5 xs $10) | 100040384 | QBE | 08/10/20 | 08/10/21 | NFP | $1,859.00 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | 2nd Excess D&O ($5xs $15) | PE2002193 | Hiscox | 08/10/20 | 08/10/21 | NFP | $1,523.37 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | 3rd Excess $5M xs $20M | PE2002194 | Starpoint | 08/10/20 | 08/10/21 | NFP | $1,234.46 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | 4th Excess $5M xs $25M | DO2020108 1-01 | CapSpecialty | 08/10/20 | 08/10/21 | NFP | $852.00 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | 5th Excess $5M x $30M | MLX42616 23-0 | Argo | 08/10/20 | 08/10/21 | NFP | $1,100.00 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Side A DIC $10M | ELU169573-20 | AXA XL | 08/10/20 | 08/10/21 | NFP | $900.00 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |

| Named Insured | Entity Covered | Policy Type | Policy Number | Insurer | Policy Inception | Policy Expiration | Broker | Premium incl taxes, surch, fees | Broker Contact Info | BBX Master Program |
|---|---|---|---|---|---|---|---|---|---|---|
| BBX Capital Corp | ItSugar LLC | Excess Side A DIC $5M x $10M | BPRO8053 327 | Berkley | 08/10/20 | 08/10/21 | NFP | $440.00 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Crime Coverage ($10M) | V20CB519 0301 | Beazley | 11/15/19 | 11/15/20 | Marsh | $3,127.76 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Crime Coverage -Excess ($10M xs $10M) | ELU164867-19 | XL Specialty Ins. Co. | 11/15/19 | 11/15/20 | Marsh | $2,362.04 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Fiduciary Liability ($10 - $25k ret) | V20CCA19 0301 | Beazley | 11/15/19 | 11/15/20 | Marsh | $25.52 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |
| BBX Capital Corp | ItSugar LLC | Fiduciary Liability Excess | QPL-1167432 | Beazley | 11/15/19 | 11/15/20 | Marsh | $8.72 | Toni Hartman Antoinette.Hartman@bluegreenvacations.com 561-912-7849 | YES |