UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Chapter 11

IT'SUGAR FL I LLC,                         Case No. 20-20259-RAM
IT'SUGAR LLC,                              Case No. 20-20261-RAM
IT'SUGAR ATLANTIC CITY LLC,                Case No. 20-20263-RAM
IT'SUGAR FLGC LLC,                         Case No. 20-20264-RAM
                                           (Joint Administration *pending*)

    Debtors.

_____/

**DEBTORS' EMERGENCY MOTION FOR (A) AUTHORITY TO
(I) MAINTAIN CERTAIN BANK ACCOUNTS AND CONTINUE TO
USE EXISTING BUSINESS FORMS AND CHECKS, AND
(II) CONTINUE TO USE EXISTING CASH MANAGEMENT SYSTEM,
AND (B) WAIVER OF CERTAIN INVESTMENT AND DEPOSIT GUIDELINES**

**(Emergency Hearing Requested)**

**Basis for Requested Emergency Hearing**

The Debtors respectfully request that the Court conduct a hearing on this Motion
consistent with Local Rule 9013-1(F). The Debtors operate a retail candy business
throughout the United States, and as such, operate a number of bank accounts.
The United States Trustee Guidelines require the closing of all pre-petition
bank accounts and the establishment of new DIP accounts. Changing certain
existing bank accounts and business forms would severely disrupt the Debtors'
cash management system and adversely affect the Debtors' business operation.
Section 345 of the Bankruptcy Code imposes investment guidelines on debtors.
The Debtors request a waiver of the requirements of Section 345. The Debtors
respectfully request that the Court waive the provisions of Local Rule 9075-1(B),
which requires an affirmative statement that a bona fide effort was made in order
to resolve the issues raised in this Motion, as the relief requested herein is urgent
in nature and does not lend itself to advance resolution.

It'Sugar FL I LLC, It'Sugar LLC ("***ITS***"), It'Sugar Atlantic City LLC, and It'Sugar FLGC

LLC (collectively, "***It'Sugar***" or the "***Debtors***"), by and through undersigned counsel, and

pursuant to 11 U.S.C. §§ 345(b), 363(c) and Local Rule 9013-1(J), for the entry of an order (a)

authorizing (i) the continued use of the existing Bank Accounts (as defined herein) and continued use of existing business forms and checks, and (ii) the continued use of the Debtors' existing cash management system; (b) waiving investment and deposit guidelines of § 345 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, and those guidelines promulgated by the Office of the United States Trustee (the "***Guidelines***");and (c) providing any additional relief required in order to effectuate the foregoing. In support of this Motion, the Debtors respectfully represent as follows:

## I.    Jurisdiction

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.     Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory basis for the relief requested herein is §§ 105(a) and 345 of title 11 of the United States Code ("***Bankruptcy Code***").

## II.    Background

4.     On September 22, 2020, ("***Petition Date***"), the Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

5.     The Debtors are operating their business and managing their affairs as debtors in possession. 11 U.S.C. §§ 1107(a) and 1108.

6.     The Debtors operate as a single business and are known throughout the industry as It'Sugar. It'Sugar is a specialty candy retailer whose products include bulk candy, candy in giant packaging, and licensed and novelty items. It'Sugar's portfolio includes approximately 100 retail locations across 28 states.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

### III.     Relief Requested

7.      By this Motion, the Debtors seek (a) authority for (i) the continued use of certain existing Bank Accounts (as defined herein) and continued use of existing business forms and checks, (ii) the continued use of the existing cash management system; and (b) waiver of the investment and deposit guidelines of Section 345 of the Bankruptcy Code and the United States Trustee's Guidelines.

### IV.     The Debtors' Existing Bank Accounts and Cash Management System

8.      Prior to the commencement of this Chapter 11 case, in the ordinary course of their business, the Debtors utilized bank accounts nationwide. All accounts, except one in the name of It'Sugar Atlantic City LLC, are held in the name of Debtor ITS. Specifically, there are:

a)      125 merchant subaccounts at Bank of America ("**BOA**") and 15 merchant subaccounts at JPMorgan Chase ("**Chase**")(collectively, the "**Store Deposit Accounts**"), which are utilized for the sole purpose of making deposits of sales receipts;

b)      BOA 2612 Operating Account, which is the main account over the Store Deposit Accounts and e-commerce accounts into which receipts are swept from the Store Deposit Accounts ("**Prepetition Operating Account**");

c)      BOA 0428 A/P Disbursement Account, which is used with AvidXchange, Inc., an accounts payable servicer ("**Third Party Disbursement Account**");

d)      BOA 4217 Disbursement & Corporate Receipts account ("**BOA 4217**");

Collectively, the Store Deposit Accounts, Prepetition Operating Account, Third Party Disbursement Account, and BOA 4217 are referred to as the "**Bank Accounts**".

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

9.      Daily, BOA sweeps the BOA Store Deposit Accounts into BOA 2612.  Every Monday and Thursday, ITS manually sweeps the BOA 2612 and all Chase Store Deposit Accounts into 4217. The sweep is electronically transferred into the Prepetition Operating Account. Once the DIP Operating Account is opened, all funds from the Monday and Thursday sweeps will be transferred to the DIP Operating Account the following day.

10.     ITS receives invoices for all lease payments, utilities, vendors and trade debt for all Debtors.

11.     Additionally, the Debtors maintain petty cash at their stores to facilitate operations. In accordance with U.S. Trustee Guidelines, the Debtors will submit to the office of the U.S. Trustee a written request to maintain and continue the use of petty cash.

12.     A schedule of the Debtors' Bank Accounts and the amount on deposit in each such Bank Account as of the Petition Date is set forth on **Exhibit A**.[1] The Bank Accounts are part of a carefully constructed and highly automated cash management system ("***Cash Management System***") that the Debtors have employed, in the ordinary course of their business, to ensure the Debtors' ability to efficiently monitor and control their cash position, effectively and efficiently operate their business and ensure payment of their employees, vendors, and other obligations.

13.     The Cash Management System outlined above allows the Debtors to operate their business in the most efficient and effective manner. Through the utilization of this existing Cash Management System, the Debtors are able to facilitate cash forecasting and reporting, monitor collection and disbursement of funds, and maintain control over the administration of the various

---

[1] All Store Deposit Accounts will remain open, except one, and will continue to deposit receipts which ITS sweeps as set forth hereinabove. The BOA 4217 account will be closed and any funds will be deposited into the DIP Operating Account.

bank accounts required to effect the collection, disbursement, and movement of cash, as well as the payment of the Debtors' employees. Indeed, the Cash Management System used by the Debtors constitute ordinary, usual, and essential business practice. This integrated system allows the Debtors to (a) control corporate funds centrally, (b) ensure availability of funds when necessary, (c) ensure prompt and efficient payment of employees, and (d) reduce administrative expenses.

14.     The Debtors' operations require that the Cash Management System continue during the pendency of their Chapter 11 cases. If the Debtors were required to adopt a new cash management system, their operations and payments to their employees and vendors would be severely disrupted, which would undoubtedly interfere with the Debtors' business and have a serious and potentially devastating impact on the Debtors' ability to reorganize. Further, the establishment of new cash accounts and a new collection and disbursement system would interfere with the Debtors' business relationships and could result in substantial additional costs to the Debtors' bankruptcy estates. In contrast, maintenance of the existing Cash Management System will avoid this disruption and, thereby, avoid unnecessarily distracting the Debtors from more critical matters during the initial days of the chapter 11 cases. Accordingly, the Debtors firmly believe that maintenance of the existing Cash Management System is essential and in the best interests of all creditors and other parties in interest.

### V.    Maintenance of the Debtors' Existing Bank Accounts, Cash Management System, Checks, and Business Forms is Warranted

15.     The Office of the United States Trustee has established certain operating Guidelines for debtors in possession in order to supervise the administration of Chapter 11 cases. These Guidelines require Chapter 11 debtors to, among other things, close all existing bank

accounts and open new debtor in possession ("**DIP**") bank accounts in certain financial institutions designated as authorized depositories by the U.S. Trustee, establish one DIP account for all estate monies required for the payment of taxes (including payroll taxes), maintain a separate DIP account for cash collateral, and obtain checks for all DIP accounts that bear the designation, "debtor in possession," the bankruptcy case number, and the type of account. The Guidelines also require debtors to close their books and records as of the petition date and to open new books and records. These requirements are designed to provide a clear line of demarcation between prepetition and post-petition transactions and operations and to prevent the inadvertent post-petition payment of prepetition claims. As outlined above, through this Motion, the Debtors seek certain relief from these requirements.

16.    The Debtors seek a waiver of the requirement that they open a new set of books and records as of the Petition Date. The Debtors respectfully submit that opening a new set of books and records would create unnecessary administrative burdens and hardship and would cause unnecessary expense, utilization of resources, and delay. With the use of computer technology, it is now easy to differentiate between pre- and post-petition transactions by date. The Debtors, in the ordinary course of their business, use many checks, invoices, receipts, stationery, and other business forms. In light of the nature and scope of the business in which the Debtors are engaged, the numerous other parties with whom the Debtors deal, the Debtors need to use their existing business forms without alteration or change. A substantial amount of time and expense would be required in order to print new checks and other business forms. Fulfillment of the requirement would likely delay payment of post-petition payroll and other vendors and suppliers to the Debtors' business, which could have a catastrophic impact on the Debtors' operations. Accordingly, the

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

Debtors respectfully request that they be authorized to continue to use their existing business forms and to maintain their existing business records.

17.     In addition, § 345(b) of the Bankruptcy Code sets forth specific requirements for deposits or investments that are not "insured or guaranteed by the United States or by a department, agency, or instrumentality of the United States or backed by the full faith and credit of the United States . . ." For such deposits or investments, § 345(b) requires, from the entity with which the money is deposited or invested, a bond in favor of the United States secured by the undertaking of a surety, or, in the alternative, a deposit of securities of the kind specified in § 9303 of Title 31. These requirements may be waived by the Court "for cause."

18.     Because of the nature of the Debtors' cases, and the nature, extent and complexity of the Debtors' business operations, the Debtors seek a waiver of the requirements of the Office of the United States Trustee and § 345. The benefits of imposing the requirements of the Office of the United States Trustee in this case are outweighed by the cost and disruption of opening new accounts, obtaining new check stock, manually preparing checks until the new check stock arrives, and the like. Likewise, "cause" exists to waive the requirements of § 345. The Debtors believe that the banks at which they maintain their accounts are financially stable banking institutions, which are located in the United States and Puerto Rico and are FDIC insured, most of which are authorized depositories pursuant to 11 U.S.C. § 345(b).

19.     Additionally, as explained in detail above, the Bank Accounts comprise an established Cash Management System that the Debtors need to maintain in order to ensure that collections and disbursements from the Bank Accounts are not disrupted and the Debtors' business

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

continues to operate at maximum efficiency and capacity for the benefit of all creditors and parties in interest.

20.      Subject to the foregoing, the Debtors request that their existing accounts be deemed debtor-in-possession accounts, and that their maintenance and continued use be authorized.

21.      However, consistent with the guidelines, ITS is going to close certain accounts and reopen them as follows:

**<u>Close:</u>**

    a. One Store Deposit Account (unutilized); and
    b. BOA 4217.

**<u>Open DIP Accounts bearing DIP and Case No.:</u>**

    a. It'Sugar LLC DIP, Case No. [20-20261-RAM], Operating Account;
    b. It'Sugar LLC, DIP, Case No. [20-20261-RAM], Tax Account; and
    c. It'Sugar LLC, DIP, Case No. [20-20261-RAM], Payroll Account.

22.      None of the accounts which are to remain open make any disbursements. They are only store deposit accounts or merchant deposit accounts for credit cards, which will be swept into a newly opened DIP Operating Account.

23.      The Debtors also request that they be authorized to continue to use all correspondence, business forms (including without limitation, letterheads, purchase orders, receipts, and invoices) and checks existing immediately prior to the date the Debtors filed for bankruptcy, without reference to the Debtors' status as debtors-in-possession. Parties doing business with the Debtors undoubtedly will be aware of the Debtors' status as debtors-in-possession as a result of the notoriety of the business and anticipated press coverage. Additionally,

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

each of the Debtors' vendors, servicers, suppliers, lessors, and employees will receive direct notice of the commencement of the Debtors' Chapter 11 cases.

24.     Changing correspondence and business forms would be expensive, unnecessary, and burdensome to the Debtors' estate and disruptive to the Debtors' business operation. For these reasons, the Debtors request that they be authorized to use existing checks and business forms.

25.     The Debtors also have an e-commerce business which utilizes a Pay Pal account which gets swept, and such funds will be deposited into the DIP Operating Account.

## VI.    <u>Authority for Relief</u>

26.     The Debtors' request for authorization to continue to use their centralized cash management system has been held to be entirely consistent with § 363(c)(1) of the Bankruptcy Code, which allows a debtor-in-possession to "use property of the estate in the ordinary course of business." *In re Charter Co.*, 778 F.2d 617, 621 (11th Cir. 1985).

27.     Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Extensive authority supports the relief the Debtors seek in the Motion.  In other Chapter 11 cases, courts have recognized that strict adherence to the United States Trustee requirements does not in each and every circumstance promote the purposes of a Chapter 11 case. Accordingly, courts, including courts in this district, have often granted relief from these requirements and replaced them with alternative procedures. *See, e.g., In re Protective Products of America, Inc., et al.*, Case No. 10-10711-BKC-JKO (Bankr. S.D. Fla. Feb. 11, 2010) (Olson, J.); *In re DM Industries, Ltd.*, Case No. 09-15533-BKC-LMI (Bankr. S.D. Fla. May 15, 2009) (Isicoff, J.); *In re Levitt and Sons, LLC,* Case No. 07-19845-RBR (Bankr. S.D. Fla. January 27,

2009); *In re Gemini Cargo Logistics, Inc., et al.*, Chapter 11 Case No. 08-18173-BKC-AJC (Bankr. S.D. Fla. July 16, 2008) (Cristol, J); *In re Gemini Cargo Logistics, Inc., et al.*, Chapter 11 Case No. 06-10870-BKC-AJC (Bankr S.D. Fla. March 17, 2006) (Cristol, J.); *In re Atlas Worldwide Aviation Logistics, Inc. et al.*; Chapter 11 Case No. 04-10792-BKC-RAM (Bankr. S.D. Fla. Feb. 5, 2004) (Mark, J.).

28.    Without the relief requested in this Motion, the Debtors' business operation as a whole will suffer significant and possibly irreversible adverse consequences. Any disruption of the Debtors' ability to pay their vendors and suppliers, as well as their employees, could adversely affect the Debtors' ability to maintain their operations at their current level or to advance a restructuring of the Debtors that will maximize value for all constituents. Accordingly, the Debtors request that the Court enter an order granting the relief requested in this Motion.

**WHEREFORE**, the Debtors respectfully request the entry of an order in the form attached as **Exhibit B** (i) granting the Motion; (ii) authorizing the Debtors' continued use of the existing Cash Management System; (iii) authorizing the Debtors' continued maintenance and use of the existing bank accounts listed in Exhibit A; (iv) waiving the requirement that certain existing Bank Accounts be closed, and that new debtor-in-possession bank accounts be opened; (v) waiving the requirements of § 345(b) with respect to a bond in favor of the United States secured by the undertaking of a surety, or, in the alternative, a deposit of securities of the kind specified in § 9303 of Title 31; (vi) authorizing the continued use of the Debtors' business forms and checks; (vii) waive the requirement that a new set of books and records be opened; (viii) authorizing It'Sugar

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

LLC to pay all expenses on behalf of all the Debtors consistent with the prepetition business operations; and (ix) granting such other and further relief as is just and proper.

Dated: September 23, 2020.

 s/ Michael S. Budwick
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Proposed Attorneys for Debtors*

| BANK ACCOUNT | ACCOUNT NO. | ACCOUNT OWNER | BALANCE A/O 9/22/2020 |
|---|---|---|---|
| BOA Main Disbursements & Corporate Receipts | 4217 | ITS | $312,678.12 |
| BOA Main Depository Account | 2612 | ITS | $1,981.15 |
| BOA Main Third Party AP Account | 0428 | ITS | $100.00 |
| JMP Main Disbursements & Corporate Receipts | 8816 | ITS | $161,509.25 |

EXHIBIT A

| Store # | MERCHANT NAME (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 0100 | ECOMMERCE | 3155 SW 10TH ST | DEERFIELD BEACH | FL | 33442 | 0974 | ITS | $0.00 |
| 0101 | WHOLESALE | 3155 SW 10TH ST | DEERFIELD BEACH | FL | 33442 | N/A | ITS | $0.00 |
| 0102 | E-Commerce1 Website | 3155 SW 10TH ST | DEERFIELD BEACH | FL | 33442 | 9934 | ITS | $0.00 |
| 0103 | E-Commerce2 Website | 3155 SW 10TH ST | DEERFIELD BEACH | FL | 33442 | 1595 | ITS | $0.00 |
| 1001 | Atlantic City | 1 ATLANTIC OCEAN #1110 | ATLANTIC CITY | NJ | 08401 | 6016 | ITS ATLANTIC CITY | $0.00 |
| 1002 | Aventura | 19575 BISCAYNE BLVD #115 | AVENTURA | FL | 33180 | 3542 | ITS | $0.00 |
| 1003 | Myrtle Beach | 1211 CELEBRITY CIR #136 | MYRTLE BEACH | SC | 29577 | 2599 | ITS | $0.00 |
| 1004 | Universal | 100 UNIVERSAL CITY PLAZA | UNIVERSAL CITY | CA | 91608 | 2625 | ITS | $0.00 |
| 1006 | Plaza Bonica | 3030 PLAZA BONITA RD#2298 | NATIONAL CITY | CA | 91950 | 3047 | ITS | $0.00 |
| 1008 | Deer Park | 1438 THE ARCHES CIRCLE | DEER PARK | NY | 11729 | 9647 | ITS | $0.00 |
| 1010 | Town Square | 6587 LAS VEGAS BLVD S #176 | LAS VEGAS | NV | 89119 | 1698 | ITS | $0.00 |
| 1011 | Jersey Shore | 1 PREM OUTLETS BLVD#810 | TILTON FALLS | NJ | 07753 | 4720 | ITS | $0.00 |
| 1012 | Orlando 1 | 8200 VINELAND AVE #118 | ORLANDO | FL | 32821 | 5949 | ITS | $0.00 |
| 1013 | Emeryville | 5624 BAY STREET | EMERYVILLE | CA | 94608 | 4163 | ITS | $0.00 |
| 1014 | Grapevine | 3000GRAPEVINEMILLS PW513 | GRAPEVINE | TX | 76051 | 8008 | ITS | $0.00 |
| 1015 | Sawgrass | 12801 W SUNRISE BLVD#527 | SUNRISE | FL | 33323 | 9463 | ITS | $0.00 |
| 1016 | Branson | 809 BRANSON LANDING | BRANSON | MO | 65616 | 3886 | ITS | $0.00 |
| 1017 | Scottsdale | 15147N SCOTTSDALE RD#165 | SCOTTSDALE | AZ | 85254 | 3899 | ITS | $0.00 |
| 1018 | Baltimore Harbor | 201 EAST PRATT ST | BALTIMORE | MD | 21202 | 5975 | ITS | $0.00 |
| 1019 | Valley Fair | 2855 STEVENS CRK BLV2231 | SANTA CLARA | CA | 95050 | 4989 | ITS | $0.00 |
| 1020 | Tempe | 2000E RIOSALADO PKWY1072 | TEMPE | AZ | 85281 | 2337 | ITS | $0.00 |
| 1021 | DATG | 11701 LAKE VICTORIA GARD PW2103 | PALM BEACH GARDE | FL | 33410 | 3348 | ITS | $0.00 |
| 1022 | Sunset | 5701 SUNSET DR #224 | MIAMI | FL | 33143 | 2693 | ITS | $0.00 |
| 1023 | Opry Mills | 122 OPRY MILLS DR | NASHVILLE | TN | 37214 | 5525 | ITS | $0.00 |
| 1024 | The Venetian | 3377 LAS VEGAS BLVD S, 2030 | LAS VEGAS | NV | 89109 | 0902 | ITS | $0.00 |
| 1025 | Fisherman's Wharf | 333 JEFFERSON ST B-101 | SAN FRANCISCO | CA | 94133 | 0915 | ITS | $0.00 |
| 1027 | Victoria Gardens | 12485 N MAINSTREET | RANCHO CUCAMON | CA | 91739 | 9136 | ITS | $0.00 |
| 1028 | Upper West Side | 1870 BROADWAY | NEW YORK | NY | 10023 | 9123 | ITS | $0.00 |

| Store # | MERCHANT NAME (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 1029 | Santa Cruz | 110 COOPER ST STE 100-C | SANTA CRUZ | CA | 95060 | 0225 | ITS | $0.00 |
| 1030 | Desert Ridge | 21001N TATUMBLVD#36-1170 | PHOENIX | AZ | 85050 | 0212 | ITS | $0.00 |
| 1031 | South Point | 8030 RENAISSANCE PWY 925 | DURHAM | NC | 27713 | 0238 | ITS | $0.00 |
| 1032 | Orlando 2 | 4973INTERNATIONAL DR3F02 | ORLANDO | FL | 32819 | 3082 | ITS | $0.00 |
| 1033 | Delray MKT | 9169 W ATLANTIC AVE #112 | DELRAY BEACH | FL | 33446 | 3762 | ITS | $0.00 |
| 1034 | Gurnee Mills | 6170 W GRAND AVE STE 477 | GURNEE | IL | 60031 | 9950 | ITS | $0.00 |
| 1035 | Phoenix Premium | 4976 PREM OUTLETS WY 414 | CHANDLER | AZ | 85226 | 9947 | ITS | $0.00 |
| 1036 | Charleston | 50 N MARKET ST | CHARLESTON | NC | 27713 | 9866 | ITS | $0.00 |
| 1037 | Coney Island | 1232 SURF AVE | BROOKLYN | NY | 11729 | 9921 | ITS | $0.00 |
| 1038 | NOHO | 665 BROADWAY | NEW YORK | NY | 10012 | 9918 | ITS | $0.00 |
| 1040 | 7th Chinatown | 714 7TH ST NW | WASHINGTON | DC | 20001 | 3606 | ITS | $0.00 |
| 1041 | Fashion Island | 1021 NEWPORT CENTER DRIVE | NEWPORT BEACH | CA | 92660 | 3648 | ITS | $0.00 |
| 1042 | Station Park | 930 W FORBUSH PLACE | FARMINGTON | UT | 84025 | 3677 | ITS | $0.00 |
| 1043 | Huntsville (Bridge Street) | 340 THE BRIDGE STREET #116 | HUNTSVILLE | AL | 35806 | 3622 | ITS | $0.00 |
| 1044 | SOUTH STREET SEAPORT-1044 | 10 FULTON STREET | NEW YORK | NY | 10038 | 3680 | ITS | $0.00 |
| 1045 | Atlantic Station | 264 19TH STREET NW, BLDG. 2 STE # 2100-B | ATLANTA | GA | 30363 | 3619 | ITS | $0.00 |
| 1046 | Lynnfield | 535 MARKET STREET | LYNNFIELD | MA | 01940 | 3651 | ITS | $0.00 |
| 1047 | Key West | 117 DUVAL ST | KEY WEST | FL | 33040 | 3635 | ITS | $0.00 |
| 1048 | MIAMI INTERNATIONAL MALL | 1455 NW 107TH AVE STE 276 | DORAL | FL | 33172 | 3664 | ITS | $0.00 |
| 1050 | Westgate | 6751 N SUNSET BLVD STE E107 | GLENDALE | AZ | 85305 | 7223 | ITS | $0.00 |
| 1051 | Delray 2 | 250 EAST ATLANTIC AVE. | DELRAY BEACH | FL | 33444 | 9894 | ITS | $0.00 |
| 1052 | Katy Mills | 5000 KATY MILLS CIRCLE STE #631 | KATY | TX | 77494 | 9881 | ITS | $0.00 |
| 1053 | National Harbor | 6800 OXON HILL RD STE 880 | NATIONAL HARBOR | MD | 20745 | 9878 | ITS | $0.00 |
| 1054 | Upper East Side | 1542 3RD AVE | NEW YORK | NY | 10028 | 6877 | ITS | $0.00 |
| 1055 | Washingtongian | 216 BOARDWALK PLACE | GAITHERSBURG | MD | 20878 | 9904 | ITS | $0.00 |
| 1056 | Riverwalk | 1 POYDRAS STREET PLACE, #150 | NEW ORLEANS | LA | 70130 | 1377 | ITS | $0.00 |
| 1057 | Madison | 542 STATE STREET | MADISON | WI | 53703 | 6893 | ITS | $0.00 |
| 1058 | Country Club Plaza | 445 WEST 47TH ST | KANSAS CITY | MO | 64112 | 9865 | ITS | $0.00 |

| Store # | MERCHANT NAME  (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 1059 | Brooklyn Heights | 210 JORALEMON ST SPACE E | BROOKLYN | NY | 11201 | 6864 | ITS | $0.00 |
| 1060 | Cannery Row | 751 CANNERY ROW STE 129 | MONTEREY | CA | 93940 | 6880 | ITS | $0.00 |
| 1061 | Sevierville | 1645 PARKWAY SPC 1125 | Sevierville | TN | 37862 | 4676 | ITS | $0.00 |
| 1063 | Santa Monica | 1427 3RD STREET PROMENADE STE 102 | SANTA MONICA | CA | 90401 | 6916 | ITS | $0.00 |
| 1064 | Pembroke Pines | 406 SW 145TH TERRACE | PEMBROKE PINES | FL | 33027 | 6903 | ITS | $0.00 |
| 1066 | Summerlin | 10973 SUMMERLIN Ctr DR#J100A | LAS VEGAS | NV | 89135 | 4663 | ITS | $0.00 |
| 1067 | Rivercenter | 849 E. Commerce St, #117 | San Antonio | TX | 78205 | 8817 | ITS | $0.00 |
| 1068 | PASADENA - 1068 | 111 W. COLORADO BLVD | PASADENA | CA | 91105 | 4647 | ITS | $0.00 |
| 1069 | Niagara Falls | 1900 MILITARY RD Spc 284 | NIAGARA FALLS | NY | 14304 | 4650 | ITS | $0.00 |
| 1070 | Venice Beach | 2017 OCEAN FRONT WALK | VENICE BEACH | CA | 90291 | 4702 | ITS | $0.00 |
| 1071 | VA Beach | 209 CENTRAL PARK AVE | VIRGINIA BEACH | VA | 23462 | 1364 | ITS | $0.00 |
| 1072 | Meridian | 3693E LONGWING LN, SPACE # H-110 | MERIDIAN | ID | 83646 | 1351 | ITS | $0.00 |
| 1073 | Barefoot Landing | 4722-C HIGHWAY 17 SOUTH | N. MYRTLE BEACH | SC | 29582 | 4689 | ITS | $0.00 |
| 1074 | Arundel Mills | 7000 Arundel Mills Circle, Space 341 | Hanover | MD | 21076 | 8778 | ITS | $0.00 |
| 1075 | Foxwood Outlets | 455 Trolley Line Blvd, Ste 380 | Mashantucket | CT | 06338 | 8804 | ITS | $0.00 |
| 1076 | Denver Pavillions | 500 16TH ST #184A | DENVER | CO | 80202 | 4692 | ITS | $0.00 |
| 1077 | Coconut Creek | 4437 Lyons Road, Ste 107 | Coconut Creek | FL | 33073 | 0448 | ITS | $0.00 |
| 1078 | Colorado Mills | 14500 W Colfax Ave, Space 436 | Lakewood | CO | 80401 | 8794 | ITS | $0.00 |
| 1079 | Parkside Commons | 7133 O'Kelly Chapel Rd. suite #810 | Cary | NC | 27519 | 8820 | ITS | $0.00 |
| 1080 | Gaslamp | 450 5th Avenue, space 101 | San Diego | CA | 92101 | 8781 | ITS | $0.00 |
| 1081 | Destin | 4340 Legendary Drive, space B114 | Destin | FL | 32541 | 3958 | ITS | $0.00 |
| 1082 | Riverpark | 540 Collection Boulevard | Oxnard | CA | 93036 | 8833 | ITS | $0.00 |
| 1083 | Baybrook | 500 Baybrook Mall Space F149 | Friendswood | TX | 77546 | 3961 | ITS | $0.00 |
| 1084 | MOA | 270 North Garden | Bloomington | MN | 55425 | 3579 | ITS | $0.00 |
| 1085 | New City | 1457 N Halsted St, Space A115 | Chicago | IL | 60642 | 8846 | ITS | $0.00 |
| 1086 | American Dream | 1 American Dream Way, Ste G134 | East Rutherford | NJ | 07073 | 1658 | ITS | $0.00 |
| 1088 | Sundance Square | 503 Main St. | Fort Worth | TX | 76102 | 5101 | ITS | $0.00 |
| 1089 | Rockville Town Center | 130 East Gibbs St. | Rockville | MD | 20850 | 5114 | ITS | $0.00 |

| Store # | MERCHANT NAME (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 1090 | Liberty Center | 7125 Haskell St. | Liberty Township | OH | 45069 | 5127 | ITS | $0.00 |
| 1091 | Great Lakes Crossing | 4250 Baldwin Rd., #608 | Auburn Hills | MI | 48326 | 5143 | ITS | $0.00 |
| 1092 | Destiny | 1 Destiny USA Dr., #J308 | Syracuse | NY | 13290 | 5130 | ITS | $0.00 |
| 1093 | Ocean City | 952 Boardwalk, Unit A&B | Ocean City | NJ | 08226 | 7021 | ITS | $0.00 |
| 1094 | Mizner | 327 Plaza Real | Boca Raton | FL | 33432 | 7047 | ITS | $0.00 |
| 1095 | Odysea - 1095 | 9500 Via de Ventura, Bldg E-103 | Scottsdale | AZ | 85256 | 5156 | ITS | $0.00 |
| 1096 | Wildwood | 3000 Boardwalk, Suite 30 | Wildwood | NJ | 08260 | 1954 | ITS | $0.00 |
| 1097 | Daytona | 1860 Victory Cir, Space #M120 | Daytona Beach | FL | 32114 | 6248 | ITS | $0.00 |
| 1098 | The Domain | 11621 Rock Rose Blvd., Ste 100 | Austin | TX | 78758 | 5169 | ITS | $0.00 |
| 1099 | Palisades | 4522 Palisades Center Dr | West Nyack | NY | 10994 | 7034 | ITS | $0.00 |
| 1100 | Legacy Place | 544 Legacy Place | Dedham | MA | 02026 | 6251 | ITS | $0.00 |
| 1101 | Easton | 121 Easton Town Center | Columbus | OH | 43219 | 4599 | ITS | $0.00 |
| 1102 | Victory Park | 2401 Victory Park Lane STE 170 | Dallas | TX | 75219 | 4609 | ITS | $0.00 |
| 1103 | Grand Bazaar | 3263 Las Vegas Blvd South, Ste 200 | Las Vegas | NV | 89109 | 7565 | ITS | $0.00 |
| 1104 | Navy Pier | 600 E. Grand Ave, Space FP-12 | Chicago | IL | 60611 | 3266 | ITS | $0.00 |
| 1105 | Margaritaville | 3230 Margaritaville Blvd, Ste E.140 | Kissimmee | FL | 34747 | 7552 | ITS | $0.00 |
| 1106 | Sawgrass 2 | 12801 W Sunrise BLVD #307 | Surnise | FL | 33323 | 3664 | ITS | $0.00 |
| 1108 | Bayside | 401 Biscayne Blvd Space S151 | Miami | FL | 20155 | 1348 | ITS | $0.00 |
| 1110 | Wynwood | 2516 NW 2nd Ave / Space B | Miami | FL | 33127 | 6278 | ITS | $0.00 |
| 2005 | BB&T | 1 Panther Parkway | SUNRISE | FL | 33323 | 0602 | ITS | $0.00 |
| 4001 | Darien NB | I95 Darien Northbound Rest stop (Exits 12-13) | Darien | CT | 06820 | 3582 | ITS | $0.00 |
| 4002 | Darien SB | I95 Darien Southbound Rest stop (Exits 10-9) | Darien | CT | 06820 | 3595 | ITS | $0.00 |
| 4003 | Milford SB | I95 Milford Southbound Rest stop (Exits 41-40) | Milford | CT | 06460 | 3605 | ITS | $0.00 |
| 4005 | WWL Pembroke | 11401 Pines Blvd | Pembroke Pines | FL | 33026 | 839 | ITS | $0.00 |
| 4006 | WWL Baybrook | 500 Baybrook Mall | Friendswood | TX | 132747 | 4842 | ITS | $0.00 |
| 4007 | WWL Tucson | 4500 N. Oracle Rd. | Tucson | AZ | 85705 | 4855 | ITS | $0.00 |
| 4008 | WWL Christiana | 132 Christiana Mall | Newark | DE | 19702 | 4868 | ITS | $0.00 |
| 4009 | WWL North Star | 7400 San Pedro, Ste 2000 | San Antonio | TX | 78256 | 4871 | ITS | $0.00 |

| Store # | MERCHANT NAME (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 4010 | Candy U - 4010 | 130 Center Court | Bloomington | MN | 55425 | 3579 | ITS | $0.00 |
| 4011 | Natick | 1245 Worcestor St, Space 3003 | Natick | MA | 01760 | 4592 | ITS | $0.00 |
| 4012 | Fashion Show | 3200 Las Vegas Blvd, Space 2030 | Las Vegas | NV | 89109 | 4602 | ITS | $0.00 |
| 4013 | Oak Brook | 100 Oakbrook Center, Space 72 | Oak Brook | IL | 60523 | 4589 | ITS | $0.00 |
| 4014 | Kenwood - Cincinnati | 7875 Montgomery Rd, Space 78 | Cincinnati | OH | 45236 | 4628 | ITS | $0.00 |
| 4015 | Lenox | 3393 Peachtree Rd NE, Suite 4007A | Atlanta | GA | 30326 | 4631 | ITS | $0.00 |
| 4016 | Roosevelt Field | 630 Old Country Rd, Suite 1074 | Garden City | NY | 11530 | 4644 | ITS | $0.00 |
| 4017 | Houston Galleria | 5085 Westheimer Rd, Space A3471 | Houston | TX | 77056 | 4657 | ITS | $0.00 |
| 4018 | Woodfield | 5 Woodfield Mall, Space J122 | Schaumburg | IL | 60173 | 4660 | ITS | $0.00 |
| 4019 | Aventura | 19575 Biscayne Blvd, Space 1313 | Aventura | FL | 33180 | 3542 | ITS | $0.00 |
| 4020 | La Cantera | 15900 La Cantera Pkwy | San Antonio | TX | 78256 | 4615 | ITS | $0.00 |
| 9100 | TEST | | | | | | ITS | $0.00 |
| CLOSE | Fort Hood - 2019 | Bldg 4250 Clear Creek Road | Fort Hood | TX | 76544 | 8319 | ITS | $0.00 |

| JPM Account # | Customer Ref# | Store Name | Address | City | State | Zip | Balance a/o 9/22/20 |
|---|---|---|---|---|---|---|---|
| 8816 | 1008 | Deer Park | 152 Arches Circle, Suite 407 | Deer Park | NY | 11729 | $ - |
| 8816 | 1011 | Jersey Shore | 1 Premium Outlets Boulevard, #810 | Tinton Falls | NJ | O7753 | $ - |
| 8816 | 1028 | Upper West Side | 1870 Broadway- Unit B | New York | NY | 10023 | $ - |
| 8816 | 1034 | Gurnee Mills | 6170 West Grand Ave# 477 | Gurnee | IL | 60031 | $ - |
| 8816 | 1042 | Station Park | 930 W Forbush Place #B100 | Farmington | UT | 84025 | $ - |
| 8816 | 1045 | Atlantic Station | 264 19th Street NW, Building 2 Suite 2100-B A | Atlanta | GA | 30363 | $ - |
| 8816 | 1057 | Madison | 542 State Street | Madison | WI | 53703 | $ - |
| 8816 | 1072 | Meridian | 3693 E. Longwing Lane, Space #130 | Meridian | ID | 83646 | $ - |
| 8816 | 1076 | Denver Pavilions | 500 16th Street, 184A | Denver | CO | 80202 | $ - |
| 8816 | 1078 | Colorado Mills | 14500 W Colfax Ave, Space 436 | Lakewood | CO | 80401 | $ - |
| 8816 | 1090 | Liberty Center | 7125 Haskell Street | Liberty Tow | OH | 45069 | $ - |
| 8816 | 1092 | Destiny | 1 Destiny USA Drive, J308 | Syracuse | NY | 13290 | $ - |
| 8816 | 1098 | Domain | 11621 Rock Rose Blvd, Ste 100 | Austin | TX | 78758 | $ - |
| 8816 | 1099 | Palisades Center | 4522 Palisades Center Dr | West Nyack | NY | 10994 | $ - |
| 8816 | 1101 | Easton | 121 Easton Town Center | Columbus | OH | 43219 | $ - |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 11

IT'SUGAR FL I LLC,                              Case No. 20-20259-RAM
IT'SUGAR LLC,                                   Case No. 20-20261-RAM
IT'SUGAR ATLANTIC CITY LLC,                     Case No. 20-20263-RAM
IT'SUGAR FLGC LLC,                              Case No. 20-20264-RAM
                                                (Joint Administration *pending*)

       Debtors.
_____/

**INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR
(A) AUTHORITY TO (I) MAINTAIN BANK ACCOUNTS AND CONTINUE TO
USE EXISTING BUSINESS FORMS AND CHECKS, AND (II) CONTINUE TO USE
EXISTING CASH MANAGEMENT SYSTEM, AND (B) WAIVER OF CERTAIN
INVESTMENT AND DEPOSIT GUIDELINES AND SETTING FINAL HEARING**

**THIS MATTER** came before the Court on _____, 2020 at ___ ___.m.

upon the *Debtors' Emergency Motion for (A) Authority to (I) Maintain Existing Bank Accounts*

*and Continue to Use Existing Business Forms and Checks, and (II) Continue to Use Existing*

*Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines* [ECF

1

EXHIBIT B

No. ___] ("***Motion***").[1]    The Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court ("***Hearing***"); and the Court finding that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper before this Court pursuant to 28 U.S.C. § 1408; (iii) this matter is core pursuant to 28 U.S.C. § 157(b)(2); (iv) notice of the Motion and the Hearing was sufficient under the circumstances; and (v) the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein, it is accordingly:

**ORDERED** as follows**:**

1.      The Motion is **GRANTED** on an interim basis *nunc pro tunc* to the Petition Date, September 22, 2020, as set forth herein.

2.      The Court shall conduct a final hearing ("***Final Hearing***") on the Motion by telephone on [_____]. To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing.  Reservations should be arranged online at https://www.court-solutions.com.  If a party is unable to register online, a reservation may also be made by telephone at (917) 746−7476.

3.      The Debtors require the use of certain of their existing prepetition Bank Accounts in order to continue operations in the ordinary course of its business.[2]

4.      The Debtors are permitted to continue to use their Bank Accounts maintained in their name, respectively.

5.      The Debtors are authorized to (a) designate, maintain and continue to use the Bank Accounts and with the account numbers existing immediately prior to the Petition Date;

---

[1] Capitalized terms not defined in this Order shall have the meaning ascribed to such term as set forth in the Motion.

[2] A complete listing of the Bank Accounts is attached as Schedule 1.

2

*provided, however,* that the Debtors may close certain such Bank Accounts and open new debtor-in-possession accounts as may be necessary, in the Debtors' business judgment, to facilitate the Debtors' chapter 11 case; (b) deposit funds in and withdraw funds from such Bank Accounts by all usual means including, without limitation, checks wire transfers, automated clearinghouse transfers and other debits; and (c) treat the prepetition Bank Accounts for all purposes as debtor-in-possession accounts.

6.      The Debtors are directed to maintain records of all transfers within the Bank Accounts so that all transfers and transactions shall be adequately and promptly documented in, and readily ascertainable from, its books and records, to the same extent maintained by the Debtors prior to the Petition Date.

7.      All banks with which the Debtors maintain the Bank Accounts as of the Petition Date are authorized and directed to maintain, service, and administer such Bank Accounts.

8.      Subject to § 553 of the Bankruptcy Code, all banks at which any of the Debtors' accounts are maintained are prohibited from offsetting, affecting, or otherwise impeding any funds of the Debtors deposited at such bank on account of, or by reason of, any claim (as defined in § 101(5) of the Bankruptcy Code) of any such bank against the Debtors that arose before the Petition Date, absent further order of this Court or as specifically set forth herein.

9.      The Debtors are authorized to continue to use their preprinted checks, correspondence and business forms, including, but not limited to, purchase orders, receipts, letterhead, envelopes, promotional materials and other business forms, substantially in the forms existing immediately prior to the Petition Date, without reference to the Debtors' debtors-in-possession status; provided that the Debtors will add the "Debtor-in-Possession" designation to any new checks that they obtain or create post-petition.

10.     The requirements of § 345(b) with respect to a bond in favor of the United States secured by the undertaking of a surety, or, in the alternative, a deposit of securities of the kind specified in § 9303 of Title 31 are waived.

11.     It'Sugar LLC is authorized to continue paying all expenses on behalf of the Debtors consistent with the prepetition business operations.

12.     The Debtors and their officers, employees, and agents are authorized to take or refrain from taking such actions as are necessary and appropriate to implement and effectuate the relief granted in this Order.

13.     The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

###

**Submitted By:**
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
MELAND BUDWICK, P.A.
*Counsel for Debtors*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:     (305) 358-6363
Telefax:         (305) 358-1221

**Copies Furnished To:**
Joshua W. Dobin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

| BANK ACCOUNT | ACCOUNT NO. | ACCOUNT OWNER | BALANCE A/O 9/22/2020 |
|---|---|---|---|
| BOA Main Disbursements & Corporate Receipts | 4217 | ITS | $312,678.12 |
| BOA Main Depository Account | 2612 | ITS | $1,981.15 |
| BOA Main Third Party AP Account | 0428 | ITS | $100.00 |
| JMP Main Disbursements & Corporate Receipts | 8816 | ITS | $161,509.25 |

SCHEDULE 1

| Store # | MERCHANT NAME (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 0100 | ECOMMERCE | 3155 SW 10TH ST | DEERFIELD BEACH | FL | 33442 | 0974 | ITS | $0.00 |
| 0101 | WHOLESALE | 3155 SW 10TH ST | DEERFIELD BEACH | FL | 33442 | N/A | ITS | $0.00 |
| 0102 | E-Commerce1 Website | 3155 SW 10TH ST | DEERFIELD BEACH | FL | 33442 | 9934 | ITS | $0.00 |
| 0103 | E-Commerce2 Website | 3155 SW 10TH ST | DEERFIELD BEACH | FL | 33442 | 1595 | ITS | $0.00 |
| 1001 | Atlantic City | 1 ATLANTIC OCEAN #1110 | ATLANTIC CITY | NJ | 08401 | 6016 | ITS ATLANTIC CITY | $0.00 |
| 1002 | Aventura | 19575 BISCAYNE BLVD #115 | AVENTURA | FL | 33180 | 3542 | ITS | $0.00 |
| 1003 | Myrtle Beach | 1211 CELEBRITY CIR #136 | MYRTLE BEACH | SC | 29577 | 2599 | ITS | $0.00 |
| 1004 | Universal | 100 UNIVERSAL CITY PLAZA | UNIVERSAL CITY | CA | 91608 | 2625 | ITS | $0.00 |
| 1006 | Plaza Bonica | 3030 PLAZA BONITA RD#2298 | NATIONAL CITY | CA | 91950 | 3047 | ITS | $0.00 |
| 1008 | Deer Park | 1438 THE ARCHES CIRCLE | DEER PARK | NY | 11729 | 9647 | ITS | $0.00 |
| 1010 | Town Square | 6587 LAS VEGAS BLVD S #176 | LAS VEGAS | NV | 89119 | 1698 | ITS | $0.00 |
| 1011 | Jersey Shore | 1 PREM OUTLETS BLVD#810 | TILTON FALLS | NJ | 07753 | 4720 | ITS | $0.00 |
| 1012 | Orlando 1 | 8200 VINELAND AVE #118 | ORLANDO | FL | 32821 | 5949 | ITS | $0.00 |
| 1013 | Emeryville | 5624 BAY STREET | EMERYVILLE | CA | 94608 | 4163 | ITS | $0.00 |
| 1014 | Grapevine | 3000GRAPEVINEMILLS PW513 | GRAPEVINE | TX | 76051 | 8008 | ITS | $0.00 |
| 1015 | Sawgrass | 12801 W SUNRISE BLVD#527 | SUNRISE | FL | 33323 | 9463 | ITS | $0.00 |
| 1016 | Branson | 809 BRANSON LANDING | BRANSON | MO | 65616 | 3886 | ITS | $0.00 |
| 1017 | Scottsdale | 15147N SCOTTSDALE RD#165 | SCOTTSDALE | AZ | 85254 | 3899 | ITS | $0.00 |
| 1018 | Baltimore Harbor | 201 EAST PRATT ST | BALTIMORE | MD | 21202 | 5975 | ITS | $0.00 |
| 1019 | Valley Fair | 2855 STEVENS CRK BLV2231 | SANTA CLARA | CA | 95050 | 4989 | ITS | $0.00 |
| 1020 | Tempe | 2000E RIOSALADO PKWY1072 | TEMPE | AZ | 85281 | 2337 | ITS | $0.00 |
| 1021 | DATG | 11701 LAKE VICTORIA GARD PW2103 | PALM BEACH GARDE | FL | 33410 | 3348 | ITS | $0.00 |
| 1022 | Sunset | 5701 SUNSET DR #224 | MIAMI | FL | 33143 | 2693 | ITS | $0.00 |
| 1023 | Opry Mills | 122 OPRY MILLS DR | NASHVILLE | TN | 37214 | 5525 | ITS | $0.00 |
| 1024 | The Venetian | 3377 LAS VEGAS BLVD S, 2030 | LAS VEGAS | NV | 89109 | 0902 | ITS | $0.00 |
| 1025 | Fisherman's Wharf | 333 JEFFERSON ST B-101 | SAN FRANCISCO | CA | 94133 | 0915 | ITS | $0.00 |
| 1027 | Victoria Gardens | 12485 N MAINSTREET | RANCHO CUCAMON | CA | 91739 | 9136 | ITS | $0.00 |
| 1028 | Upper West Side | 1870 BROADWAY | NEW YORK | NY | 10023 | 9123 | ITS | $0.00 |

| Store # | MERCHANT NAME (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 1029 | Santa Cruz | 110 COOPER ST STE 100-C | SANTA CRUZ | CA | 95060 | 0225 | ITS | $0.00 |
| 1030 | Desert Ridge | 21001N TATUMBLVD#36-1170 | PHOENIX | AZ | 85050 | 0212 | ITS | $0.00 |
| 1031 | South Point | 8030 RENAISSANCE PWY 925 | DURHAM | NC | 27713 | 0238 | ITS | $0.00 |
| 1032 | Orlando 2 | 4973INTERNATIONAL DR3F02 | ORLANDO | FL | 32819 | 3082 | ITS | $0.00 |
| 1033 | Delray MKT | 9169 W ATLANTIC AVE #112 | DELRAY BEACH | FL | 33446 | 3762 | ITS | $0.00 |
| 1034 | Gurnee Mills | 6170 W GRAND AVE STE 477 | GURNEE | IL | 60031 | 9950 | ITS | $0.00 |
| 1035 | Phoenix Premium | 4976 PREM OUTLETS WY 414 | CHANDLER | AZ | 85226 | 9947 | ITS | $0.00 |
| 1036 | Charleston | 50 N MARKET ST | CHARLESTON | NC | 27713 | 9866 | ITS | $0.00 |
| 1037 | Coney Island | 1232 SURF AVE | BROOKLYN | NY | 11729 | 9921 | ITS | $0.00 |
| 1038 | NOHO | 665 BROADWAY | NEW YORK | NY | 10012 | 9918 | ITS | $0.00 |
| 1040 | 7th Chinatown | 714 7TH ST NW | WASHINGTON | DC | 20001 | 3606 | ITS | $0.00 |
| 1041 | Fashion Island | 1021 NEWPORT CENTER DRIVE | NEWPORT BEACH | CA | 92660 | 3648 | ITS | $0.00 |
| 1042 | Station Park | 930 W FORBUSH PLACE | FARMINGTON | UT | 84025 | 3677 | ITS | $0.00 |
| 1043 | Huntsville (Bridge Street) | 340 THE BRIDGE STREET #116 | HUNTSVILLE | AL | 35806 | 3622 | ITS | $0.00 |
| 1044 | SOUTH STREET SEAPORT-1044 | 10 FULTON STREET | NEW YORK | NY | 10038 | 3680 | ITS | $0.00 |
| 1045 | Atlantic Station | 264 19TH STREET NW, BLDG. 2 STE # 2100-B | ATLANTA | GA | 30363 | 3619 | ITS | $0.00 |
| 1046 | Lynnfield | 535 MARKET STREET | LYNNFIELD | MA | 01940 | 3651 | ITS | $0.00 |
| 1047 | Key West | 117 DUVAL ST | KEY WEST | FL | 33040 | 3635 | ITS | $0.00 |
| 1048 | MIAMI INTERNATIONAL MALL | 1455 NW 107TH AVE STE 276 | DORAL | FL | 33172 | 3664 | ITS | $0.00 |
| 1050 | Westgate | 6751 N SUNSET BLVD STE E107 | GLENDALE | AZ | 85305 | 7223 | ITS | $0.00 |
| 1051 | Delray 2 | 250 EAST ATLANTIC AVE. | DELRAY BEACH | FL | 33444 | 9894 | ITS | $0.00 |
| 1052 | Katy Mills | 5000 KATY MILLS CIRCLE STE #631 | KATY | TX | 77494 | 9881 | ITS | $0.00 |
| 1053 | National Harbor | 6800 OXON HILL RD STE 880 | NATIONAL HARBOR | MD | 20745 | 9878 | ITS | $0.00 |
| 1054 | Upper East Side | 1542 3RD AVE | NEW YORK | NY | 10028 | 6877 | ITS | $0.00 |
| 1055 | Washingtonian | 216 BOARDWALK PLACE | GAITHERSBURG | MD | 20878 | 9904 | ITS | $0.00 |
| 1056 | Riverwalk | 1 POYDRAS STREET PLACE, #150 | NEW ORLEANS | LA | 70130 | 1377 | ITS | $0.00 |
| 1057 | Madison | 542 STATE STREET | MADISON | WI | 53703 | 6893 | ITS | $0.00 |
| 1058 | Country Club Plaza | 445 WEST 47TH ST | KANSAS CITY | MO | 64112 | 9865 | ITS | $0.00 |

| Store # | MERCHANT NAME  (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 1059 | Brooklyn Heights | 210 JORALEMON ST SPACE E | BROOKLYN | NY | 11201 | 6864 | ITS | $0.00 |
| 1060 | Cannery Row | 751 CANNERY ROW STE 129 | MONTEREY | CA | 93940 | 6880 | ITS | $0.00 |
| 1061 | Sevierville | 1645 PARKWAY SPC 1125 | Sevierville | TN | 37862 | 4676 | ITS | $0.00 |
| 1063 | Santa Monica | 1427 3RD STREET PROMENADE STE 102 | SANTA MONICA | CA | 90401 | 6916 | ITS | $0.00 |
| 1064 | Pembroke Pines | 406 SW 145TH TERRACE | PEMBROKE PINES | FL | 33027 | 6903 | ITS | $0.00 |
| 1066 | Summerlin | 10973 SUMMERLIN Ctr DR#J100A | LAS VEGAS | NV | 89135 | 4663 | ITS | $0.00 |
| 1067 | Rivercenter | 849 E. Commerce St, #117 | San Antonio | TX | 78205 | 8817 | ITS | $0.00 |
| 1068 | PASADENA - 1068 | 111 W. COLORADO BLVD | PASADENA | CA | 91105 | 4647 | ITS | $0.00 |
| 1069 | Niagara Falls | 1900 MILITARY RD Spc 284 | NIAGARA FALLS | NY | 14304 | 4650 | ITS | $0.00 |
| 1070 | Venice Beach | 2017 OCEAN FRONT WALK | VENICE BEACH | CA | 90291 | 4702 | ITS | $0.00 |
| 1071 | VA Beach | 209 CENTRAL PARK AVE | VIRGINIA BEACH | VA | 23462 | 1364 | ITS | $0.00 |
| 1072 | Meridian | 3693E LONGWING LN, SPACE # H-110 | MERIDIAN | ID | 83646 | 1351 | ITS | $0.00 |
| 1073 | Barefoot Landing | 4722-C HIGHWAY 17 SOUTH | N. MYRTLE BEACH | SC | 29582 | 4689 | ITS | $0.00 |
| 1074 | Arundel Mills | 7000 Arundel Mills Circle, Space 341 | Hanover | MD | 21076 | 8778 | ITS | $0.00 |
| 1075 | Foxwood Outlets | 455 Trolley Line Blvd, Ste 380 | Mashantucket | CT | 06338 | 8804 | ITS | $0.00 |
| 1076 | Denver Pavillions | 500 16TH ST #184A | DENVER | CO | 80202 | 4692 | ITS | $0.00 |
| 1077 | Coconut Creek | 4437 Lyons Road, Ste 107 | Coconut Creek | FL | 33073 | 0448 | ITS | $0.00 |
| 1078 | Colorado Mills | 14500 W Colfax Ave, Space 436 | Lakewood | CO | 80401 | 8794 | ITS | $0.00 |
| 1079 | Parkside Commons | 7133 O'Kelly Chapel Rd. suite #810 | Cary | NC | 27519 | 8820 | ITS | $0.00 |
| 1080 | Gaslamp | 450 5th Avenue, space 101 | San Diego | CA | 92101 | 8781 | ITS | $0.00 |
| 1081 | Destin | 4340 Legendary Drive, space B114 | Destin | FL | 32541 | 3958 | ITS | $0.00 |
| 1082 | Riverpark | 540 Collection Boulevard | Oxnard | CA | 93036 | 8833 | ITS | $0.00 |
| 1083 | Baybrook | 500 Baybrook Mall Space F149 | Friendswood | TX | 77546 | 3961 | ITS | $0.00 |
| 1084 | MOA | 270 North Garden | Bloomington | MN | 55425 | 3579 | ITS | $0.00 |
| 1085 | New City | 1457 N Halsted St, Space A115 | Chicago | IL | 60642 | 8846 | ITS | $0.00 |
| 1086 | American Dream | 1 American Dream Way, Ste G134 | East Rutherford | NJ | 07073 | 1658 | ITS | $0.00 |
| 1088 | Sundance Square | 503 Main St. | Fort Worth | TX | 76102 | 5101 | ITS | $0.00 |
| 1089 | Rockville Town Center | 130 East Gibbs St. | Rockville | MD | 20850 | 5114 | ITS | $0.00 |

| Store # | MERCHANT NAME (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 1090 | Liberty Center | 7125 Haskell St. | Liberty Township | OH | 45069 | 5127 | ITS | $0.00 |
| 1091 | Great Lakes Crossing | 4250 Baldwin Rd., #608 | Auburn Hills | MI | 48326 | 5143 | ITS | $0.00 |
| 1092 | Destiny | 1 Destiny USA Dr., #J308 | Syracuse | NY | 13290 | 5130 | ITS | $0.00 |
| 1093 | Ocean City | 952 Boardwalk, Unit A&B | Ocean City | NJ | 08226 | 7021 | ITS | $0.00 |
| 1094 | Mizner | 327 Plaza Real | Boca Raton | FL | 33432 | 7047 | ITS | $0.00 |
| 1095 | Odysea - 1095 | 9500 Via de Ventura, Bldg E-103 | Scottsdale | AZ | 85256 | 5156 | ITS | $0.00 |
| 1096 | Wildwood | 3000 Boardwalk, Suite 30 | Wildwood | NJ | 08260 | 1954 | ITS | $0.00 |
| 1097 | Daytona | 1860 Victory Cir, Space #M120 | Daytona Beach | FL | 32114 | 6248 | ITS | $0.00 |
| 1098 | The Domain | 11621 Rock Rose Blvd., Ste 100 | Austin | TX | 78758 | 5169 | ITS | $0.00 |
| 1099 | Palisades | 4522 Palisades Center Dr | West Nyack | NY | 10994 | 7034 | ITS | $0.00 |
| 1100 | Legacy Place | 544 Legacy Place | Dedham | MA | 02026 | 6251 | ITS | $0.00 |
| 1101 | Easton | 121 Easton Town Center | Columbus | OH | 43219 | 4599 | ITS | $0.00 |
| 1102 | Victory Park | 2401 Victory Park Lane STE 170 | Dallas | TX | 75219 | 4609 | ITS | $0.00 |
| 1103 | Grand Bazaar | 3263 Las Vegas Blvd South, Ste 200 | Las Vegas | NV | 89109 | 7565 | ITS | $0.00 |
| 1104 | Navy Pier | 600 E. Grand Ave, Space FP-12 | Chicago | IL | 60611 | 3266 | ITS | $0.00 |
| 1105 | Margaritaville | 3230 Margaritaville Blvd, Ste E.140 | Kissimmee | FL | 34747 | 7552 | ITS | $0.00 |
| 1106 | Sawgrass 2 | 12801 W Sunrise BLVD #307 | Surnise | FL | 33323 | 3664 | ITS | $0.00 |
| 1108 | Bayside | 401 Biscayne Blvd Space S151 | Miami | FL | 20155 | 1348 | ITS | $0.00 |
| 1110 | Wynwood | 2516 NW 2nd Ave / Space B | Miami | FL | 33127 | 6278 | ITS | $0.00 |
| 2005 | BB&T | 1 Panther Parkway | SUNRISE | FL | 33323 | 0602 | ITS | $0.00 |
| 4001 | Darien NB | I95 Darien Northbound Rest stop (Exits 12-13) | Darien | CT | 06820 | 3582 | ITS | $0.00 |
| 4002 | Darien SB | I95 Darien Southbound Rest stop (Exits 10-9) | Darien | CT | 06820 | 3595 | ITS | $0.00 |
| 4003 | Milford SB | I95 Milford Southbound Rest stop (Exits 41-40) | Milford | CT | 06460 | 3605 | ITS | $0.00 |
| 4005 | WWL Pembroke | 11401 Pines Blvd | Pembroke Pines | FL | 33026 | 839 | ITS | $0.00 |
| 4006 | WWL Baybrook | 500 Baybrook Mall | Friendswood | TX | 132747 | 4842 | ITS | $0.00 |
| 4007 | WWL Tucson | 4500 N. Oracle Rd. | Tucson | AZ | 85705 | 4855 | ITS | $0.00 |
| 4008 | WWL Christiana | 132 Christiana Mall | Newark | DE | 19702 | 4868 | ITS | $0.00 |
| 4009 | WWL North Star | 7400 San Pedro, Ste 2000 | San Antonio | TX | 78256 | 4871 | ITS | $0.00 |

| Store # | MERCHANT NAME  (DBA NAME) | STORE ADDRESS | CITY | STATE | ZIP | Account | ACCOUNT OWNER | a/o 9/22/20 |
|---|---|---|---|---|---|---|---|---|
| 4010 | Candy U - 4010 | 130 Center Court | Bloomington | MN | 55425 | 3579 | ITS | $0.00 |
| 4011 | Natick | 1245 Worcestor St, Space 3003 | Natick | MA | 01760 | 4592 | ITS | $0.00 |
| 4012 | Fashion Show | 3200 Las Vegas Blvd, Space 2030 | Las Vegas | NV | 89109 | 4602 | ITS | $0.00 |
| 4013 | Oak Brook | 100 Oakbrook Center, Space 72 | Oak Brook | IL | 60523 | 4589 | ITS | $0.00 |
| 4014 | Kenwood - Cincinnati | 7875 Montgomery Rd, Space 78 | Cincinnati | OH | 45236 | 4628 | ITS | $0.00 |
| 4015 | Lenox | 3393 Peachtree Rd NE, Suite 4007A | Atlanta | GA | 30326 | 4631 | ITS | $0.00 |
| 4016 | Roosevelt Field | 630 Old Country Rd, Suite 1074 | Garden City | NY | 11530 | 4644 | ITS | $0.00 |
| 4017 | Houston Galleria | 5085 Westheimer Rd, Space A3471 | Houston | TX | 77056 | 4657 | ITS | $0.00 |
| 4018 | Woodfield | 5 Woodfield Mall, Space J122 | Schaumburg | IL | 60173 | 4660 | ITS | $0.00 |
| 4019 | Aventura | 19575 Biscayne Blvd, Space 1313 | Aventura | FL | 33180 | 3542 | ITS | $0.00 |
| 4020 | La Cantera | 15900 La Cantera Pkwy | San Antonio | TX | 78256 | 4615 | ITS | $0.00 |
| 9100 | TEST | | | | | | ITS | $0.00 |
| CLOSE | Fort Hood - 2019 | Bldg 4250 Clear Creek Road | Fort Hood | TX | 76544 | 8319 | ITS | $0.00 |

| JPM Account # | Customer Ref# | Store Name | Address | City | State | Zip | Balance a/o 9/22/20 |
|---|---|---|---|---|---|---|---|
| 8816 | 1008 | Deer Park | 152 Arches Circle, Suite 407 | Deer Park | NY | 11729 | $ - |
| 8816 | 1011 | Jersey Shore | 1 Premium Outlets Boulevard, #810 | Tinton Falls | NJ | O7753 | $ - |
| 8816 | 1028 | Upper West Side | 1870 Broadway- Unit B | New York | NY | 10023 | $ - |
| 8816 | 1034 | Gurnee Mills | 6170 West Grand Ave# 477 | Gurnee | IL | 60031 | $ - |
| 8816 | 1042 | Station Park | 930 W Forbush Place #B100 | Farmington | UT | 84025 | $ - |
| 8816 | 1045 | Atlantic Station | 264 19th Street NW, Building 2 Suite 2100-B A | Atlanta | GA | 30363 | $ - |
| 8816 | 1057 | Madison | 542 State Street | Madison | WI | 53703 | $ - |
| 8816 | 1072 | Meridian | 3693 E. Longwing Lane, Space #130 | Meridian | ID | 83646 | $ - |
| 8816 | 1076 | Denver Pavilions | 500 16th Street, 184A | Denver | CO | 80202 | $ - |
| 8816 | 1078 | Colorado Mills | 14500 W Colfax Ave, Space 436 | Lakewood | CO | 80401 | $ - |
| 8816 | 1090 | Liberty Center | 7125 Haskell Street | Liberty Tow | OH | 45069 | $ - |
| 8816 | 1092 | Destiny | 1 Destiny USA Drive, J308 | Syracuse | NY | 13290 | $ - |
| 8816 | 1098 | Domain | 11621 Rock Rose Blvd, Ste 100 | Austin | TX | 78758 | $ - |
| 8816 | 1099 | Palisades Center | 4522 Palisades Center Dr | West Nyack | NY | 10994 | $ - |
| 8816 | 1101 | Easton | 121 Easton Town Center | Columbus | OH | 43219 | $ - |