UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Chapter 11

IT'SUGAR FL I LLC,                       Case No. 20-20259-RAM
IT'SUGAR LLC,                          Case No. 20-20261-RAM
IT'SUGAR ATLANTIC CITY LLC,    Case No. 20-20263-RAM
IT'SUGAR FLGC LLC,                Case No. 20-20264-RAM
                                   (Joint Administration *pending*)

Debtors.
_____/

**DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO (I) PAY
CERTAIN PREPETITION EMPLOYEE OBLIGATIONS AND MAINTAIN AND
CONTINUE EMPLOYEE BENEFITS AND PROGRAMS; AND (II) FOR BANKS
AND OTHER FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS
AND TO HONOR TRANSFERS RELATED TO SUCH OBLIGATIONS**

**(Emergency Hearing Requested)**

**Basis for Requested Emergency Hearing**

The Debtors respectfully request that the Court conduct a hearing on this Motion
consistent with Local Rule 9013-1(F). The Debtors operate a retail candy
business and have determined that, in order to ensure that the Employees (as
defined herein) remain with the Debtors, and in order to maintain employee
morale and productivity and continuous service to their customers, it is necessary
to pay, in the ordinary course of the Debtors' business, the Prepetition
Employment Obligations (as defined herein) that are owed to or payable for the
benefit of the Debtors' current Employees as set forth in this Motion. Payment of
these amounts will encourage the Employees to continue to work for the Debtors,
thereby avoiding potential disruption in the Debtors' business and their service to
customers, promoting the prospects for a successful reorganization, and,
ultimately, enhancing potential recoveries for the creditors. The Debtors
respectfully request that the Court waive the provisions of Local Rule 9075-1 (B),
which requires an affirmative statement that a bona fide effort was made in order
to resolve the issues raised in this Motion, as the relief requested herein is urgent
in nature and does not lend itself to advance resolution.

It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC

(collectively, ***"It'Sugar"*** or the ***"Debtors"***), by and through undersigned counsel, pursuant to 11

U.S.C. § 105(a), 363(b) and 507(a)(4), Federal Rule of Bankruptcy Procedure 6003, and Local

Rules 9013-1(F) and (I) and 9075-1, file this motion (the "**Motion**") seeking entry of an order authorizing the Debtors to (i) pay prepetition employee obligations and maintain and continue employee benefits and programs; and (ii) authorizing their banks and other financial institutions to honor and process checks and to honor transfers related to such obligations. In support of the Motion, the Debtors respectfully represent as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are Sections 105(a), 507(a)(4), 507(a)(5) and 541 of the Bankruptcy Code, Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rule 9013-1(I).

### Procedural Background

4.      On September 22, 2020 (the "**Petition Date**"), the Debtors filed their respective voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

5.      The Debtors are operating their business and managing their affairs as debtors-in-possession. 11 U.S.C. §§ 1107(a) and 1108.

6.      The Debtors operate as a single business and are known throughout the industry as It'Sugar. It'Sugar is a specialty candy retailer whose products include bulk candy, candy in giant packaging, and licensed and novelty items. It'Sugar's portfolio includes approximately 100 retail locations across 28 states.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

## Relief Requested

7.      The Debtors seek the entry of an order pursuant to sections 105(a), 507(a)(4), and 363(b) of the Bankruptcy Code: (i) authorizing, but not directing, it to pay and/or honor prepetition employee-related obligations, including, but not limited to, prepetition wages, salaries, medical, dental and insurance benefits, paid time off, vacation, sick and medical leave, and workers' compensation insurance (collectively, the "***Prepetition Employment Obligations***"), (ii) authorizing those banks holding its payroll accounts to honor checks issued to employees prepetition that have not cleared or been presented as of the Petition Date, and (iii) authorizing, but not directing, it to continue its practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations. A schedule containing the information required by Local Rule 9013-1(I)(1) is attached hereto as **Exhibit A**. As required by Local Rule 9013-1(I)(2), there are five (5) insiders among the employees listed on Exhibit A, as follows:

a)      Jeffrey Rubin, Chief Executive Officer of It'Sugar. Mr. Rubin receives an annual salary of $375,000 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors, including cell phone. Mr. Rubin's salary is initially paid by BBX Sweet Holdings, LLC and reimbursed 100% by the Debtors.[1] Mr. Rubin's benefits are paid by the Debtors.

b)      Allison Rubin, senior buyer and product developer for It'Sugar and wife of Jeffrey Rubin. Mrs. Rubin receives an annual salary of $82,194 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors. Ms. Rubin's salary and benefits are paid by the Debtors.

---

[1] This is consistent with prepetition, ordinary business practice. Additionally, certain executives were let go in order to reduce costs.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

c)       Maryanne Scaffidi, the Chief HR Officer of It'Sugar. Ms. Scaffidi receives an annual salary of $220,000 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors, including cell phone. Ms. Scaffidi salary is initially paid by BBX Sweet Holdings, LLC and reimbursed 85% by the Debtors. The remaining 15% of Ms. Scaffidi's salary is allocated to her work for BBX Sweet Holdings, LLC that is unrelated to the Debtors. Ms. Scaffidi's benefits are paid by the Debtors.

d)       Anton Gladnikov, Chief Financial Officer of It'Sugar. Mr. Gladnikov receives an annual salary of $180,000 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors. Mr. Gladnikov's salary is initially paid by BBX Sweet Holdings, LLC and reimbursed 85% by the Debtors. The remaining 15% of Mr. Gladnikov's salary is allocated to his work for BBX Sweet Holdings, LLC that is unrelated to the Debtors. Mr. Gladnikov's benefits are paid by the Debtors.

e)       Jonathan Schwartz, Assistant Vice-President of Real Estate and Business Development of It'Sugar. Mr. Schwartz receives an annual salary of $183,750 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors, including cell phone. Mr. Schwartz' salary is initially paid by BBX Capital and reimbursed 75% by the Debtors. The remaining 25% of Mr. Schwartz' salary is allocated to his work for BBX Capital that is unrelated to the Debtors. Mr. Schwartz' benefits are paid by the Debtors.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

f)      Steve Parris, Vice President of Information Technology: Mr. Parris receives an annual salary of $190,000 and the following benefits: health, dental and life insurance, and reimbursement of expenses paid related to the Debtors. Mr. Parris's salary and benefits are paid by the Debtors.

8.      Each of the foregoing insider employees are legitimate employees, working full-time or part-time for the Debtors and are absolutely essential to the Debtors' business operation. Moreover, if the Debtors were required to replace any of such employees, the Debtors' business operations would be severely disrupted and prejudiced. In addition, replacement of such employees could not likely be done at any cost savings to the Debtors. Instead, the Debtors believe that the cost of replacing these employees would likely exceed the current amounts being paid to such employees.

9.      All payroll taxes and related benefits, to the extent applicable, will be paid concurrently with the payment of the prepetition wages identified on Exhibit A to this Motion when authority to pay such wages has been granted. *See* Local Rule 9013-1(I).

**Payment of Employee Compensation, Withholding Obligations and Insurance Costs**

10.      As further described below, the Debtors' gross Prepetition Employee Obligations total approximately $400,000.

A. **Prepetition Wages, Salaries and Other Compensation**

11.      As of the Petition Date, the Debtors employed approximately 598 employees (the "***Employees***"), of which 246 are full time and 352 are part time employees, exclusive of the individuals listed in (a) through (e) above. Below is a breakdown by positions:

a)      54 people are in corporate positions; and

5

b)    544 people are in retail positions.

12.    Approximately 464 Employees are paid on an hourly basis and approximately 134 Employees are paid a fixed salary. The Debtors' Employees are the public "face" of their business; they are responsible for ensuring that customers receive the product they have come to expect from the Debtors. The Employees' skills and their knowledge and understanding of the Debtors' operations, customer and supplier relationships, and infrastructure are essential to maintaining the Debtors' business enterprise and the success of their chapter 11 reorganization efforts. Without the Employees' continued commitment to the Debtors' business operation, the Debtors' ability to achieve a successful reorganization would be severely compromised.

**B.    Payroll and Related Obligations**

a)    **Compensation Obligations**

13.    In the ordinary course of its business, the Debtors incur payroll and various other obligations for their Employees and provide other benefits to their Employees for the performance of services. These benefits and obligations are described in more detail below.

14.    In the ordinary course of business, the Debtors incur payroll obligations to their Employees, comprised generally of wages and salaries. The Debtors pay their Employees on a bi-weekly basis, on Friday, one week in arrears. The Debtors' average monthly gross payments based on the last twelve months (*i.e.,* gross salaries and wages paid to Employees before Employee taxes or other deductions are withheld) for all Employees is approximately $1,400,000 per month. The last date Employees were compensated prior to the Petition Date was September 18, 2020, which primarily included all salaries and wages earned from August 30, 2020 through September 12, 2020.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

15.     The Debtors' payroll is issued via checks or by direct deposit. The Debtors use ADP to assist in the processing of its payroll and funds the payment of payroll tax and employee benefits (as discussed below).

16.     Because Employees are paid in arrears, as of the Petition Date, some of the Employees will not have been paid all of their prepetition wages. Additionally, some of the Employees may be entitled to compensation because, among other things, (i) potential discrepancies may exist between the amounts paid and amounts Employees believe should have been paid, which, upon resolution, may reveal that additional amounts are owed to such Employees, and (ii) some payroll checks issued to Employees prior to the Petition Date may not have been presented for payment or may not have cleared the banking system and, accordingly, have not been honored and paid as of the Petition Date.

17.     The Debtors estimate that, as of the Petition Date, the accrued and unpaid prepetition salaries and wages (the "***Compensation Obligations***") total approximately $400,000. Notably, as of the Petition Date, to the best of the Debtors' understanding, none of the Employees are owed more than $13,650.00 in accrued and unpaid prepetition wages or salaries, excluding outstanding and uncashed payroll checks.

18.     By this Motion, the Debtors seek authority, but not direction, to pay any unpaid Compensation Obligations and outstanding payroll checks not yet presented for payment, and to continue its employee compensation practices in the ordinary course during the administration of these chapter 11 cases.

19.     All applicable payroll taxes and related benefits due to the Employees will be paid concurrently with payment of the wages.

C.    **Amounts Withheld on Behalf of Third Parties**

**Payroll Tax Obligations**

20.    In connection with the salaries and wages paid to Employees, the Debtors are required by law to withhold from its Employees' wages amounts related to federal, state, and local income taxes, as well as social security and Medicare taxes (collectively, the "***Employee Withholding Taxes***") and to remit the same to the applicable taxing authorities (the "***Taxing Authorities***"). In addition, the Debtors are required to make matching payments from its own funds for, among other things, social security and Medicare taxes and to pay, based on a percentage of gross payroll, state and federal unemployment insurance, employment training taxes, and state disability insurance contributions (the "***Employer Payroll Tax Obligations***," and together with Employee Withholding Taxes, the "***Payroll Tax Obligations***").

21.    Each pay cycle, the Debtors withhold any applicable Employee Withholding Taxes from the Employees' wages, and remit the same to the applicable Taxing Authorities. Historically, on average, the Debtors have withheld approximately $200,000 per month in Employee Withholding Taxes. At the same time, the Debtors also remit any Employer Payroll Tax Obligations. The Debtors' average monthly payment for Employer Payroll Tax Obligations has been approximately $100,000 per month.

22.    As of the Petition Date, the Debtor estimates that it owes approximately $75,000 in accrued Payroll Tax Obligations.

23.    By this Motion, the Debtors seek authority, but not direction, to (i) pay any accrued and unpaid Payroll Tax Obligations, and (ii) continue to pay Payroll Tax Obligations, and remit amounts withheld on behalf of third parties with respect thereto postpetition, in the ordinary course

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

of business throughout the administration of the Chapter 11 cases. The Debtors believe that such withheld funds, to the extent that they remain in the Debtors' possession, constitute monies held in trust and, therefore, are not property of the Debtors' bankruptcy estates. Accordingly, the Debtors request that its practice of directing such funds to the appropriate parties in the ordinary course of business be specifically authorized and approved by the Court out of an abundance of caution.

        **D.**    **Business Expenses**

      24.    It'Sugar LLC ("***ITS***") utilizes and has provided twenty-four (24) employees with an American Express Corporate credit card. ITS pays American Express directly for a variety of its business-related expenses incurred in performing their employment obligations including travel for employees; shipping and packing materials and supplies; human resources related software subscriptions with recurring monthly and annual charges; tax software, third party accounts payable software, expense submission and approval software and marketing subscriptions with recurring monthly and annual charges; IT infrastructure licenses and subscriptions; and miscellaneous corporate services and expenses (the "***Business Expenses***"). All Business Expenses are incurred with the understanding that they will be paid for by ITS. ITS reviews the American Express statements and pays the amounts related to the business directly to American Express. Historically, Business Expenses aggregate approximately $40,000 per month. The Debtors require the ability to continue to use the American Express account to pay for such Business Expenses.

      25.    Further, the Debtors reimburse certain employees for mileage and travel and entertainment expenses, which the Debtors estimate does not exceed $5,000 per month ("***Travel***

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

*Expenses*"). Lastly, approximately $1,000 is spent monthly to reimburse an employee who shops for miscellaneous supplies used by the Debtors ("***Miscellaneous Expenses***").

26.     The Debtors intend to continue this practice relating to Business Expenses, Mileage Expenses and Miscellaneous Expenses in the ordinary course during the administration of the Chapter 11 cases.

### E.     Employee Benefit Plans

27.     In the ordinary course of business, the Debtors have established various benefit plans and policies for their Employees that can be divided into the following categories: (i) medical and prescription drug benefits, and dental care (collectively, the "***Health Plans***"); (ii) life insurance ("***Life Insurance***"), and (iii) paid vacation time ("***Vacation Time,***" and together with the Health Plans and Life Insurance, the "***Employee Benefit Plans***"). In certain instances, the Debtors deduct specified amounts from the Employees' wages in connection with the Employee Benefit Plans, such as, among others, the Health Plans.

28.     All obligations with respect to the Employee Benefit Plans (including insurance policies and coverage) are hereinafter referred to as the "***Employee Benefit Obligations***," which include, without limitation, the obligations arising under the various plans described below. As of the Petition Date, the Debtors believe that the accrued and unpaid prepetition Employee Benefit Obligations, comprised solely of Employee contributions to such plans, total approximately $30,000.

### F.     Workers' Compensation Insurance

29.     The Debtors provide workers' compensation insurance coverage for the benefit of all Employees. These benefits are covered primarily under the Debtors' workers' compensation

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

insurance program, which program is provided and administered by Everest Premier Insurance Company ("**_Everest_**"), an A-rated domestic carrier, up to $1,000,000 per incident and $1,000,000 per individual. Failure to maintain this insurance could result in the institution of administrative or legal proceedings against the Debtors. The monthly premium for the workers' compensation is approximately $15,000.

30.     The Debtors seek authority to pay any workers' compensation premium that remained accrued and unpaid as of the Petition Date and continue paying and/or contesting in good faith, as appropriate in the Debtors' business judgment, all amounts related to workers' compensation claims that arose prior to the Petition Date, including, without limitation, any payments to insurers required as a result of such claims, as they become due in the ordinary course of the Debtors' business.

**G.     Direction to Banks**

31.     Finally, the Debtors seek an order authorizing and directing all banks to receive, process, honor, and pay any and all checks drawn on the Debtors' payroll and general disbursement accounts related to the Compensation Obligations, the Payroll Tax Obligations, the Business Expenses, and the Employee Benefit Obligations, (collectively, the "**_Prepetition Employment Obligations_**"), including any uncashed checks that were issued prior to the Petition Date with respect thereto, whether presented before or after the Petition Date, provided that sufficient funds are on deposit in the applicable accounts to cover such payments.

32.     The Debtors' Employees would suffer hardship if they were to lose (or suffer a delay in receiving) their anticipated pay and benefits.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

33.     The Debtors have paid their Prepetition Employment Obligations on a current basis. Some Prepetition Employment Obligations for the period immediately before the filing of the petitions, however, have not been paid, primarily because the petitions were filed after the Employees' entitlements had accrued, but before payment was due.

34.     The Debtors have determined that, in order to ensure that the Employees remain with the Debtors during its Chapter 11 case, and in order to maintain Employee morale and productivity and continuous service to their customers, it is necessary to pay, in the ordinary course of the Debtors' business, the Prepetition Employment Obligations that are owed to or payable for the benefit of the Debtors' current Employees as set forth in this Motion. Payment of these amounts will encourage the Employees to continue to work for the Debtors, thereby avoiding potential disruption in the Debtors' business and its service to customers, promoting the prospects for a successful reorganization, and, ultimately, enhancing potential recoveries for the Debtors' creditors.

**H.     Legal Basis and Authority for Relief**

35.     As a result of the commencement of this case, and in the absence of an order of the Court providing otherwise, the Debtors may be prohibited from paying or otherwise satisfying their Prepetition Employment Obligations described above. To maintain Employee morale at this critical time for the Debtors, and to minimize the personal hardship the Employees would suffer if prepetition employee-related obligations are not paid when due, the Debtors seek authority to honor in the exercise of its business judgment such obligations, including those described above. Accordingly, pursuant to sections 105(a), 363(b) and 507(a)(4) of the Bankruptcy Code and the "necessity of payment" doctrine, the Debtors seek entry of an order authorizing, but not directing,

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

the Debtors to (i) pay Prepetition Employment Obligations, and (ii) continue the practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations. Relief similar to that sought herein has been granted by Courts in this District. *See, e.g., In re Protective Products of America, Inc., et. al.*, Chapter 11 Case No. 10-10711-BKC-JKO (Bankr. S.D. Fla. Jan. 19, 2010) (Olson, J.); *In re DM Industries, Ltd.*, Chapter 11 Case No. 09-15533-BKC-LMI (Bankr. S.D. Fla. Mar. 31, 2009) (Isicoff, J.); *In re Gemini Cargo Logistics, Inc. et al.,* Chapter 11 Case No. 08-18173-BKC-AJC (Bankr. S.D. Fla. June 20, 2008) (Cristol, J.); *In re Tousa, Inc., et al*, Chapter 11 Case No. 08-10928-BKC-JKO (Bankr. S.D. Fla. Jan. 31, 2008) (Olson, J.); *In re Gemini Cargo Logistics, Inc. et al.,* Chapter 11 Case No. 06-10870-BKC-AJC (Bankr. S.D. Fla. March 17, 2006) (Cristol, J.); *In re Atlas Air Worldwide Holdings, Inc. et al.,* Chapter 11 Case No. 04-10792-BKC-RAM (Bankr. S.D. Fla. Feb. 10, 2004) (Mark, J.).

36.     Section 363(b)(1) of the Bankruptcy Code provides: "The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). Section 105(a) of the Bankruptcy Code provides:

> The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, *sua sponte*, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

11 U.S.C. § 105(a).

37.     Pursuant to section 507(a)(4) of the Bankruptcy Code, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, each employee may be granted a priority claim for:

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

allowed unsecured claims, but only to the extent of $13,650 for each individual or corporation, as the case may be, earned within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first, for –

(A)    wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual; or

(B)    sales commissions earned by an individual or by a corporation with only 1 employee, acting as an independent contractor in the sale of goods or services, for the debtor in the ordinary course of the debtor's business if, and only if, during the 12 months preceding that date, at least 75 percent of the amount that the individual or corporation earned by acting as an independent contractor in the sale of goods or services was earned from the debtor . . .

11 U.S.C. § 507(a)(4).

38.    Because all of the Prepetition Employment Obligations constitute priority claims pursuant to section 507(a)(4) of the Bankruptcy Code, which claims must be paid in full pursuant to section 1129(a)(9) of the Bankruptcy Code in order to confirm a plan of reorganization, payment of such obligations at this time merely affects the timing, but not the appropriateness, of such payments. To the extent that Employees are owed in excess of $13,650 in respect of Prepetition Employment Obligations earned within 180 days of the Petition Date, the Debtors seek to cap the payment at $13,650, and will not pay in excess of this amount for Prepetition Employee Obligations.

39.    The Debtors' Employees are essential to the success of their business, and thus to a successful reorganization. The stability of the Debtors' workforce is essential to its continued operations. It is therefore critical that the Debtors be permitted to continue the ordinary course personnel policies, programs and procedures that were in effect prior to the Petition Date.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

40. The Eleventh Circuit has recognized and applied the doctrine of necessity in various cases. *See, e.g., Southern Ry. Co. v. U.S. Fidelity & Guar. Co.*, 87 F.2d 118, 119 (5th Cir. 1936)[2] ("There is a doctrine which permits preferential payment of a common claim when necessary for the benefit of the estate.") (citing *Miltenberger v. Logansport R. Co.*, 106 U.S. 286 (1882)). The doctrine was expanded to non-railroad debtors in a decision by Judge Learned Hand in *Dudley v. Mealey*, 147 F.2d 268, 271 (2d Cir. 1945) (holding, in a hotel reorganization case, that the court was not "helpless" to apply the rule to supply creditors of non-railroad debtors where the alternative was the cessation of operations).

41. Today, the rationale for the necessity of payment rule – the rehabilitation of a debtor in reorganization cases – is "the paramount policy and goal of Chapter 11." *In re Ionosphere Clubs, Inc.,* 98 B.R. 174, 176 (Bankr. S.D.N.Y. 1989); *In re Just For Feet, Inc.*, 242 B.R. 821 (D. Del. 1999) (payment of prepetition claims to certain trade vendors was "essential to the survival of the debtor during the Chapter 11 reorganization"); *In re Quality Interiors. Inc.*, 127 B.R. 391, 396 (Bankr. N.D. Ohio 1991) ("payment by a debtor-in-possession of pre-petition claims outside of a confirmed plan of reorganization is generally prohibited by the Bankruptcy Code," but "[a] general practice has developed, however, where bankruptcy courts permit the payment of certain pre-petition claims, pursuant to 11 U.S.C. § 105, where the debtor will be unable to reorganize without such payment"); *In re Eagle-Picher Indus., Inc.,* 124 B.R. 1021, 1023 (Bankr. S.D. Ohio 1991) (court approved payment of prepetition unsecured claims of toolmakers as "necessary to avert a serious threat to the Chapter 11 process"); *In re Adams Apple, Inc.*, 829 F.2d 1484, 1490 (9th Cir. 1987) (recognizing that allowance of "unequal treatment of pre-petition debts when necessary for rehabilitation . . ."); *In re Chateauguay Corp.,* 80 B.R. 279, 287 (Bankr. S.D.N.Y. 1987)

---

[2] This case constitutes binding Eleventh Circuit precedent. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).

(authorizing payment of prepetition worker's compensation claims on grounds that the fundamental purpose of reorganization and equity powers of bankruptcy courts "is to create a flexible mechanism that will permit the greatest likelihood of survival of the debtor and payment of creditors in full or at least proportionately"); *see also 2 Collier on Bankruptcy*, ¶ 105.04[5][a] (15th ed. Rev. 2004).

42.    The Debtors further submit that the withholding obligations do not constitute property of its estate and principally represent employee earnings that governments (in the case of taxes), Employees (in the case of voluntary withholding obligations), and judicial authorities (in the case of involuntary withholding obligations), have designated for deduction from Employee paychecks. The failure to transfer these withheld funds could result in hardship to certain employees.

43.    Further, the Debtors submit that with respect to the wage-related taxes that constitute "trust fund" taxes, the payment of such taxes will not prejudice other creditors of the Debtors' estates given that the relevant taxing authorities would have a priority claim under section 507(a)(8) of the Bankruptcy Code in respect of such obligations. Moreover, the monies payable for trust fund taxes, as well as the other funds that are held in trust for the benefit of third parties, are not property of the Debtors' estates.

44.    The Debtors' Employees are essential to its business. For this reason, and the reasons set forth above, the request to pay Prepetition Employment Obligations and to continue the ordinary course personnel policies, programs and procedures that were in effect prior to the Petition Date is justified under the foregoing authorities, as well as section 105(a) of the Bankruptcy Code.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

I.        **Reservation of Debtors' Rights**

45.        Nothing contained herein is intended or should be construed as an admission as to the validity of any claim against the Debtors, a waiver of the Debtors' rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under Section 365 of the Bankruptcy Code. Likewise, if this Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended and should not be construed as an admission as to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

**WHEREFORE**, the Debtors respectfully requests that this Court enter an Order (in the form attached hereto as **Exhibit B** authorizing the Debtors to pay the Prepetition Employment Obligations and granting such further relief this Court deems just and proper.

Dated: September 23, 2020.

  s/ Michael S. Budwick
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Proposed Attorneys for Debtors*

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 120235 | 28.06 | $280.55 | $45.23 | $23.34 |
| 997616 | 94.48 | $944.81 | $177.85 | $70.72 |
| 680107 | 100.97 | $1,110.62 | $215.29 | $85.45 |
| 100235 | 77.80 | $1,281.36 | $155.47 | $81.43 |
| 120210 | 18.86 | $282.96 | $37.09 | $24.33 |
| 120221 | 35.97 | $521.61 | $54.15 | $44.85 |
| 680027 | 38.71 | $512.94 | $86.86 | $44.10 |
| 112316 | 33.46 | $434.97 | $47.97 | $37.40 |
| 120052 | 52.04 | $702.60 | $85.07 | $60.41 |
| 656951 | 32.47 | $428.99 | $54.87 | $30.67 |
| 680702 | 63.84 | $840.08 | $126.17 | $60.06 |
| 120219 | 28.86 | $360.72 | $42.67 | $31.02 |
| 120043 | 35.05 | $420.64 | $46.95 | $36.17 |
| 120157 | 16.60 | $199.15 | $31.10 | $17.12 |
| 695361 | 35.99 | $431.94 | $56.96 | $37.14 |
| 114087 | 59.52 | $714.29 | $67.93 | $51.07 |
| 120091 | 78.48 | $1,334.24 | $170.92 | $102.48 |
| 120165 | 75.79 | $1,250.50 | $181.69 | $107.52 |
| 120277 | 35.18 | $527.72 | $56.23 | $45.37 |
| 997561 | 76.93 | $1,057.83 | $165.49 | $75.37 |
| 998536 | 73.40 | $1,137.73 | $160.99 | $81.34 |
| 120007 | 74.32 | $1,059.09 | $90.86 | $73.99 |
| 998165 | 80.00 | $1,923.08 | $283.94 | $136.94 |
| 100237 | 80.00 | $1,663.62 | $139.62 | $83.10 |
| 998117 | 80.00 | $1,600.00 | $286.29 | $122.40 |
| 120136 | 80.00 | $1,730.77 | $292.14 | $147.01 |
| 100244 | 80.00 | $2,230.77 | $325.44 | $159.32 |
| 965911 | 32.00 | $640.07 | $63.86 | $45.76 |
| 998497 | 71.90 | $1,797.60 | $298.56 | $134.43 |
| 120196 | 75.10 | $1,858.81 | $303.17 | $207.11 |
| 966175 | 95.25 | $1,952.65 | $392.51 | $146.68 |
| 658238 | 57.97 | $889.88 | $152.39 | $63.62 |
| 120110 | 79.16 | $1,424.85 | $214.93 | $129.26 |
| 680346 | 81.66 | $1,393.16 | $244.21 | $100.79 |
| 678910 | 0.00 | $0.00 | $18.09 | $0.00 |
| 112880 | 43.72 | $710.45 | $104.25 | $50.84 |
| 680280 | 36.78 | $525.90 | $57.15 | $37.60 |
| 997697 | 41.22 | $577.03 | $82.12 | $41.25 |
| 120275 | 27.14 | $458.58 | $50.87 | $49.93 |
| 966568 | 64.70 | $1,035.25 | $158.58 | $74.02 |
| 657907 | 61.03 | $869.72 | $148.77 | $62.18 |
| 120270 | 58.09 | $885.88 | $116.61 | $96.52 |
| 112026 | 41.94 | $597.70 | $100.04 | $42.73 |
| 658077 | 47.75 | $659.01 | $111.02 | $71.75 |
| 679751 | 53.17 | $731.06 | $123.93 | $52.27 |
| 658382 | 40.39 | $545.30 | $93.43 | $38.99 |
| 998469 | 62.03 | $1,023.46 | $141.22 | $80.76 |
| 120156 | 41.85 | $707.23 | $88.03 | $77.65 |
| 997991 | 70.20 | $965.29 | $150.93 | $69.23 |
| 679286 | 18.84 | $260.97 | $36.75 | $28.41 |

EXHIBIT A

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 965938 | 36.45 | $492.14 | $68.15 | $35.20 |
| 966436 | 30.52 | $475.75 | $63.64 | $51.80 |
| 695379 | 37.25 | $558.70 | $77.03 | $39.96 |
| 965864 | 25.79 | $386.81 | $49.29 | $42.11 |
| 966245 | 49.80 | $746.97 | $110.36 | $53.43 |
| 681022 | 29.76 | $446.35 | $60.57 | $48.60 |
| 998322 | 21.50 | $322.44 | $41.15 | $35.11 |
| 120122 | 13.11 | $170.40 | $30.27 | $18.55 |
| 998101 | 13.19 | $171.51 | $30.35 | $18.67 |
| 120166 | 18.70 | $317.96 | $40.82 | $34.62 |
| 998387 | 39.89 | $671.74 | $81.21 | $70.94 |
| 998413 | 4.26 | $71.71 | $23.22 | $7.81 |
| 120002 | 26.18 | $418.93 | $72.58 | $45.61 |
| 120080 | 60.21 | $782.72 | $99.51 | $85.22 |
| 120203 | 24.21 | $314.78 | $40.60 | $34.27 |
| 120237 | 32.82 | $426.62 | $48.61 | $46.47 |
| 120239 | 38.23 | $516.12 | $55.52 | $56.19 |
| 120126 | 57.35 | $774.25 | $98.51 | $84.56 |
| 695623 | 50.92 | $661.98 | $114.65 | $47.38 |
| 120072 | 39.66 | $495.81 | $53.54 | $53.98 |
| 120079 | 43.93 | $680.98 | $82.73 | $74.14 |
| 965841 | 30.70 | $460.47 | $51.02 | $32.92 |
| 998099 | 18.80 | $282.00 | $38.25 | $20.16 |
| 695274 | 26.02 | $390.34 | $66.41 | $27.91 |
| 966433 | 22.98 | $344.75 | $59.06 | $24.65 |
| 695387 | 43.83 | $569.75 | $81.41 | $62.36 |
| 681001 | 69.79 | $907.21 | $139.71 | $64.86 |
| 997772 | 7.85 | $102.10 | $25.40 | $11.12 |
| 997487 | 34.86 | $453.19 | $78.23 | $49.34 |
| 966282 | 43.31 | $649.70 | $64.54 | $54.66 |
| 120151 | 15.59 | $233.85 | $34.81 | $25.46 |
| 997484 | 40.96 | $624.63 | $89.98 | $68.01 |
| 680220 | 16.99 | $268.13 | $37.27 | $29.19 |
| 120146 | 20.15 | $266.96 | $37.17 | $29.07 |
| 120145 | 35.64 | $472.25 | $51.86 | $51.42 |
| 100255 | 70.03 | $2,020.41 | $144.65 | $126.56 |
| 680021 | 85.10 | $2,574.19 | $213.33 | $148.17 |
| 111377 | 65.62 | $1,414.83 | $246.68 | $101.24 |
| 679779 | 85.34 | $1,760.63 | $175.08 | $89.40 |
| 100124 | 66.58 | $1,391.43 | $202.81 | $99.58 |
| 997525 | 92.69 | $2,062.44 | $342.58 | $153.22 |
| 657817 | 79.35 | $2,017.90 | $366.59 | $144.27 |
| 678784 | 79.33 | $1,624.67 | $244.91 | $116.37 |
| 112138 | 72.32 | $2,202.91 | $302.94 | $140.93 |
| 657141 | 85.41 | $1,837.97 | $244.54 | $116.59 |
| 997514 | 39.64 | $673.94 | $74.39 | $38.99 |
| 100268 | 57.16 | $943.13 | $141.51 | $65.98 |
| 678526 | 58.85 | $941.60 | $121.17 | $66.87 |
| 658146 | 30.97 | $495.45 | $37.63 | $29.76 |
| 997696 | 70.96 | $1,085.72 | $134.26 | $62.74 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 120223 | 66.61 | $1,248.89 | $185.10 | $137.45 |
| 658377 | 80.87 | $1,164.54 | $195.92 | $81.05 |
| 680389 | 31.88 | $463.79 | $37.69 | $29.84 |
| 120197 | 82.41 | $2,473.02 | $484.49 | $211.17 |
| 966516 | 39.89 | $642.22 | $118.60 | $50.50 |
| 997723 | 80.30 | $1,292.89 | $240.97 | $92.44 |
| 678937 | 45.97 | $620.56 | $97.56 | $50.75 |
| 997644 | 25.58 | $338.98 | $52.91 | $27.72 |
| 120253 | 46.07 | $610.48 | $81.68 | $53.35 |
| 965912 | 22.06 | $286.82 | $61.37 | $25.06 |
| 120087 | 20.04 | $257.53 | $47.08 | $22.50 |
| 120095 | 32.04 | $411.66 | $58.10 | $35.97 |
| 120086 | 26.79 | $344.29 | $53.28 | $30.08 |
| 998472 | 24.15 | $289.80 | $49.39 | $25.32 |
| 120228 | 66.68 | $1,000.24 | $147.53 | $87.40 |
| 965941 | 32.11 | $457.58 | $61.39 | $37.42 |
| 965800 | 80.00 | $2,192.31 | $216.75 | $146.02 |
| 997671 | 20.29 | $263.73 | $146.56 | $23.54 |
| 680507 | 43.93 | $560.16 | $163.19 | $53.14 |
| 658277 | 85.57 | $1,197.95 | $188.50 | $104.33 |
| 657794 | 80.00 | $1,875.93 | $257.18 | $103.54 |
| 120171 | 23.53 | $388.23 | $53.11 | $36.47 |
| 120218 | 22.65 | $339.78 | $49.65 | $31.91 |
| 998321 | 25.53 | $382.95 | $74.80 | $35.97 |
| 998120 | 12.79 | $191.80 | $43.28 | $18.01 |
| 680769 | 4.84 | $72.55 | $31.45 | $6.81 |
| 998136 | 63.41 | $1,077.94 | $199.08 | $77.07 |
| 998307 | 80.00 | $1,980.77 | $263.77 | $146.65 |
| 112282 | 77.92 | $1,051.88 | $163.33 | $75.20 |
| 120226 | 74.44 | $1,116.60 | $140.23 | $90.58 |
| 997997 | 77.04 | $1,117.08 | $140.31 | $79.87 |
| 679257 | 81.94 | $1,196.33 | $183.52 | $83.32 |
| 965959 | 37.79 | $566.89 | $78.97 | $40.53 |
| 657592 | 41.54 | $467.71 | $44.25 | $33.44 |
| 998561 | 37.20 | $409.24 | $29.26 | $33.20 |
| 998343 | 36.28 | $362.84 | $45.23 | $29.43 |
| 657723 | 38.27 | $466.18 | $33.33 | $37.82 |
| 695679 | 39.58 | $415.58 | $37.41 | $33.71 |
| 120010 | 48.19 | $506.02 | $36.18 | $41.05 |
| 658446 | 41.28 | $461.93 | $43.32 | $34.22 |
| 680966 | 36.87 | $377.94 | $46.31 | $28.22 |
| 1032 | 34.25 | $376.76 | $26.94 | $30.56 |
| 120129 | 53.45 | $561.19 | $44.88 | $45.52 |
| 681006 | 52.03 | $520.34 | $54.69 | $37.20 |
| 120062 | 59.20 | $769.64 | $79.27 | $62.43 |
| 120216 | 63.53 | $825.84 | $88.53 | $66.99 |
| 997678 | 56.83 | $625.10 | $44.69 | $44.69 |
| 998490 | 44.04 | $484.45 | $34.65 | $39.30 |
| 997726 | 41.25 | $453.73 | $60.23 | $32.44 |
| 998455 | 59.16 | $650.76 | $59.66 | $46.53 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 120222 | 67.82 | $745.98 | $75.36 | $60.52 |
| 965950 | 86.09 | $1,041.72 | $141.65 | $74.48 |
| 997641 | 64.99 | $714.91 | $86.78 | $51.11 |
| 998016 | 4.57 | $45.69 | $3.26 | $3.71 |
| 998407 | 49.61 | $483.65 | $34.58 | $37.62 |
| 120212 | 50.15 | $526.58 | $37.64 | $42.72 |
| 998098 | 20.01 | $195.09 | $17.57 | $15.83 |
| 680837 | 34.28 | $380.54 | $46.74 | $30.87 |
| 997994 | 25.02 | $275.18 | $19.67 | $22.32 |
| 120269 | 16.81 | $151.29 | $10.82 | $12.27 |
| 695754 | 26.77 | $240.94 | $24.23 | $19.55 |
| 997612 | 22.57 | $197.46 | $17.95 | $16.02 |
| 695639 | 17.15 | $154.37 | $11.04 | $12.52 |
| 998122 | 10.94 | $95.68 | $6.84 | $7.76 |
| 695704 | 40.99 | $368.93 | $46.24 | $29.93 |
| 120281 | 22.51 | $247.64 | $17.71 | $20.09 |
| 998096 | 39.39 | $433.25 | $56.85 | $31.89 |
| 120206 | 25.96 | $233.62 | $16.70 | $18.95 |
| 120211 | 33.81 | $304.31 | $21.75 | $24.69 |
| 120046 | 30.11 | $286.04 | $20.45 | $23.20 |
| 998566 | 35.22 | $334.63 | $23.92 | $27.15 |
| 120200 | 10.49 | $102.24 | $7.31 | $8.29 |
| 998487 | 21.62 | $205.43 | $14.69 | $16.67 |
| 120258 | 14.97 | $134.72 | $9.62 | $10.93 |
| 120256 | 31.08 | $279.75 | $20.00 | $22.69 |
| 998092 | 45.40 | $408.60 | $52.77 | $33.15 |
| 120034 | 22.95 | $200.83 | $14.35 | $16.29 |
| 998530 | 15.89 | $139.03 | $9.95 | $11.28 |
| 120241 | 27.08 | $243.74 | $17.43 | $19.77 |
| 120063 | 13.20 | $118.83 | $8.50 | $9.64 |
| 120259 | 67.05 | $804.55 | $85.03 | $65.27 |
| 656593 | 63.79 | $909.06 | $139.78 | $64.99 |
| 695276 | 75.49 | $943.61 | $147.08 | $67.46 |
| 695686 | 67.22 | $887.27 | $76.65 | $48.17 |
| 966569 | 66.99 | $770.42 | $112.89 | $55.08 |
| 966371 | 81.06 | $972.76 | $120.26 | $66.03 |
| 998121 | 55.83 | $614.16 | $87.66 | $43.91 |
| 120004 | 63.65 | $795.68 | $83.55 | $64.55 |
| 100202 | 80.00 | $1,971.16 | $310.89 | $139.46 |
| 695399 | 80.00 | $1,826.92 | $116.61 | $80.71 |
| 680086 | 80.00 | $1,690.37 | $243.89 | $121.77 |
| 120061 | 80.00 | $1,730.77 | $275.28 | $132.40 |
| 680804 | 80.00 | $1,549.30 | $103.73 | $103.73 |
| 998294 | 80.00 | $2,115.39 | $396.76 | $161.83 |
| 998292 | 80.00 | $1,461.54 | $153.57 | $100.73 |
| 678865 | 80.00 | $1,483.47 | $266.36 | $113.49 |
| 997709 | 80.00 | $1,520.00 | $226.56 | $116.28 |
| 679482 | 80.00 | $1,449.76 | $77.47 | $77.47 |
| 998003 | 80.00 | $1,384.62 | $246.95 | $105.92 |
| 680504 | 80.00 | $1,634.62 | $249.00 | $109.78 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 997836 | 80.00 | $1,653.85 | $299.85 | $126.52 |
| 100033 | 80.00 | $2,471.54 | $403.68 | $189.07 |
| 680967 | 80.00 | $2,326.77 | $375.92 | $178.00 |
| 998547 | 38.51 | $404.35 | $28.91 | $32.80 |
| 998310 | 34.29 | $351.51 | $43.38 | $28.51 |
| 998458 | 30.35 | $333.80 | $39.18 | $25.86 |
| 120090 | 34.46 | $379.11 | $42.41 | $29.37 |
| 120033 | 23.94 | $233.38 | $31.99 | $18.08 |
| 120282 | 15.33 | $138.00 | $25.18 | $10.69 |
| 966254 | 59.40 | $742.45 | $68.39 | $53.08 |
| 112677 | 80.00 | $1,845.74 | $265.63 | $131.28 |
| 120265 | 36.80 | $386.37 | $51.63 | $32.86 |
| 120233 | 45.56 | $467.00 | $57.39 | $39.71 |
| 998434 | 84.49 | $971.60 | $137.97 | $81.69 |
| 658452 | 90.96 | $1,384.62 | $251.10 | $117.68 |
| 120008 | 81.07 | $1,491.76 | $241.65 | $115.15 |
| 679145 | 39.79 | $447.67 | $103.55 | $37.13 |
| 695769 | 15.28 | $168.08 | $58.48 | $13.94 |
| 997622 | 55.20 | $828.02 | $149.37 | $68.68 |
| 695777 | 38.79 | $591.51 | $112.41 | $49.06 |
| 679665 | 22.92 | $229.19 | $68.33 | $19.01 |
| 966369 | 43.99 | $615.83 | $123.92 | $51.08 |
| 120015 | 37.41 | $523.70 | $84.69 | $43.44 |
| 679338 | 77.65 | $1,087.10 | $215.63 | $81.97 |
| 965968 | 39.48 | $651.47 | $122.31 | $50.38 |
| 680391 | 80.00 | $1,631.00 | $333.54 | $124.77 |
| 695774 | 80.00 | $1,730.77 | $271.85 | $122.95 |
| 112719 | 80.00 | $2,373.47 | $555.66 | $181.57 |
| 657619 | 65.62 | $689.04 | $120.87 | $65.04 |
| 998285 | 4.28 | $42.80 | $25.63 | $4.44 |
| 117397 | 82.76 | $1,010.55 | $158.25 | $64.37 |
| 111342 | 80.00 | $1,730.77 | $154.97 | $132.40 |
| 695783 | 13.90 | $201.54 | $81.28 | $28.13 |
| 998108 | 90.78 | $1,316.29 | $256.26 | $157.03 |
| 966179 | 63.15 | $899.91 | $215.12 | $109.29 |
| 120128 | 46.02 | $655.79 | $143.25 | $74.81 |
| 111872 | 6.42 | $81.86 | $61.07 | $9.34 |
| 120194 | 49.76 | $597.06 | $118.12 | $76.48 |
| 120116 | 64.33 | $1,136.68 | $212.41 | $137.92 |
| 966165 | 80.00 | $3,576.93 | $868.10 | $277.01 |
| 998500 | 80.00 | $1,980.77 | $353.46 | $141.35 |
| 966416 | 74.10 | $1,370.80 | $128.68 | $98.01 |
| 695751 | 22.58 | $293.50 | $45.83 | $35.80 |
| 966209 | 29.74 | $386.56 | $73.99 | $27.64 |
| 998327 | 37.51 | $468.93 | $87.57 | $54.56 |
| 695350 | 54.35 | $774.42 | $118.61 | $55.37 |
| 998391 | 16.46 | $213.94 | $45.51 | $26.09 |
| 114114 | 16.36 | $208.10 | $43.77 | $25.38 |
| 998097 | 30.56 | $374.35 | $71.98 | $45.66 |
| 120133 | 31.06 | $465.93 | $58.14 | $56.83 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 966187 | 16.75 | $251.18 | $42.80 | $30.63 |
| 120094 | 9.14 | $109.65 | $32.68 | $13.37 |
| 997488 | 17.27 | $189.97 | $41.58 | $23.17 |
| 120102 | 17.18 | $197.62 | $38.98 | $24.10 |
| 120193 | 14.25 | $163.90 | $36.55 | $15.39 |
| 966379 | 33.22 | $465.13 | $70.41 | $56.73 |
| 120240 | 27.76 | $367.76 | $51.14 | $44.85 |
| 120242 | 16.57 | $219.61 | $40.53 | $26.78 |
| 120189 | 19.85 | $218.33 | $40.44 | $26.63 |
| 998174 | 9.10 | $100.05 | $32.00 | $12.20 |
| 120246 | 11.88 | $130.65 | $34.18 | $15.93 |
| 965799 | 14.12 | $187.14 | $40.38 | $22.82 |
| 120227 | 7.08 | $93.86 | $31.55 | $11.45 |
| 679095 | 7.93 | $87.22 | $31.07 | $10.64 |
| 998480 | 26.59 | $319.07 | $47.65 | $38.92 |
| 695413 | 68.28 | $904.67 | $109.40 | $58.78 |
| 998359 | 70.35 | $1,301.52 | $117.90 | $93.05 |
| 695775 | 64.48 | $886.58 | $158.54 | $63.39 |
| 998499 | 61.20 | $1,025.17 | $109.81 | $73.29 |
| 966553 | 80.00 | $1,750.00 | $295.96 | $118.61 |
| 965878 | 80.00 | $1,807.70 | $209.40 | $137.91 |
| 100707 | 80.00 | $2,132.31 | $339.80 | $147.85 |
| 695415 | 80.00 | $1,442.31 | $188.82 | $107.74 |
| 966230 | 80.00 | $1,520.00 | $201.63 | $96.90 |
| 998400 | 49.47 | $556.49 | $96.53 | $40.31 |
| 997938 | 65.68 | $722.44 | $107.37 | $52.27 |
| 998170 | 13.72 | $144.03 | $29.66 | $11.24 |
| 966557 | 9.98 | $104.82 | $26.84 | $8.18 |
| 997728 | 21.31 | $213.14 | $39.89 | $16.63 |
| 965980 | 80.00 | $1,423.08 | $203.17 | $99.46 |
| 965840 | 65.97 | $1,187.38 | $172.88 | $79.24 |
| 120161 | 61.10 | $870.63 | $121.28 | $68.76 |
| 998366 | 50.20 | $577.35 | $106.24 | $42.36 |
| 120215 | 22.07 | $242.82 | $42.72 | $19.18 |
| 120028 | 10.38 | $108.98 | $33.14 | $8.61 |
| 966203 | 8.51 | $85.07 | $31.44 | $6.72 |
| 966529 | 80.00 | $1,923.08 | $322.53 | $148.37 |
| 120229 | 45.82 | $503.99 | $46.12 | $42.59 |
| 120029 | 36.90 | $405.95 | $39.11 | $34.30 |
| 120188 | 40.76 | $448.32 | $42.15 | $37.89 |
| 120238 | 39.98 | $419.74 | $40.10 | $35.47 |
| 120207 | 27.37 | $261.39 | $28.78 | $22.09 |
| 998447 | 6.99 | $67.77 | $14.93 | $5.73 |
| 112303 | 77.64 | $1,008.53 | $152.67 | $66.09 |
| 679146 | 57.78 | $837.23 | $105.42 | $54.82 |
| 100380 | 80.00 | $1,667.81 | $135.76 | $102.98 |
| 112416 | 80.00 | $1,760.66 | $237.96 | $117.24 |
| 998367 | 82.28 | $905.11 | $153.80 | $67.59 |
| 997785 | 55.28 | $608.04 | $119.09 | $45.40 |
| 997693 | 41.24 | $422.69 | $86.08 | $31.56 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 680228 | 84.73 | $1,016.80 | $105.25 | $75.93 |
| 965881 | 80.00 | $1,846.16 | $295.49 | $131.19 |
| 679441 | 78.14 | $1,415.15 | $212.82 | $123.60 |
| 657202 | 87.39 | $1,354.50 | $197.79 | $134.28 |
| 679750 | 68.85 | $843.47 | $163.12 | $82.77 |
| 997739 | 71.73 | $878.73 | $153.52 | $86.23 |
| 680376 | 74.02 | $888.27 | $175.11 | $92.15 |
| 997495 | 80.90 | $970.83 | $190.27 | $98.71 |
| 120085 | 60.12 | $766.57 | $115.89 | $79.52 |
| 679303 | 40.39 | $568.32 | $77.76 | $58.96 |
| 679301 | 26.99 | $347.84 | $62.00 | $36.08 |
| 120276 | 41.13 | $473.00 | $70.95 | $49.07 |
| 120164 | 52.11 | $599.25 | $88.28 | $62.17 |
| 120279 | 38.20 | $439.29 | $68.53 | $45.57 |
| 120204 | 67.81 | $779.77 | $118.07 | $80.89 |
| 120232 | 65.97 | $758.60 | $114.58 | $78.70 |
| 996588 | 44.33 | $487.63 | $102.95 | $50.59 |
| 997699 | 56.40 | $620.40 | $125.93 | $64.36 |
| 120127 | 52.93 | $635.19 | $94.21 | $65.89 |
| 120103 | 38.94 | $457.51 | $69.84 | $47.46 |
| 120114 | 40.07 | $440.79 | $68.66 | $45.73 |
| 120076 | 41.40 | $455.38 | $69.68 | $47.24 |
| 120154 | 38.15 | $419.60 | $67.12 | $43.53 |
| 120108 | 24.48 | $269.30 | $56.38 | $27.94 |
| 998563 | 51.72 | $581.89 | $85.42 | $60.37 |
| 998560 | 60.73 | $683.25 | $102.14 | $70.88 |
| 998494 | 68.55 | $959.77 | $148.55 | $94.18 |
| 657597 | 80.00 | $1,705.89 | $305.46 | $179.12 |
| 678527 | 80.00 | $1,752.89 | $348.03 | $184.05 |
| 679309 | 80.00 | $1,961.54 | $342.01 | $188.97 |
| 679307 | 80.00 | $2,692.31 | $277.46 | $160.02 |
| 998538 | 83.13 | $1,330.05 | $179.68 | $113.85 |
| 120274 | 81.11 | $1,297.70 | $142.25 | $118.25 |
| 998539 | 93.51 | $1,496.12 | $279.55 | $138.29 |
| 656980 | 84.69 | $1,355.05 | $197.78 | $115.88 |
| 120018 | 54.28 | $637.80 | $58.09 | $58.43 |
| 998134 | 21.04 | $241.92 | $25.28 | $22.04 |
| 966377 | 49.31 | $542.85 | $73.48 | $46.71 |
| 680341 | 84.87 | $891.16 | $135.08 | $76.99 |
| 680111 | 73.84 | $751.70 | $114.68 | $69.37 |
| 998287 | 23.56 | $235.61 | $16.84 | $21.47 |
| 966373 | 20.54 | $205.44 | $14.68 | $18.72 |
| 998139 | 21.51 | $215.07 | $15.37 | $19.60 |
| 120051 | 74.44 | $744.40 | $75.10 | $67.83 |
| 966276 | 15.91 | $159.11 | $11.37 | $14.50 |
| 120168 | 76.73 | $767.30 | $80.79 | $70.98 |
| 120192 | 69.28 | $692.83 | $69.30 | $64.63 |
| 657423 | 85.80 | $1,029.64 | $73.71 | $88.15 |
| 997604 | 79.62 | $1,035.04 | $160.30 | $88.51 |
| 997486 | 0.00 | $0.00 | $0.00 | $0.00 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 966300 | 66.32 | $842.91 | $109.81 | $76.03 |
| 101144 | 80.00 | $1,736.54 | $278.84 | $152.11 |
| 657913 | 80.00 | $1,910.16 | $342.03 | $168.06 |
| 998360 | 80.00 | $1,730.77 | $319.11 | $158.37 |
| 111591 | 80.00 | $2,432.80 | $454.11 | $179.39 |
| 112793 | 80.00 | $1,716.31 | $260.96 | $157.04 |
| 657076 | 80.00 | $1,538.47 | $1.62 | $2.06 |
| 120285 | 80.00 | $1,538.47 | $1.59 | $2.03 |
| 966132 | 72.61 | $1,361.44 | $245.11 | $89.46 |
| 100158 | 73.11 | $1,608.49 | $267.03 | $95.62 |
| 656635 | 81.27 | $1,584.70 | $307.12 | $113.30 |
| 120273 | 53.04 | $795.60 | $130.10 | $79.19 |
| 679463 | 30.71 | $437.60 | $77.85 | $43.56 |
| 678681 | 37.61 | $620.57 | $132.61 | $61.77 |
| 966402 | 60.51 | $998.39 | $200.30 | $99.37 |
| 680372 | 34.69 | $582.09 | $94.35 | $54.67 |
| 680778 | 42.89 | $697.32 | $146.35 | $69.40 |
| 997737 | 69.69 | $1,177.75 | $148.17 | $112.17 |
| 679581 | 45.43 | $567.90 | $123.51 | $56.52 |
| 120261 | 78.48 | $1,000.68 | $165.50 | $99.60 |
| 966452 | 45.43 | $613.33 | $131.31 | $61.05 |
| 966119 | 46.41 | $626.48 | $133.67 | $58.84 |
| 658346 | 73.31 | $1,209.54 | $243.55 | $95.03 |
| 120150 | 25.13 | $326.75 | $69.93 | $32.52 |
| 657704 | 34.43 | $447.62 | $104.10 | $44.55 |
| 695414 | 49.58 | $644.59 | $105.20 | $64.16 |
| 680974 | 18.92 | $285.66 | $66.98 | $28.43 |
| 998525 | 10.29 | $154.40 | $57.60 | $15.37 |
| 998066 | 25.51 | $382.63 | $95.06 | $38.08 |
| 966501 | 23.74 | $356.15 | $72.82 | $35.45 |
| 680047 | 36.34 | $555.96 | $90.06 | $55.34 |
| 681010 | 44.69 | $676.22 | $142.59 | $67.31 |
| 680867 | 37.52 | $567.00 | $123.35 | $56.44 |
| 997755 | 14.49 | $217.32 | $67.79 | $21.63 |
| 998380 | 44.37 | $665.59 | $94.15 | $66.25 |
| 120224 | 24.08 | $284.09 | $66.87 | $28.28 |
| 120065 | 23.98 | $281.75 | $66.70 | $28.04 |
| 998492 | 14.54 | $174.50 | $59.04 | $17.37 |
| 120173 | 50.78 | $863.30 | $141.27 | $85.93 |
| 120177 | 69.15 | $1,037.31 | $172.24 | $103.25 |
| 120182 | 57.97 | $869.59 | $142.31 | $86.55 |
| 965877 | 80.62 | $1,209.37 | $238.09 | $120.37 |
| 114052 | 85.49 | $1,320.01 | $257.91 | $123.98 |
| 657313 | 78.07 | $1,327.14 | $243.82 | $94.88 |
| 965910 | 73.46 | $973.29 | $131.73 | $71.81 |
| 120191 | 65.46 | $981.94 | $162.07 | $97.74 |
| 997687 | 71.60 | $1,020.36 | $165.30 | $92.82 |
| 120175 | 91.59 | $1,694.45 | $303.09 | $174.17 |
| 111175 | 80.00 | $1,730.77 | $313.14 | $124.53 |
| 680225 | 80.00 | $2,250.00 | $367.30 | $154.31 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 112800 | 80.00 | $4,500.00 | $909.99 | $344.25 |
| 679283 | 76.42 | $2,207.36 | $393.56 | $151.50 |
| 679678 | 80.00 | $2,286.58 | $401.18 | $174.92 |
| 678710 | 80.00 | $2,283.77 | $232.93 | $174.45 |
| 695643 | 80.00 | $1,581.54 | $231.52 | $107.93 |
| 657139 | 80.00 | $1,538.85 | $316.43 | $117.72 |
| 997982 | 80.00 | $2,153.85 | $410.82 | $153.44 |
| 679556 | 80.00 | $2,250.00 | $483.22 | $172.13 |
| 997656 | 80.00 | $2,923.08 | $623.06 | $219.25 |
| 997952 | 55.31 | $594.56 | $58.82 | $56.96 |
| 998022 | 57.77 | $606.58 | $85.23 | $54.71 |
| 998181 | 36.27 | $380.87 | $64.53 | $36.48 |
| 120234 | 43.44 | $445.28 | $48.15 | $42.66 |
| 120247 | 37.28 | $382.11 | $43.64 | $36.60 |
| 998112 | 3.67 | $34.87 | $18.81 | $3.34 |
| 120035 | 4.65 | $45.38 | $19.56 | $4.35 |
| 695303 | 42.50 | $413.95 | $69.98 | $39.65 |
| 120248 | 40.39 | $383.73 | $43.76 | $36.76 |
| 997752 | 80.00 | $1,461.54 | $227.95 | $107.63 |
| 680158 | 80.00 | $1,368.00 | $251.79 | $104.65 |
| 120162 | 73.58 | $1,250.93 | $213.04 | $116.38 |
| 120093 | 78.93 | $1,341.88 | $201.90 | $110.74 |
| 998284 | 64.77 | $615.29 | $363.34 | $131.11 |
| 966431 | 52.46 | $511.51 | $117.90 | $47.59 |
| 112641 | 61.66 | $616.64 | $358.07 | $132.49 |
| 120081 | 10.33 | $103.26 | $55.54 | $9.61 |
| 120109 | 59.86 | $598.56 | $99.20 | $55.69 |
| 120202 | 11.29 | $112.89 | $56.22 | $10.50 |
| 120244 | 26.44 | $231.35 | $64.68 | $21.52 |
| 120163 | 40.29 | $402.86 | $76.96 | $37.48 |
| 120082 | 17.47 | $174.73 | $60.65 | $16.26 |
| 120142 | 76.36 | $992.62 | $119.12 | $92.35 |
| 965978 | 68.94 | $689.40 | $367.62 | $137.45 |
| 695621 | 71.48 | $821.97 | $132.98 | $71.87 |
| 120089 | 76.51 | $841.56 | $139.29 | $78.30 |
| 100055 | 80.00 | $2,266.81 | $371.42 | $168.61 |
| 695618 | 80.00 | $1,673.07 | $260.39 | $110.99 |
| 120092 | 88.69 | $1,576.93 | $229.53 | $152.47 |
| 120120 | 80.00 | $1,846.15 | $281.26 | $172.71 |
| 998495 | 87.99 | $1,231.81 | $134.25 | $89.27 |
| 120252 | 87.24 | $1,570.27 | $227.08 | $126.27 |
| 120099 | 57.84 | $607.36 | $52.49 | $48.25 |
| 120283 | 11.72 | $123.02 | $8.80 | $9.77 |
| 120264 | 53.51 | $561.86 | $44.98 | $44.63 |
| 997702 | 35.89 | $376.82 | $46.13 | $29.93 |
| 120263 | 47.34 | $497.04 | $35.54 | $39.48 |
| 120220 | 74.29 | $965.77 | $112.53 | $76.72 |
| 111308 | 41.08 | $1,269.13 | $161.71 | $97.09 |
| 679460 | 70.26 | $913.33 | $128.46 | $61.39 |
| 120245 | 34.27 | $359.86 | $25.74 | $33.16 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 120159 | 33.97 | $356.71 | $25.50 | $32.87 |
| 120198 | 40.31 | $413.15 | $29.53 | $38.07 |
| 678889 | 30.61 | $324.49 | $23.20 | $29.90 |
| 997657 | 22.20 | $233.13 | $22.97 | $18.91 |
| 695341 | 63.10 | $630.98 | $87.91 | $57.28 |
| 658188 | 37.21 | $382.94 | $47.12 | $35.29 |
| 997643 | 64.01 | $672.08 | $95.26 | $58.59 |
| 998298 | 18.03 | $159.92 | $11.75 | $14.74 |
| 997611 | 21.87 | $191.59 | $16.99 | $17.65 |
| 998131 | 33.74 | $295.20 | $21.10 | $27.20 |
| 120230 | 34.43 | $327.11 | $23.39 | $30.14 |
| 998393 | 16.62 | $149.55 | $10.70 | $13.78 |
| 120077 | 16.54 | $140.61 | $10.06 | $12.96 |
| 997990 | 5.24 | $48.50 | $3.46 | $4.47 |
| 120047 | 40.49 | $364.40 | $26.05 | $33.58 |
| 998474 | 48.85 | $464.03 | $33.18 | $42.76 |
| 966160 | 66.63 | $599.66 | $84.98 | $55.26 |
| 658383 | 62.76 | $793.86 | $97.25 | $56.76 |
| 998166 | 68.38 | $854.80 | $69.28 | $61.11 |
| 695314 | 67.34 | $740.69 | $110.88 | $64.10 |
| 657537 | 77.56 | $947.84 | $134.98 | $63.99 |
| 657664 | 43.63 | $538.89 | $66.29 | $35.94 |
| 120134 | 86.30 | $1,208.14 | $158.50 | $112.07 |
| 657155 | 80.00 | $1,368.00 | $199.12 | $89.86 |
| 656709 | 80.00 | $1,493.24 | $220.15 | $112.34 |
| 658479 | 80.00 | $1,809.44 | $256.91 | $138.42 |
| 657669 | 80.00 | $1,442.31 | $202.28 | $96.26 |
| 657201 | 80.00 | $1,573.89 | $233.92 | $103.79 |
| 965916 | 80.00 | $1,923.08 | $248.24 | $147.12 |
| 112302 | 80.00 | $1,634.62 | $243.05 | $115.19 |
| 679230 | 32.54 | $344.91 | $68.00 | $28.21 |
| 120262 | 36.32 | $381.32 | $54.26 | $31.18 |
| 120042 | 4.57 | $42.26 | $30.02 | $3.46 |
| 120167 | 19.30 | $171.22 | $39.24 | $14.00 |
| 679209 | 74.89 | $917.39 | $124.35 | $59.03 |
| 657601 | 80.00 | $1,745.81 | $292.63 | $131.44 |
| 695411 | 25.72 | $257.23 | $42.10 | $20.07 |
| 997610 | 83.20 | $790.43 | $131.72 | $61.68 |
| 120112 | 26.99 | $236.12 | $32.12 | $18.43 |
| 678744 | 80.00 | $1,384.62 | $144.45 | $99.14 |
| 112064 | 80.00 | $1,737.40 | $28.53 | $13.29 |
| 120019 | 36.55 | $365.51 | $50.46 | $28.59 |
| 120111 | 26.02 | $234.20 | $41.08 | $18.32 |
| 695644 | 70.10 | $788.58 | $140.47 | $57.26 |
| 111147 | 80.00 | $2,005.89 | $351.53 | $139.05 |
| 658519 | 96.61 | $1,666.53 | $222.93 | $114.61 |
| 997692 | 81.23 | $974.81 | $158.43 | $89.21 |
| 656580 | 80.00 | $2,303.31 | $424.67 | $164.87 |
| 100000 | 100.00 | $1,325.00 | $101.36 | $109.31 |
| 100001 | | $7,342.26 | $561.68 | $605.74 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 100002 | 160.00 | $3,527.31 | $269.84 | $291.00 |
| | **25,909.44** | **$428,708.55** | **$64,437.77** | **$34,462.80** |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 256 | 0.00 | $4,807.69 | $371.32 | $1,194.08 |
| 257 | 0.00 | $3,000.00 | $229.50 | $622.66 |
| 255 | 0.00 | $2,884.62 | $220.67 | $588.46 |
| 165 | 0.00 | $2,692.31 | $194.63 | $397.05 |
| 251 | 0.00 | $2,692.31 | $196.66 | $495.39 |
| 118 | 0.00 | $1,791.47 | $100.75 | $205.21 |
| 254 | 0.00 | $1,711.54 | $119.60 | $242.39 |
| 140 | 0.00 | $1,561.54 | $109.53 | $236.37 |
| 253 | 0.00 | $1,519.23 | $106.58 | $204.60 |
| 210 | 0.00 | $1,461.54 | $111.81 | $293.09 |
| 261 | 38.58 | $578.70 | $50.23 | $54.45 |
| 260 | 38.83 | $582.45 | $50.56 | $55.11 |
| 238 | 0.00 | $3,846.16 | $55.77 | $716.07 |
| 56 | 0.00 | $4,615.39 | $342.90 | $1,111.58 |
| 84 | 0.00 | $4,489.43 | $346.97 | $980.76 |
| 83 | 0.00 | $3,801.12 | $270.01 | $802.27 |
| 57 | 0.00 | $3,353.62 | $260.08 | $416.85 |
| 72 | 0.00 | $3,315.16 | $211.72 | $406.22 |
| 150 | 0.00 | $2,787.35 | $203.05 | $592.91 |
| 149 | 0.00 | $2,313.08 | $163.52 | $419.35 |
| 148 | 0.00 | $2,308.24 | $101.18 | $214.93 |
| 193 | 0.00 | $2,082.28 | $138.93 | $286.90 |
| 203 | 0.00 | $2,027.12 | $145.57 | $299.36 |
| 184 | 0.00 | $1,924.24 | $147.20 | $359.54 |
| 211 | 0.00 | $1,884.62 | $130.94 | $246.38 |
| 186 | 0.00 | $1,826.93 | $139.76 | $347.61 |
| 233 | 0.00 | $1,769.24 | $127.12 | $268.82 |
| 250 | 0.00 | $1,730.77 | $132.40 | $275.28 |
| 135 | 0.00 | $5,288.47 | $76.68 | $343.50 |
| 115 | 0.00 | $6,031.74 | $376.97 | $832.56 |
| 195 | 0.00 | $2,746.16 | $174.06 | $469.94 |
| 224 | 0.00 | $7,884.63 | $567.86 | $1,384.60 |
| 243 | 0.00 | $3,846.15 | $266.71 | $588.79 |
| 230 | 0.00 | $2,115.39 | $150.50 | $311.60 |
| 262 | 42.75 | $1,068.75 | $92.77 | $93.25 |
| 249 | 74.00 | $1,406.00 | $107.56 | $171.76 |
| 216 | 82.00 | $1,461.68 | $94.03 | $94.03 |
| 68 | 0.00 | $5,510.00 | $383.66 | $1,284.83 |
| 177 | 0.00 | $4,952.89 | $371.35 | $1,146.68 |
| 258 | 0.00 | $2,423.07 | $207.55 | $451.60 |
| 239 | 0.00 | $2,346.16 | $179.48 | $379.64 |
| 208 | 0.00 | $2,342.31 | $162.95 | $354.41 |
| 227 | 0.00 | $3,076.93 | $229.54 | $632.13 |
| 259 | 0.00 | $2,884.62 | $220.67 | $220.66 |
| 179 | 0.00 | $2,769.24 | $213.61 | $603.39 |
| 95 | 0.00 | $2,307.70 | $145.23 | $145.24 |
| 235 | 80.00 | $1,200.00 | $104.16 | $190.82 |
| 219 | 0.00 | $5,192.31 | $350.87 | $780.52 |
| 209 | 0.00 | $5,000.00 | $386.07 | $1,214.48 |
| 63 | 0.00 | $4,891.85 | $359.05 | $1,509.09 |
| 218 | 0.00 | $4,847.77 | $348.63 | $1,174.26 |
| 228 | 0.00 | $4,038.46 | $314.24 | $953.19 |
| 168 | 0.00 | $3,881.97 | $250.15 | $622.10 |
| 998326 | 0.00 | $3,846.16 | $285.14 | $1,120.31 |

| EE File # | Total Hours | Gross Pay | EE Withholdings | ER Contributions |
|---|---|---|---|---|
| 215 | 0.00 | $3,293.74 | $245.43 | $735.43 |
| 189 | 0.00 | $2,903.08 | $181.37 | $511.26 |
| | **356.16** | **$168,915.38** | **$11,625.29** | **$30,653.74** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Chapter 11

IT'SUGAR FL I LLC,                    Case No. 20-20259-RAM
IT'SUGAR LLC,                         Case No. 20-20261-RAM
IT'SUGAR ATLANTIC CITY LLC,           Case No. 20-20263-RAM
IT'SUGAR FLGC LLC,                    Case No. 20-20264-RAM
                                      (Joint Administration *pending*)

            Debtors.
_____/

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION
TO (I) PAY CERTAIN PREPETITION EMPLOYEE OBLIGATIONS AND MAINTAIN
AND CONTINUE EMPLOYEE BENEFITS AND PROGRAMS; AND (II) FOR BANKS
AND OTHER FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS
AND TO HONOR TRANSFERS RELATED TO SUCH OBLIGATIONS**

**THIS MATTER** came before the Court on _____, 2020 at ___ ___.m.

upon the *Debtors' Emergency Motion for Authorization to (i) Pay Certain Prepetition Employee

Obligations and Maintain and Continue Employee Benefits and Programs*; *and (ii) for Banks

and Other Financial Institutions to Honor and Process Checks and to Honor Transfers Related

to Such Obligations* (the "***Motion***"), pursuant to 11 U.S.C. § 105(a), 363(b) and 507(a)(4),

1

EXHIBIT B

Federal Rule of Bankruptcy Procedure 6003, and Local Rules 9013-1(F) and (I) and 9075-1. The Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court (the "***Hearing***") and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court pursuant to 28 U.S.C. § 1408; (c) this matter is core pursuant to 28 U.S.C. § 157(b)(2); (d) notice of the Motion and the Hearing was sufficient under the circumstances; and (e) the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein on an interim basis, it is accordingly:

   **ORDERED AND ADJUDGED** as follows:

   1.  The Motion is **GRANTED** *nunc pro tunc* to the Petition Date, September 22, 2020.

   2.  The Debtors[1] are authorized, but not directed, to pay and/or honor the Prepetition Employment Obligations, Payroll Tax Obligations, Business Expenses, Travel Expenses, Miscellaneous Expenses, and Employee Benefit Obligations; provided however, that payments to Employees on account of any such unpaid wages and salaries shall not exceed the amounts afforded priority status by section 507(a)(4) of the Bankruptcy Code.

   3.  All of the Debtors' banks are authorized and directed to receive, process, honor and pay any and all checks or electronic transfers drawn on the Debtors' payroll and general disbursement accounts related to ordinary course wages and salaries, business expenses and other compensation, including the Prepetition Employment Obligations, including any uncashed checks that were issued prior to the Petition Date with respect thereto, whether presented before

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

or after the Petition Date, provided that sufficient funds are on deposit in the applicable account to cover such payments.

4.      The Debtors are authorized, but not directed, to continue their practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations, Payroll Tax Obligations, Business Expenses, Travel Expenses, Miscellaneous Expenses, and Employee Benefit Obligations.

5.      Nothing herein or in the Motion, nor any payments made by the Debtors pursuant to this Motion, shall be deemed an assumption or rejection of any Employee Benefit Plans, employment agreement, other program or contract, or otherwise affect the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract between the Debtors and any Employee.

6.      The Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

7.      Entry of this Order is not intended nor should be construed as an admission as to the validity of any claim against the Debtors, a waiver of the Debtors' rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code. Moreover, any payment made pursuant to this Order is not intended and should not be construed as an admission as to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

###

**Submitted By:**
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
MELAND BUDWICK, P.A.
Counsel for Debtors
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:    (305) 358-6363
Telefax:        (305) 358-1221

**Copies Furnished To:**
Joshua W. Dobin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.