UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Chapter 11

IT'SUGAR FL I LLC,                     Case No. 20-20259-RAM
IT'SUGAR LLC,                          Case No. 20-20261-RAM
IT'SUGAR ATLANTIC CITY LLC,            Case No. 20-20263-RAM
IT'SUGAR FLGC LLC,                     Case No. 20-20264-RAM
                                       (Joint Administration *pending*)

          Debtors.

_____/

## DEBTORS' EMERGENCY FIRST OMNIBUS
## MOTION TO REJECT UNEXPIRED LEASES

### (Emergency Hearing Requested)

### Basis for Requested Emergency Hearing

The Debtors respectfully request that the Court conduct a hearing on this Motion consistent with Local Rule 9013-1(F). The Debtors operate a retail candy business in leased locations throughout the United States. The leases described herein must be rejected immediately to avoid irreparable harm to the Debtors and facilitate a successful reorganization. The Debtors request a waiver of the requirements of Section 345. The Debtors respectfully request that the Court waive the provisions of Local Rule 9075-1(B), which requires an affirmative statement that a bona fide effort was made in order to resolve the issues raised in this Motion, as the relief requested herein is urgent in nature and does not lend itself to advance resolution.

> **LANDLORDS RECEIVING THIS MOTION SHOULD
> REVIEW ATTACHED EXHIBIT A TO LOCATE
> THEIR NAME, LEASED LOCATION AND LEASE**

It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC

(the "***Debtors***"), pursuant to 11 U.S.C. § 365(d), move this Court for entry of an order authorizing

the Debtors to reject certain unexpired leases and, in support thereof, state:

### JURISDICTION

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157(b) and

1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of the Motion is proper under

28 U.S.C. § 1408 and 1409.

2.        The statutory predicate for the relief requested herein is 11 U.S.C. § 365(d) of 11 U.S.C. § 101 *et seq*. (the "***Bankruptcy Code***").

## II.        BACKGROUND

3.        On September 22, 2020 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

4.        The Debtors manage and operate their business as debtors in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed.

5.        The Debtors operate as a single business and are known throughout the industry as It'Sugar. It'Sugar is a specialty candy retailer whose products include bulk candy, candy in giant packaging, and licensed and novelty items. It'Sugar's portfolio includes approximately 100 retail locations across 28 states.

6.        Prepetition, the Debtors entered into nonresidential real property leases for their business operations.

7.        The Debtors seek to reject those certain unexpired leases listed on the attached **Exhibit A** (the "***Leases***"), because the Debtors intend to close the stores located at the premises covered by the Leases and, further, the Debtors do not believe that any of the Leases have any value that can be achieved through an assumption and assignment to a third party, if permissible, due to their above market rates. Therefore, maintaining the Leases would impose unnecessary costs and burdens on the Debtors' estates.

8.        Pursuant to 11 U.S.C. § 365(a), subject to Court approval, the Debtors may "assume or reject any executory contract or unexpired lease of the debtor" that was entered into prepetition.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

In determining whether or not a rejection is appropriate, the Debtors must employ the traditional "business judgment" standard. *In re Prime Motors Inns*, 124 B.R. 378 (Bankr. S.D. Fla.). In *Prime Motors Inns*, the Court held that the "[d]ebtor-in-possession's rejection of an executory contract is proper if it would be advantageous to debtor's estate."

9.      The Debtors believe that it is in the best interest of the Debtors and their estates that the Leases be rejected as they are burdensome and unnecessary to the Debtors and their operations.

**WHEREFORE**, the Debtors respectfully request the Court enter an order authorizing the Debtors to reject the Leases set forth on <u>Exhibit A</u>, and for such other and further relief as this Court deems just and proper.

Dated: September 23, 2020.

 s/ Michael S. Budwick
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandrbudwick.com
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Proposed Attorneys for Debtors*

| Store No. | Store Name | Store Address | City | State | Zip | Landlord | Address | City | State | Zip | Lessee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1021 | Downtown at the Gardens | 11701 Lake Victoria Gardens AVE #2103 | Palm Beach Gardens | FL | 33410 | Downtown At The Gardens Associates, Ltd. | c/o Downtown Gardens Management Company LLC 5410 Edson Lane, Suite 220 | Rockville | MD | 20852 | IT'SUGAR LLC |
| 1022 | Sunset Place | 5701 Sunset Drive, #224 | Miami | FL | 33143 | Shops At Sunset Mall Owner, LLC | c/o M.S. Management Associates Inc. 225 West Washington Street | Indianapolis | IN | 46204-3438 | IT'SUGAR LLC |
| 1033 | West Delray | 9169 West Atlantic Ave #112 | Delray Beach | FL | 33446 | KRG/Atlantic Delray Beach, LLC | c/o Kite Realty Group Attn: Vice President of Property Operations 30 South Meridian, Suite 1100 | Indianapolis | IN | 46204 | IT'SUGAR LLC |
| 1051 | Delray II- Atlantic Ave | 250 E. Atlantic Avenue | Delray Beach | FL | 33444 | Downtown Delray Holdings, LLC | 15941 D'Alene Drive | Delray Beach | FL | 33446 | IT'SUGAR LLC |
| 1055 | Washingtonian | 216 Boardwalk Place | Gaithersburg | MD | 20878 | Washingtonian Lake L.L.C. | c/o The Peterson Companies 12500 Fair Lakes Circle, Suite 400 Attn: General Counsel, Retail, | Fairfax | VA | 22033 | IT'SUGAR LLC |
| 1057 | Madison | 542 State Street | Madison | WI | 53703 | J.Q. Nova, LLC | 502 N. Eau Claire Ave. | Madison | WI | 53705 | IT'SUGAR LLC |
| 1069 | Niagara Falls | 1803 Fashion Outlets Blvd, Space 284 | Niagara Falls | NY | 14304 | Fashion Outlets II LLC | Macerich Niagara LLC c/o The Talisman Companies 355 Alhambra Circle, Suite 1250 Attn: James Schlesinger, President | Coral Gables | FL | 33134 | IT'SUGAR LLC |
| | | | | | | | Akerman Senterfitt LLP 666 5th Avenue, 19th Floor Attn: Robert Claeson, Esq. | New York | NY | 10103 | IT'SUGAR LLC |
| | | | | | | | Macerich Niagara, LLC 401 Wilshire Blvd, Suite 700 Attn: Legal Counsel - Fashion Outlets of Niagara | Santa Monica | CA | 90401 | IT'SUGAR LLC |
| 1077 | Coconut Creek | 4437 Lyons Rd, Ste 103 | Coconut Creek | FL | 33073 | MCA Promenade Owner LLC | c/o Hill Partners, Inc. 2201 South Boulevard, Suite 400 Attn: Robert H. Spratt, Jr. | Charlotte | NC | 28203 | IT'SUGAR LLC |
| 1080 | Gaslamp | 450 5th Avenue, space 101 | San Diego | CA | 92101 | HPC Gaslamp Square, LLC | c/o HP Inventors 9404 Genesee Avenue, Suite 330 | La Jolla | CA | 92037 | IT'SUGAR LLC |
| 1108 | Bayside Temp Store | 401 Biscayne Blvd Space S151 | Miami | FL | 33132 | Bayside Marketplace, LLC | c/o Ashkenazy Acquisition Corporation 150 East 58th Street, 39th Floor | New York | NY | 10155 | IT'SUGAR LLC |
| 1000 | Deerfield Office | 3155 SW 10th St | Deerfield Beach | FL | 33442 | Quiet Waters Business Park, LLC | c/o Grubb & Ellis Management Services, Inc. 8200 NW 33rd Street, Suite 107 | Doral | FL | 33122 | IT'SUGAR LLC |
| | | | | | | | Prudential Real Estate Investors 180 N Stetson, Suite 3275 | Chicago | IL | 60601 | IT'SUGAR LLC |
| 1063 | 3rd Street Prom | 1427 3rd Street Promenade, Ste. # 102 | Santa Monica | CA | 90401 | Promenade Enterprises, L.P. | 127 Esparta Way | Santa Monica | CA | 90402 | IT'SUGAR LLC |
| 1040 | Washington DC | 714 7th Street NW | Washington | DC | 20001 | Jemal's Chinatown II, LLC | c/o Douglas Development Corporation 702 H Street, N.W. Suite 400 | Washington | DC | 20001 | IT'SUGAR LLC |
| 1047 | Key West | 117 Duval St | Key West | FL | 33040 | 117 Duval, LLC | 423 Front Street, 2nd Floor | Key West | FL | 33040 | IT'SUGAR LLC |
| | | | | | | | Charles Ittah 7820 Peters Rd., Suite E-104 | Plantation | FL | 33324 | IT'SUGAR LLC |
| 1054 | UES | 1542 3rd Avenue | New York | NY | 10028 | ESRT 1542 Third Avenue, LLC | c/o ESRT Management, L.L.C. One Grand Central Place 60 East 42nd Street | New York | NY | 10165 | IT'SUGAR LLC |
| 1028 | NYC UWS | 1870 Broadway- Unit B | New York | NY | 10023 | 1880 Broadway Retail, LLC | c/o Global Holdings Management (US) Inc Nomad Tower 1250 Broadway, 38th Floor Attn: Craig Panzirer | New York | NY | 10001 | IT'SUGAR LLC |
| | | | | | | | c/o Global Holdings Management (US) Inc Nomad Tower 1250 Broadway, 38th Floor Attn: Peter Allen, Esq. | New York | NY | 10001 | IT'SUGAR LLC |
| | | | | | | | Loeb & Loeb LLP Attn: Nichole D. Cortese, Esq. 345 Park Avenue | New York | NY | 10154 | IT'SUGAR LLC |
| 1059 | Brooklyn | 210 Joralemon St. Space E | Brooklyn | NY | 11201 | 210 Muni, LLC | 430 West Broadway, Third Floor | New York | NY | 10012 | IT'SUGAR LLC |
| | | | | | | | NYC Department of Citywide Administrative Services Attn: Jeffrey Kondrat, Assistant Commissioner, One Centre Street, 20th Floor North | New York | NY | 10009 | IT'SUGAR LLC |
| | | | | | | | NYC Department of Citywide Administrative Services Attn: General Counsel One Centre Street, 20th Floor North | New York | NY | 10009 | IT'SUGAR LLC |
| 1014 | Grapevine Mills | 3000 Grapevine Mills Parkway, Suite #413 | Grapevine | TX | 76051 | Grapevine Mills Mall Limited Partnership | c/o M.S. Management Associates Inc. 225 West Washington Street | Indianapolis | IN | 46204-3438 | IT'SUGAR LLC |

**EXHIBIT A**

| Store No. | Store Name | Store Address | City | State | Zip | Landlord | Address | City | State | Zip | Lessee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1106 | Sawgrass Mills | 12801 W Sunrise Boulevard, 307 | Sunrise | FL | 33323 | Sunrise Mills (MLP) Limited Partnership | c/o M.S. Management Associates Inc. 225 West Washington Street | Indianapolis | IN | 46204-3438 | IT'SUGAR LLC |
| 1074 | Arundel Mills | 7000 Arundel Mills Circle, Space 341 | Hanover | MD | 21076 | Arundel Mills Limited Partnership | c/o M.S. Management Associates Inc. 225 West Washington Street | Indianapolis | IN | 46204-3438 | IT'SUGAR Atlantic City LLC |
| 1078 | Colorado Mills | 14500 W Colfax Ave, Space 436 | Lakewood | CO | 80401 | Colorado Mills Mall Limited Partnership | c/o M.S. Management Associates Inc. 225 West Washington Street | Indianapolis | IN | 46204-3438 | IT'SUGAR Atlantic City LLC |
| 4001 | Darien NB | I95 Darien Northbound Rest stop (Exits 12-13) | Darien | CT | 06820 | Project Service LLC | 300 Sub Way | Milford | CT | 06461 | IT'SUGAR LLC |
| | | | | | | | Squire Patton Boggs (US) LLP, Attn: Roderick N. Devlin, Esq. 30 Rockefeller Plaza | New York | NY | 10112 | IT'SUGAR LLC |
| 4002 | Darien SB | I95 Darien Southbound Rest stop (Exits 10-9) | Darien | CT | 06820 | Project Service LLC | 300 Sub Way | Milford | CT | 06461 | IT'SUGAR LLC |
| | | | | | | | Squire Patton Boggs (US) LLP, Attn: Roderick N. Devlin, Esq. 30 Rockefeller Plaza | New York | NY | 10112 | IT'SUGAR LLC |
| 4003 | Milford SB | I95 Milford Southbound Rest stop (Exits 41-40) | Milford | CT | 06460 | Project Service LLC | 300 Sub Way | Milford | CT | 06461 | IT'SUGAR LLC |
| | | | | | | | Squire Patton Boggs (US) LLP, Attn: Roderick N. Devlin, Esq. 30 Rockefeller Plaza | New York | NY | 10112 | IT'SUGAR LLC |