Form CGFCRD3V  (5/21/2020)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20–20259–RAM

Chapter: 11

**In re:**

It'Sugar FL I LLC
dba It'Sugar
19575 Biscayne Blvd
Ste 115
Aventura, FL 33180

EIN: 20–4897206

## RENOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **October 9, 2020** at **10:00 AM** by **VIDEO CONFERENCE.**

**\*\*IMPORTANT\*\*** The hearing scheduled by this notice will take place only by video conference. **DO NOT GO TO THE COURTHOUSE.** Attorneys must advise their clients not to appear at the courthouse. To participate in the hearing by video conference please refer to the instructions under the name of the presiding Judge on the Court's web site, www.flsb.uscourts.gov.

At the hearing, the Court will consider the following:

**[23] Emergency First Omnibus Motion to Reject Unexpired Leases Filed by Debtor It'Sugar FL I LLC**

**To register for the video conference,** CLICK HERE or manually enter the following registration link in a browser:

**https://us02web.zoom.us/meeting/register/tZltdO2rqTosHtPBvxkP1XGUDM89VHFprCok**

**THE MOVANT, OR MOVANT'S COUNSEL IF REPRESENTED BY AN ATTORNEY, MUST SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, Local Rules, and orders of the Court, and **MUST FILE A CERTIFICATE OF SERVICE** as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing. Although conducted using video conferencing technology, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

**Dated: 9/25/20**

**CLERK OF COURT**
By: Jacqueline Antillon
Courtroom Deputy