

**ORDERED in the Southern District of Florida on September 29, 2020.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 20-20259-RAM |
| | (Jointly Administered) |
| It'Sugar FL I LLC, *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| _____/ | |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION
FOR AUTHORIZATION TO (I) CONTINUE THEIR
INSURANCE PROGRAMS; AND (II) PAY ALL INSURANCE OBLIGATIONS**

**THIS MATTER** came before the Court on September 25, 2020 at 1:30 p.m. upon the *Debtors' Emergency Motion for Authorization to (I) Continue its Insurance Programs; and (II) Pay All Insurance Obligations* [ECF No. 14] ("***Motion***"). The Court reviewed the Motion, heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court ("***Hearing***"); finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court pursuant to 28 U.S.C. § 1408; (c) this matter is core pursuant to 28 U.S.C. § 157(b)(2); (d) notice of the Motion and the

1

Hearing was sufficient under the circumstances; and (e) therefore just cause exits to grant the relief requested in the Motion as set forth herein. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows**:**

1. The Motion is **GRANTED**.

2. The Debtors are authorized to continue their Insurance Programs[1] and to perform with respect to all of the Insurance Obligations.

3. The Court shall retain jurisdiction over this matter to provide for such additional and further relief necessary to enforce the terms and conditions of this Order.

###

**Submitted By:**
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
MELAND BUDWICK, P.A.
Counsel for Debtors
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:	(305) 358-6363
Telefax:	(305) 358-1221

**Copies Furnished To:**
Joshua W. Dobin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.