

**ORDERED in the Southern District of Florida on September 29, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 20-20259-RAM
                                                            (Jointly Administered)
It'Sugar FL I LLC, *et al*.,
                                                            Chapter 11
      Debtors.
_____/

**INTERIM ORDER AUTHORIZING (I) THE RETENTION OF ALGON CAPITAL, LLC D/B/A ALGON GROUP TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND (II) THE DESIGNATION OF TROY TAYLOR AS CHIEF RESTRUCTURING OFFICER FOR THE CHAPTER 11 DEBTORS-IN-POSSESSION ON AN INTERIM BASIS *NUNC PRO TUNC* TO THE PETITION DATE AND SETTING FINAL HEARING**

**THIS MATTER** came before the Court on September 25, 2020 at 1:30 p.m. upon the *Amended Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Algon Capital, LLC d/b/a Algon Group to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Troy Taylor as Chief Restructuring Officer for the Debtors, on an Interim Basis, Nunc Pro Tunc to September 22, 2020* [ECF No. 27] (the

1

"*Application*"), pursuant to § 363(b)) of Title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "*Local Rules*"); the Court having reviewed the Application, the declaration of Troy Taylor in support of the Application, (the "*Taylor Declaration*"); the Court being satisfied based upon the representations made in the Application and the Taylor Declaration that Troy Taylor and Algon Capital, LLC d/b/a Algon Group ("*Algon*") do not hold any interest adverse to the Debtors or to the estates, due and proper notice of the Application having been provided, and after due deliberation and sufficient cause appearing therefore, it is accordingly

**ORDERED AND ADJUDGED** as follows:

1. The Application is **GRANTED** on an interim basis, *nunc pro tunc* to the Petition Date.

2. It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (the "*Debtors*") are authorized to retain Algon and designate Troy Taylor of Algon as Chief Restructuring Officer of the Debtors in these Chapter 11 cases in accordance with the terms and conditions set forth in the Application and this Interim Order.

3. Algon and Mr. Taylor shall not be required to submit fee applications. However, fees paid to Algon shall be subject to final review and approval by this Court at the conclusion of these Chapter 11 cases.

4. The Court shall conduct a final hearing (the "*Final Hearing*") on the Application on October 23, 2020, at 9:30 a.m., prevailing Eastern Time. The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

5. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark.

6. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://us02web.zoom.us/meeting/register/tZMtce2pqTkiGtaVtQGCtOlhoURuvTMG5ZDG

7. Any party in interest objecting to the relief sought in the Application shall serve and file written objections, which objections shall be served upon (a) the Debtors; (b) Debtor's Counsel; (c) the Office of the United States Trustee for the Southern District of Florida; (d) the entities listed on the Master Service List, if any, filed pursuant to Local Bankruptcy Rule 2002-1(K); and (e) counsel to any Official Committee of Unsecured Creditors Committee, to the extent one is appointed prior to the Final Hearing (collectively, the "*Notice Parties*") and shall be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to allow actual receipt by the foregoing no later than October 21, 2020 at 4:30 p.m., prevailing Eastern Time.

8. Notice will be provided to all parties by mailing a copy of this Interim Order setting the Final Hearing upon all parties on the Master Service List pursuant to Local Rule 2002-1(H), Designation of Master Service List in Chapter 11 Cases.

9. In the event the Application is not granted on a final basis, Algon shall be permitted to receive compensation for services rendered in the period between the Petition Date and the Final Hearing, subject to final review and approval by this Court at the conclusion of these Chapter 11 cases.

10. The requirements for emergency motions set forth in Local Rule 9075-1 and for entry of the relief requested earlier than the period set forth in Bankruptcy Rule 6003 are satisfied by the contents of the Application.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Interim Order in accordance with the Application and the record.

12. Entry of this Interim Order is without prejudice to the rights of any party-in-interest to interpose an objection to the Application, and any such objection will be considered on a *de novo* basis at the Final Hearing.

13. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Interim Order.

###

**Submitted By:**
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
MELAND BUDWICK, P.A.
Counsel for Debtors
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:    (305) 358-6363
Telefax:        (305) 358-1221

**Copies Furnished To:**
Joshua W. Dobin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.