

**ORDERED in the Southern District of Florida on September 29, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

It'Sugar FL I LLC, *et al*.,

    Debtors.
_____/

Case No. 20-20259-RAM
(Jointly Administered)

Chapter 11

**INTERIM ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF MICHAEL S. BUDWICK AND MELAND BUDWICK, P.A.
AS ATTORNEYS FOR THE CHAPTER 11 DEBTORS-IN-POSSESSION
*NUNC PRO TUNC* TO THE PETITION DATE AND SETTING FINAL HEARING**

**THIS MATTER** came before the Court on September 25, 2020 at 1:30 p.m. upon the *Application of the Debtors for an Order, on an Interim Basis, Authorizing the Employment and Retention of Meland Budwick, P.A. As Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [ECF No. 19] (the *"Application"*), pursuant to § 327(a) of Title 11 of the United States Code (the *"Bankruptcy Code"*), Rules 2014(a), 2016 and 6003 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*) and Rules 2014-1 and

1

2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the **"Local Rules"**); the Court having reviewed the Application, the declaration of Michael S. Budwick, Esq. in support of the Application, (the **"Budwick Declaration"**); the Court being satisfied based upon the representations made in the Application and the Budwick Declaration that (a) Michael S. Budwick and Meland Budwick, P.A. ("**MB**") do not hold or represent an interest adverse to the Debtors' estates and (b) Michael S. Budwick and MB are a "disinterested person" as defined in § 101(14) of the Bankruptcy Code and as required by § 327(a) of the Bankruptcy Code and Local Rule 2014-1; due and proper notice of the Application having been provided, and after due deliberation and sufficient cause appearing therefore, it is accordingly

      **ORDERED AND ADJUDGED** as follows:

      1.     The Application is **GRANTED** on an interim basis, *nunc pro tunc* to the Petition Date.

      2.     It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (collectively, the "**Debtors**") are authorized to employ and retain MB as their general counsel in these Chapter 11 cases in accordance with the terms and conditions set forth in the Application and this Interim Order.

      3.     MB shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 cases in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee for the Southern District of Florida and any other applicable procedures and orders of the Court.

4. The Court shall conduct a final hearing (the "***Final Hearing***") on the Application on October 23, 2020, at 9:30 a.m., prevailing Eastern Time. The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

5. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark.

6. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://us02web.zoom.us/meeting/register/tZMtce2pqTkiGtaVtQGCtOlhoURuvTMG5ZDG

7. Any party in interest objecting to the relief sought in the Application shall serve and file written objections, which objections shall be served upon (a) the Debtors; (b) MB; (c) the Office of the United States Trustee for the Southern District of Florida; (d) the entities listed on the Master Service List, if any, filed pursuant to Local Bankruptcy Rule 2002-1(K); and (e) counsel to any Official Committee of Unsecured Creditors Committee, to the extent one is appointed prior to the Final Hearing (collectively, the "***Notice Parties***") and shall be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to allow actual receipt by the foregoing no later than October 21, 2020 at 4:30 p.m., prevailing Eastern Time.

8. Notice will be provided to all parties by mailing a copy of this Interim Order setting the Final Hearing upon all parties on the Master Service List pursuant to Local Rule 2002-1 (H), Designation of Master Service List in Chapter 11 Cases.

9. In the event the Application is not granted on a final basis, MB shall be authorized to submit a fee application with this Court for compensation for services rendered in the period between the Petition Date and the Final Hearing. Any party in interest may object to the fee

application; provided, however, that such party shall file such objection with this Court and serve a copy of the objection upon the Notice Parties.

10. Time records in support of any application for compensation and reimbursement of costs may be maintained by MB with respect to the Debtors on a consolidated basis without the necessity for tracking time separately as to each Debtor.

11. The requirements for emergency motions set forth in Local Rule 9075-1 and for entry of the relief requested earlier than the period set forth in Bankruptcy Rule 6003 are satisfied by the contents of the Application.

12. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Interim Order in accordance with the Application and the record.

13. Entry of this Interim Order is without prejudice to the rights of any party-in-interest to interpose an objection to the Application, and any such objection will be considered on a *de novo* basis at the Final Hearing.

14. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Interim Order.

###

**Submitted By:**
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
MELAND BUDWICK, P.A.
Counsel for Debtors
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 358-6363
Telefax:        (305) 358-1221

**Copies Furnished To:**
Joshua W. Dobin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.