UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 20-20259-RAM
                                                          (Jointly Administered)
It'Sugar FL I LLC, *et al*.,
                                                          Chapter 11
        Debtors.
_____/

**DEBTORS' *EX PARTE* MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, TAX REPORT AND ALL OTHER FILING REQUIREMENTS**

It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (collectively, ***"It'Sugar"*** or the ***"Debtors"***), by and through undersigned counsel, file this *Ex Parte Motion for an Extension of Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, Tax Report and all Other Filing Requirements* (the "***Motion***") pursuant to Local Rule 9013-1(C)(2), and state as follows:

1.      On September 22, 2020, the Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code ("***Petition Date***") commencing the instant bankruptcy cases, which are being jointly administered pursuant to the Court's *Order Jointly Administering Cases* [ECF No. 10] as of September 23, 2020.

2.      The deadline for the Debtors to file their respective Schedules of Assets and Liabilities, Statements of Financial Affairs, Tax Report and all other filing requirements (collectively, the "***Filing Requirements***") is October 6, 2020.

3.      The Meeting of Creditors has been scheduled for October 23, 2020.

4.      By way of this Motion, the Debtors request an extension of time of fourteen (14) days from October 6, 2020, up through and including October 20, 2020.

5. Good cause exists for the relief requested herein, as the undersigned counsel and Debtors require more time to review relevant documentation in order to prepare all of the Filing Requirements. This case involves a specialty candy retailer whose products include bulk candy, candy in giant packaging, and licensed and novelty items. It'Sugar's portfolio includes approximately 100 retail locations across 28 states.

6. The requested extension will not be prejudicial to creditors or any party in interest, and this Motion is filed in good faith and not for dilatory purposes.

7. A proposed order granting the relief sought herein is attached as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that this Court extend the deadline for the Debtors to file the Filing Requirements for fourteen (14) days from October 6, 2020, up through and including October 20, 2020, and for any further relief this Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on October 2, 2020, via the Court's Notice of Electronic Filing on those parties listed on the attached **Exhibit 1** and via U.S. Mail upon the Manual Notice List and upon the Master Service List, pursuant to Local Rule 2002-1 (H), Designation of Master Service List in Chapter 11 Cases, attached as **Exhibit 2**.

 s/ James C. Moon
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

It'Sugar FL I LLC, *et al.*,

    Debtors.

_____/

Case No. 20-20259-RAM
(Jointly Administered)

Chapter 11

**ORDER GRANTING DEBTORS' EX PARTE MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, TAX REPORT AND ALL OTHER FILING REQUIREMENTS**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for an Extension of Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, Tax Report and All Other Filing Requirements* [ECF No. ___] (the "***Motion***").  The Court having considered the Motion and the file, and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) pursuant to Local Rule 9013-1(C)(2), the Court is authorized to grant the Motion without a hearing.  Accordingly it is

EXHIBIT A

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Debtors shall have an extension of time of (14) days from October 6, 2020 up through and including October 20, 2020, within which to file the Debtors' Schedules of Assets and Liabilities, Statements of Financial Affairs, Tax Report and other filing requirements.

###

**Submitted By:**
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
Counsel for Debtors
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:   (305) 358-6363
Telefax:     (305) 358-1221

**Copies Furnished To:**
James C. Moon, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

**EXHIBIT 1**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org
- **Brian S Behar**   bsb@bgglaw.net
- **David M Blau**   dblau@clarkhill.com
- **Michael S Budwick**   mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **David S Catuogno**   david.catuogno@klgates.com, caitlin.conklin@klgates.com
- **Andrew S Conway**   aconway@taubman.com
- **Robert W Davis**   robert.davis@hklaw.com, tonya.berger@hklaw.com
- **Joshua W Dobin**   jdobin@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Daniel M Eliades**   Daniel.eliades@klgates.com, caitlin.conklin@klgates.com
- **Daniel Gielchinsky**   dan@dyglaw.com
- **Ronald E Gold**   rgold@fbtlaw.com, eseverini@fbtlaw.com;khardison@fbtlaw.com
- **Eric S. Golden**   egolden@burr.com, jmorgan@burr.com
- **Robert L LeHane**   kdwbankruptcydepartment@kelleydrye.com
- **Ilan Markus**   imarkus@barclaydamon.com, docketing@barclaydamon.com
- **Orfelia M Mayor**   ombankruptcy@mayorbankruptcy.com, legalservices@pbctax.com;mayor.orfeliar100728@notify.bestcase.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Kevin S Neiman**   kevin@ksnpc.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Kristen N Pate**   bk@brookfieldpropertiesretail.com
- **Michael S Provenzale**   michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com
- **Eric J Silver**   esilver@stearnsweaver.com, rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com;Atty_arrazola@bluestylus.com
- **Ronald M Tucker**   rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

>   **Leslie C. Heilman**
>   Ballard Spahr LLP
>   919 North Market Street, 11th Floor
>   Wilmington, DE 19801-3034
>
>   **Laurel D. Roglen**
>   Ballard Spahr LLP
>   919 North Market Street, 11th Floor
>   Wilmington, DE 19801-3034

**U.S. Trustee:** *(Notice provided via NEF)*
Office of The United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130

**Debtors-in-Possession:** *(via U.S. Mail)*
It'Sugar FL I LLC
19575 Biscayne Blvd
Ste 115
Aventura, FL 33180

It'Sugar LLC, It'Sugar Atlantic
City LLC and It'Sugar FLGC LLC
4960 Conference Way N, Ste 100
Boca Raton, FL 33431

**Debtor-in-Possession's Attorney:**
*(Notice provided via NEF)*
Michael S. Budwick, Esquire
Joshua W. Dobin, Esquire
James C. Moon, Esquire
Meland Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

**Secured Creditors:** *(via U.S. Mail)*
SHL Holdings, Inc.
401 E Las Olas Blvd
Ste 800
Fort Lauderdale, FL 33301

**United States and its agencies:**
*(via U.S. Mail)*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

**Notice of Appearances:**
*(Notice provided via NEF Upon Registered Users)*

*Attorneys for Brookfield Properties Retail, Inc.*
Kristen N. Pate, Esq.
Brookfield Properties Retail, Inc., as Agent
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607

*Attorneys for Anne M. Gannon, Constitutional Tax Collector*
Orfelia M. Mayor, Esq.
Palm Beach County Tax Collector's Office
P.O. Box 3715
West Palm Beach, Florida 33402-3715

*Attorneys for Simon Property Group*
Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

*Attorneys for 117 Duval, LLC*
Daniel Y. Gielchinsky, Esq.
Daniel Y. Gielchinsky, P.A.
1132 Kane Concourse, Suite 204
Bay Harbor Islands, Florida 33154

*Attorneys for Taubman Landlords*
Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Bloomfield Hills, Michigan 48304

*Attorneys for SHL Holdings, Inc.*
Eric J. Silver, Esq.
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130

EXHIBIT 2

# MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

*Attorneys for Broward County, Florida*
Andrew J. Meyers, Esq.
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301

*Attorneys for DRM Opco, LLC*
*and Vestar RW Tempe Marketplace, LLC*
David M. Blau, Esq.
c/o Clark Hill, PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009

*Attorneys for Westfield, LLC, Pyramid*
*Management Group, LLC*
Niclas A. Ferland, Esq.
Ilan Markus, Esq.
Barclay Damon LLP
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

*Attorneys for Westfield, LLC, Pyramid*
*Management Group, LLC*
Kevin Newman, Esq.
Barclay Damon LLP
80 State Street
Albany, NY 12207

*Attorneys for IMI Huntsville LLC*
Eric S. Golden, Esq.
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801

*Attorneys for Erst 1542 Third Avenue, LLC*
Brian S. Behar, Esquire
Behar, Gutt & Glazer, P.A.
Dcota Suite A -350
1855 Griffin Road
Fort Lauderdale, Fl 33004

*Attorneys for Broadway Mercer Assoc.*
Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L GATES LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

*Attorneys for The Macerich Company and*
*Federal Realty Investment Trust*
Joaquin J. Alemany, Esq.
Florida Bar No. 662380
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

Robert Davis, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801

*Attorneys for The Macerich Company and*
*Federal Realty Investment Trust*
Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034

*Attorneys for The Macerich Company and*
*Federal Realty Investment Trust*
Dustin P. Branch, Esquire
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

*Attorneys for The Macerich Company and*
*Federal Realty Investment Trust*
David L. Pollack, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

## MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

*Attorneys for Domain Northside Retail Property Owner LP*
Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, pc
999 18th Street, Suite 1230 S
Denver, CO 80202

*Attorneys for Shopcore Properties, L.P., Tanger Properties Limited Partnership and Turnberry Associates*
Robert L. LeHane, Esq.
Sean T. Wilson, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

**20 Largest Unsecured Creditors:**
*(via U.S. Mail)*

Aventura Mall Venture
Legal Dept, c/o Turnberry Aventura Mall
19501 Biscayne Boulevard, Suite 400
Aventura, FL 33180

Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

1185 Gotham L.L.C.
c/o Malkin
Properties, L.L.C.
60 East 42nd Street
New York, NY 10165

210 Muni, LLC
430 West Broadway
Third Floor
New York, NY 10012

Anchorage Holdings, L.P.
c/o CBRE Global Investors
800 Boylston Street, Ste 2800
Boston, MA 02199

Bayside Marketplace, LLC
2681 Solution Center
Chicago, IL 60677

Chelsea Orlando Development LP
c/o Chelsea Prop. Group, General Counsel
105 Eisenhower Parkway
Roseland, NJ 07068

Gart Properties LLC
229 Milwaukee Street
Ste 500
Denver, CO 80206

Grand Canal Shops II, LLC
Attention: General Counsel
110 N. Wacker Drive
Chicago, IL 60606

Jack's Candy
905 Murray Rd
East Hanover, NJ 07936

Jemal's Chinatown II, LLC
c/o Lincoln Property Company
950 F Street
Washington, DC 20004

JGB Vegas Retail Lessee, LLC
c/o Grand Bazaar Shops, General Manager
3635 Las Vegas
Blvd S
Las Vegas, NV 89109

Jones Lang LaSalle Americas, Inc.
Attention: President and CEO, Retail
3344 Peachtree Road NE
Atlanta, GA 30326

## MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

KRG Enterprises, Inc.
9901 Blue Grass Road
Philadelphia, PA 19114

Law Firm of Ricki S. Friedman PLLC
Attn: Ricki S. Friedman, Esq.
1 Huckleberry Lane
Ste 1 Huckleberry Lane
Hewlett Harbor, NY 11557

Nassau Candy
530 W John St
Hicksville, NY 11801

Orlando Outlet Owner LLC
Lease Services c/o Simon Property Group
105 Eisenhower Parkway
1 FL
Roseland, NJ 07068

Quiet Waters Business Park, LLC
c/o Grubb & Ellis Management Services, I
8200 NW 33rd Street
Ste 107
Doral, FL 33122

Sunrise Mills (MLP) Limited Partnership
c/o M.S. Management Associates Inc.,
225 West Washington St
Indianapolis, IN 46204-3438

Universal CityWalk
Sr. VP, CityWalk and Sponsorship
100 Universal City Plaza
#5511, 6 Floor
Universal City, CA 91608

VF Mall LLC
Attn: Legal Dep c/o Westfield, LLC
11601 Wilshire Boulevard
11 FL
Los Angeles, CA 90025

W2001ZI15 CPW Retail Sub, LLC
770 Lexington Avenue
4th FL
New York, NY 10021

Arundel Mills Ltd. Partnership
c/o M.S. Management Assoc, Inc.
225 W Washington St
Indianapolis, IN 46204-3438

Colorado Mills Malls Ltd Partnership
c/o M.S. Management Assoc, Inc.
225 W Washington St
Indianapolis, IN 46204-3438

Pier at Caesars LLC
Karen Worman, Regional VP Finance
2100 Pacific Avenue
Atlantic City, NJ 08401