

**ORDERED in the Southern District of Florida on October 5, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

It'Sugar FL I LLC, *et al*.,

    Debtors.
_____/

Case No. 20-20259-RAM
(Jointly Administered)

Chapter 11

### ORDER GRANTING, IN PART, DEBTORS' EX PARTE MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, TAX REPORT AND ALL OTHER FILING REQUIREMENTS

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for an Extension of Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, Tax Report and All Other Filing Requirements* [ECF No. 77] (the "***Motion***"). The Court having considered the Motion and the file, and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) pursuant to Local Rule 9013-1(C)(2), the Court is authorized to grant the Motion without a hearing. Accordingly it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED, in part**.

2. The Debtors shall have an extension of time up through and including October 16, 2020, within which to file the Debtors' Schedules of Assets and Liabilities, Statements of Financial Affairs, Tax Report and other filing requirements.

###

**Submitted By:**
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
Counsel for Debtors
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:       (305) 358-1221

**Copies Furnished To:**
James C. Moon, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.