### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHER DISTRICT OF FLORIDA
### (MIAMI)

| | |
|---|---|
| IN RE:<br><br>It'Sugar FL I LLC,<br><br>                    Debtor. | CASE NO. 20-20259-RAM<br><br>CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES Louis G. Spencer, of the undersigned firm Alexander Ricks PLLC, and enters his appearance for Victory Retail I, L.P. ("VR"), a creditor in the case.

The undersigned on behalf of VR hereby requests that notices given or required to be served in this case be given to and served upon the undersigned at the office address, email address, and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email or otherwise.

Respectfully submitted,

 /s/ Louis G. Spencer
Louis G. Spencer
Florida State Bar No. 0605451
1420 E. 7th Street, Suite 100

Charlotte, NC 28204  
Tel: (980) 335-0711  
Fax: (704) 365-3676  
Email: louis@alexanderricks.com

Attorney for Creditor  
Victory Retail I, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court for the U.S. Bankruptcy Court, Southern District of Florida (Miami), using the Case Management/Electronic Case Files system (EM/ECF). I hereby certify that all counsel and pro se parties of record have been served electronically or by another means authorized by Federal Rule of Civil Procedure 5(b)(2) on October 13, 2020.

                                              */s/ Louis G. Spencer*  
                                              Louis G. Spencer