UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 20-20259-RAM
 (Jointly Administered)
It'Sugar FL I LLC, *et al.*,
 Chapter 11
    Debtors.
_____/

# NOTICE OF FILING NOTICE OF DEADLINES FOR FILING SECTION 503(B)(9) CLAIM REQUESTS

It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (collectively, **"It'Sugar"** or the **"Debtors"**), by and through undersigned counsel, hereby file the Notice of Deadlines for Filing Section 503(b)(9) Claim Requests in accordance with the Order Granting Debtors' Motion Pursuant to Section 503(B)(9) of the Bankruptcy Code to Establish Procedures for Submitting and Resolving Claims Related to Goods Received Within Twenty Days Prior to the Petition Date [ECF No. 94] (the **"Order"**), which was served on October 15, 2020, via regular U.S. Mail upon the parties listed on the Manual Notice List; the Master Service List, pursuant to Local Rule 2002-1 (H), Designation of Master Service List in Chapter 11 Cases, attached as **Exhibit 1** and the Vendor Notice Parties[1] on the list attached as **Exhibit 2**, in accordance with the Order Granting Debtors' Motion Pursuant to Section 503(B)(9) of the Bankruptcy Code to Establish Procedures for Submitting and Resolving Claims Related to Goods Received Within Twenty Days Prior to the Petition Date [ECF No. 94].

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Capitalized terms shall have the same meaning ascribed to them in the Order.

Dated: October 16, 2020.

                    s/ Meaghan E. Murphy
                    Meaghan E. Murphy, Esquire
                    Florida Bar No. 102770
                    mmurphy@melandbudwick.com
                    MELAND BUDWICK, P.A.
                    3200 Southeast Financial Center
                    200 South Biscayne Boulevard
                    Miami, Florida  33131
                    Telephone: (305) 358-6363
                    Telecopy: (305) 358-1221

                    *Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                              Case No. 20-20259-RAM
                                                                                    (Jointly Administered)
It'Sugar FL I LLC, *et al.*,
                                                                                    Chapter 11
       Debtors.
_____/

**NOTICE OF DEADLINES FOR FILING
SECTION 503(b)(9) CLAIM REQUESTS**

    **PLEASE TAKE NOTICE** that on September 22, 2020 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (the "Court").

    **PLEASE TAKE FURTHER NOTICE** that, on September 28, 2020, the Debtors filed the *Motion Pursuant to Section 503(b)(9) of the Bankruptcy Code to Establish Procedures for Submitting and Resolving Claims Related to Goods Received Within Twenty Days Prior to the Petition Date* [ECF No. 55] (the "Motion").

    **PLEASE TAKE FURTHER NOTICE** that, on October 14, 2020, the Court, having jurisdiction over the Debtors' chapter 11 cases, entered an order [ECF No. 94] (the "Claim Deadline Order"): establishing **December 1, 2020** as the deadline for each person or entity to file a request for payment for an administrative claim pursuant to Section 503(b)(9) of the Bankruptcy Code (a "Section 503(b)(9) Claim Request") against any of the Debtors that arose prior to the Petition Date.

    **A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER TO FILE A SECTION 503(b)(9) CLAIM REQUEST.**

    **If you have any questions with respect to this notice (the "Claim Deadlines Notice"), you may contact the Debtors' attorney, James C. Moon, Esquire by:**

    **Telephone: (305) 358-6363**
    **Email inquiry: jmoon@melandbudwick.com**

1. **WHO MUST FILE A SECTION 503(b)(9) CLAIM REQUEST AND HOW TO FILE A SECTION 503(b)(9) CLAIM REQUEST**

All parties who seek to assert an administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code (each, a "Section 503(b)(9) Claim") against a Debtor for goods provided to such Debtor within 20 days prior to the Petition Date (each a "Section 503(b)(9) Claimant") must submit a Section 503(b)(9) Claim Request. Attached is a copy of a Section 503(b)(9) Claim Request.

Section 503(b)(9) Claim Requests must set forth with specificity: (i) the amount of the Section 503(b)(9) Claim; and (ii) the value of the goods the Section 503(b)(9) Claimant contends the Debtor received within twenty (20) days before the Petition Date. Further, the Section 503(b)(9) Claim request should include or attach documentation identifying the particular invoices for which any such Section 503(b)(9) Claim is being asserted. Any Section 503(b)(9) Claim Request must include a certification that the goods with respect to which the Section 503(b)(9) Claim is being filed were sold in the ordinary course of business. Finally, Section 503(b)(9) Claim Requests must: be signed[1] by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

For any Section 503(b)(9) Claim Request to be validly and properly filed, such Section 503(b)(9) Claim Request must be signed and filed on or before the Section 503(b)(9) Claim Deadline, December 1, 2020, with the Clerk of the Bankruptcy Court.

If you file a Section 503(b)(9) Claim Request and wish to receive a file-stamped receipt copy by return mail, you must include with your Section 503(b)(9) Claim Request an additional copy of your Section 503(b)(9) Claim Request and a self-addressed, postage-paid envelope.

**YOU SHOULD ATTACH TO YOUR COMPLETED SECTION 503(b)(9) CLAIM REQUEST COPIES OF ANY WRITINGS UPON WHICH YOUR SECTION 503(b)(9) CLAIM IS BASED.**

2. **CONSEQUENCES OF FAILURE TO FILE A SECTION 503(b)(9) CLAIM REQUEST BY THE SECTION 503(b)(9) CLAIM DEADLINE**

**Any holder of a claim who received notice of the Section 503(b)(9) Claim Deadline (whether such notice was actually or constructively received) and is required, but fails, to file a Section 503(b)(9) Claim Request in accordance with the Claim Deadline Order on or before the Section 503(b)(9) Claim Deadline may, as applicable be barred from asserting such claim against such Debtor (or filing a Proof of Claim or Section 503(b)(9) Claim Request with respect thereto), and such Debtor and its property may upon confirmation of a chapter 11 plan be discharged from all such indebtedness or liability with respect to such claim.**

**The Section 503(b)(9) Claim Request may be filed in addition to a Proof of Claim as set forth in the Notice of Chapter 11 Bankruptcy Case [ECF No. 9].**

---

[1] Electronic signatures are permissible.

3.  **EFFECT OF SUBSEQUENT NOTICE**

If the Debtors determine after the mailing date of this Section 503(b)(9) Claim Deadline Notice that an additional party or parties should appropriately receive the Section 503(b)(9) Claim Deadline Notice, the date by which a 503(b)(9) claim must be filed by such party or parties shall be the later of (i) the Section 503(b)(9) Claim Deadline or (ii) the first business day that is thirty (30) days from the mailing date of an amended notice to such additional party or parties.

       <u>s/ James C. Moon</u>
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

Attorneys for Debtors

**Section 503(b)(9) Claim Request Form**

| **Address for Submission of 503(b)(9) Claim Request**<br><br>Clerk, US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | *It'Sugar FL I LLC, et al.*<br>Chapter 11 Case No. 20-20259-RAM, etc.<br>(Jointly Administered) |
|---|---|
| **NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases [ECF No. 94], a claim for administrative expense under 11 U.S.C. § 503(b)(9) (the "**Section 503(b)(9) Claim Request**") must be delivered on or before December 1, 2020 to the Clerk of the Bankruptcy Court at the above-referenced address.<br>When Filing Section 503(b)(9) Claim Request Form: Claims may be mailed to the Clerk's office or filed electronically by an attorney with electronic filing privileges with the Court. ||
| **Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**<br><br><br><br><br>Telephone number: | ☐   Check if you are aware that anyone else has filed a Section 503(b)(9) Claim Request relating to your claim. Attach copy of statement giving particulars.<br><br>☐   Check if you have never received any notices from the bankruptcy court in this case. |
| **ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** _____ | Check here if this claim:<br>    ☐     Replaces<br>    ☐     Amends<br>a previously filed claim, dated: _____ |
| **1. BASIS FOR CLAIM:** Goods sold in the ordinary course of business and received by debtor within 20 days prior to the commencement of the case. ||
| **2. DATE DEBT WAS INCURRED:** ||
| **3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM (IN US DOLLARS): $_____** ||
| **4. BRIEF DESCRIPTION OF CLAIM:** ||
| **5. CREDITS AND SETOFFS:** The amount of all payments on this claim have been credited and deducted for the purpose of making this Section 503(b)(9) Claim Request. In filing this Section 503(b)(9) Claim Request, claimant has deducted all amounts that claimant owes to the Debtor. ||
| **6. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, shipping documents, bills of lading, packing slips, receiving dock acceptances, itemized statements of running accounts, or contracts. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain why. If the documents are voluminous, attach a summary and identify from whom the Debtor may obtain a copy of the documents. ||
| **7. DATE-STAMPED COPY:** To receive acknowledgement of the filing of a paper copy of a Section 503(b)(9) Claim Request, enclose a stamped, self-addressed envelope and a date-stamped copy of your Section 503(b)(9) Claim Request form, excluding supporting documents, will be mailed to you. | |
| **8. ORDINARY COURSE CERTIFICATION:** By signing this claim form, you are certifying that the goods for which payment is sought hereby were sold to the Debtor in the ordinary course of business as required by 11 U.S.C. § 503(b)(9). ||

4

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Ricki S. Friedman
1 Huckleberry Lane
Hewlett Harbor, NY 11557

Leslie C. Heilman
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034

Robert LeHane
Kelly Drye & Warren LLP
101 Park Avenue, 29th Floor
New York, NY 10178

Ernie Zachary Park
13215 E Penn St #510
Whittier, CA 90602

Laurel D. Roglen
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034

Troy Taylor
c/o Algon Group
10 Glen Lake Parkway #130
Atlanta, GA 30328

Sean T. Wilson
Kelley Drye & Warren LLP
101 Park Avenue, 27th Floor
New York, NY 10178

**U.S. Trustee:** *(Notice provided via NEF)*
Office of The United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130

**Debtors-in-Possession:** *(via U.S. Mail)*
It'Sugar FL I LLC
19575 Biscayne Blvd
Ste 115
Aventura, FL 33180

It'Sugar LLC, It'Sugar Atlantic
City LLC and It'Sugar FLGC LLC
4960 Conference Way N, Ste 100
Boca Raton, FL 33431

**Debtor-in-Possession's Attorney:**
*(Notice provided via NEF)*
Michael S. Budwick, Esquire
Joshua W. Dobin, Esquire
James C. Moon, Esquire
Meland Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

**Secured Creditors:** *(via U.S. Mail)*
SHL Holdings, Inc.
401 E Las Olas Blvd
Ste 800
Fort Lauderdale, FL 33301

**United States and its agencies:**
*(via U.S. Mail)*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

**Notice of Appearances:**
*(Notice provided via NEF
Upon Registered Users)*

*Attorneys for Brookfield Properties Retail, Inc.*
Kristen N. Pate, Esq.
Brookfield Properties Retail, Inc., as Agent
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607

*Attorneys for Anne M. Gannon, Constitutional Tax Collector*
Orfelia M. Mayor, Esq.
Palm Beach County Tax Collector's Office
P.O. Box 3715
West Palm Beach, Florida 33402-3715

*Attorneys for Simon Property Group*
Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

*Attorneys for 117 Duval, LLC*
Daniel Y. Gielchinsky, Esq.
Daniel Y. Gielchinsky, P.A.
1132 Kane Concourse, Suite 204
Bay Harbor Islands, Florida 33154

*Attorneys for Taubman Landlords*
Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Bloomfield Hills, Michigan 48304

*Attorneys for SHL Holdings, Inc.*
Eric J. Silver, Esq.
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130

EXHIBIT 1

## MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

*Attorneys for Broward County, Florida*
Andrew J. Meyers, Esq.
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301

*Attorneys for DRM Opco, LLC
and Vestar RW Tempe Marketplace, LLC*
David M. Blau, Esq.
c/o Clark Hill, PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009

*Attorneys for Westfield, LLC, Pyramid
Management Group, LLC*
Niclas A. Ferland, Esq.
Ilan Markus, Esq.
Barclay Damon LLP
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

*Attorneys for Westfield, LLC, Pyramid
Management Group, LLC*
Kevin Newman, Esq.
Barclay Damon LLP
80 State Street
Albany, NY 12207

*Attorneys for IMI Huntsville LLC*
Eric S. Golden, Esq.
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801

*Attorneys for Erst 1542 Third Avenue, LLC*
Brian S. Behar, Esquire
Behar, Gutt & Glazer, P.A.
Dcota Suite A -350
1855 Griffin Road
Fort Lauderdale, Fl 33004

*Attorneys for Broadway Mercer Assoc.*
Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L GATES LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102

*Attorneys for The Macerich Company and
Federal Realty Investment Trust*
Joaquin J. Alemany, Esq.
Florida Bar No. 662380
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

Robert Davis, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801

*Attorneys for The Macerich Company and
Federal Realty Investment Trust*
Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034

*Attorneys for The Macerich Company and
Federal Realty Investment Trust*
Dustin P. Branch, Esquire
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

*Attorneys for The Macerich Company and
Federal Realty Investment Trust*
David L. Pollack, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

## MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

*Attorneys for Domain Northside Retail Property Owner LP*
Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, pc
999 18th Street, Suite 1230 S
Denver, CO 80202

*Attorneys for Shopcore Properties, L.P., Tanger Properties Limited Partnership and Turnberry Associates*
Robert L. LeHane, Esq.
Sean T. Wilson, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Washington Prime Group, Inc.*
Ronald E. Gold, Esq.
Erin P. Severini, Esq.
Kendal Hardison, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

*Attorneys for MV Rolling Oaks Retail, LLC*
Michael S. Provenzalem Esq.
Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
215 N. Eola Drive
Orlando, Florida 32801

*Attorneys for Hill Partners, Inc. as agent For MCA Promenade Owner, LLC*
Chad S. Paiva, Esq.
Fender, Bolling, and Paiva, P.A.
6526 S. Kanner Highway, #376
Stuart, FL 34997

*Attorneys for Liberty Center LLC*
Gillian D. Williston, Esq.
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462

*Attorneys for Daytona Beach Property Holdings Retail, LLC*
Ryan E. Davis, Esq.
Winderweedle, Haines, Ward & Woodman, P.A.
329 Park Avenue North
Second Floor
Winter Park, FL 32789

*Attorneys for Downtown Delray Holdings, LLC*
Robert C. Furr, Esq.
Furr and Cohen, P.A.
2255 Glades Road
Suite 301E
Boca Raton, FL 33431

*Attorneys for Victory Retail I, L.P.*
Louis G. Spencer, Esq.
Alexander Ricks PLLC
1420 E. 7th Street, Suite 100
Charlotte, NC 28204

*Attorneys for Shopcore Properties, LP, Tanger Properties Limited Partnership and Turnberry Associates*
Grace E. Robson, Esq.
Markowitz Ringel Trusty & Hartog, PA
101 NE Third Ave., Suite 1210
Fort Lauderdale, FL 33301

## MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

*Pro Hac Vice Counsel for Shopcore Properties, LP, Tanger Properties Limited Partnership and Turnberry Associates*
Sean T. Wilson, Esq.
Robert L. LeHane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue, 27th Floor
New York, NY 10178

*Attorneys for Victory Retail I, L.P.*
Louis G. Spencer, Esq.
Alexander Ricks PLLC
1420 E. 7th Street, Suite 100
Charlotte, NC 28204

*Attorneys for Irvine Company, LLC*
Ernie Zachary Park, Esq.
Bewley, Lassleben & Miller, LLP
13215 E. Penn St., Suite 510
Whittier, CA 90602

*Attorneys for Market Street South, LLC and Legacy Place Properties, LLC*
Joseph H. Baldiga, Esq.
Kate P. Foley, Esq.
Mirick, O'Connell, DeMallie
& Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581

**20 Largest Unsecured Creditors:**
*(via U.S. Mail)*

Aventura Mall Venture
Legal Dept, c/o Turnberry Aventura Mall
19501 Biscayne Boulevard, Suite 400
Aventura, FL 33180

Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

1185 Gotham L.L.C.
c/o Malkin
Properties, L.L.C.
60 East 42nd Street
New York, NY 10165

210 Muni, LLC
430 West Broadway
Third Floor
New York, NY 10012

Anchorage Holdings, L.P.
c/o CBRE Global Investors
800 Boylston Street, Ste 2800
Boston, MA 02199

Bayside Marketplace, LLC
2681 Solution Center
Chicago, IL 60677

Chelsea Orlando Development LP
c/o Chelsea Prop. Group, General Counsel
105 Eisenhower Parkway
Roseland, NJ 07068

Gart Properties LLC
229 Milwaukee Street
Ste 500
Denver, CO 80206

Grand Canal Shops II, LLC
Attention: General Counsel
110 N. Wacker Drive
Chicago, IL 60606

Jack's Candy
905 Murray Rd
East Hanover, NJ 07936

## MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

Jemal's Chinatown II, LLC
c/o Lincoln Property Company
950 F Street
Washington, DC 20004

JGB Vegas Retail Lessee, LLC
c/o Grand Bazaar Shops, General Manager
3635 Las Vegas
Blvd S
Las Vegas, NV 89109

Jones Lang LaSalle Americas, Inc.
Attention: President and CEO, Retail
3344 Peachtree Road NE
Atlanta, GA 30326

KRG Enterprises, Inc.
9901 Blue Grass Road
Philadelphia, PA 19114

Law Firm of Ricki S. Friedman PLLC
Attn: Ricki S. Friedman, Esq.
1 Huckleberry Lane
Ste 1 Huckleberry Lane
Hewlett Harbor, NY 11557

Nassau Candy
530 W John St
Hicksville, NY 11801

Orlando Outlet Owner LLC
Lease Services c/o Simon Property Group
105 Eisenhower Parkway
1 FL
Roseland, NJ 07068

Quiet Waters Business Park, LLC
c/o Grubb & Ellis Management Services, I
8200 NW 33rd Street
Ste 107
Doral, FL 33122

Sunrise Mills (MLP) Limited Partnership
c/o M.S. Management Associates Inc.,
225 West Washington St
Indianapolis, IN 46204-3438

Universal CityWalk
Sr. VP, CityWalk and Sponsorship
100 Universal City Plaza
#5511, 6 Floor
Universal City, CA 91608

VF Mall LLC
Attn: Legal Dep c/o Westfield, LLC
11601 Wilshire Boulevard
11 FL
Los Angeles, CA 90025

W2001ZI15 CPW Retail Sub, LLC
770 Lexington Avenue
4th FL
New York, NY 10021

Arundel Mills Ltd. Partnership
c/o M.S. Management Assoc, Inc.
225 W Washington St
Indianapolis, IN 46204-3438

Colorado Mills Malls Ltd Partnership
c/o M.S. Management Assoc, Inc.
225 W Washington St
Indianapolis, IN 46204-3438

Pier at Caesars LLC
Karen Worman, Regional VP Finance
2100 Pacific Avenue
Atlantic City, NJ 08401

| | | |
|---|---|---|
| Blue Q<br>103 Hawthorne Ave<br>Pittsfield, MA 1201 | Boston America<br>55 SIXTH ROAD<br>SUITE 8<br>WOBURN, MA 1801 | GJ Holdings<br>135 LUNDQUIST AVE<br>BRAINTREE, MA 2184 |
| Crystal Temptations<br>67 Porete Avenue<br>North Arlington, NJ 7031 | Koppers Chocolate<br>10 Exchange Place<br>SUITE 2800<br>Jersey City, NJ 07302 | Dingman's Dairy<br>191 Pennsylvania Ave<br>Patterson, New Jersey 7503 |
| Jack's Candy<br>905 Murray Rd<br>East Hanover, NJ 7936 | Teachers Recipe Gourmet Produc<br>111 UNION AVE<br>LAKEHURST, NJ 8733 | TASTE BEAUTY<br>PO BOX 850<br>EDISON, NJ 8818 |
| WATCHITUDE LLC<br>24A JOYCE KLIMER AVE NORTH<br>New Brunswick, NJ 08901 | License 2 play<br>99 PARK AVENUE<br>NEW YORK, NY 10016 | Diversifed Licensing<br>750 Kappock Street<br># 105<br>Bronx, NY 10463 |
| EI ICE CREAM<br>701 ZEREGA AVENUE<br>BRONX, NY 10473 | ACE-ENDICO CORPORATION<br>80 INTERNATIONAL BLVD<br>BREWSTER, NY 10509 | ISCREAM<br>231 Croton Ave.<br>Cortlandt Manor, NY 10567 |
| Dorval Trading Co<br>PO Box 620<br>Nanuet, NY 10954 | Gadge<br>3000 Marcus Ave<br>Suite 3 E 03<br>Lake Success, NY 11042 | COOKIE DO, Inc.<br>51 Schermerhorn Street<br>Unit 1L<br>Brooklyn, New York 11201 |
| TOP TRENZ LLC<br>66 S 2ND ST<br>STE E<br>BAY SHORE, NY 11706 | Nassau Candy<br>530 West John Street<br>Hicksville, NY 11801 | Spin Master<br>300 INTERNATIONAL DRIVE<br>WILLIAMSVILLE, NY 14221 |
| Frankford Candy<br>9300 ASHTON ROAD<br>PHILDELPHIA, PA 19114 | Island Dogs<br>11407 Cronhill Drive<br>Ste F<br>Owings Mills, MD 21117 | Design Master Assoc<br>3005 John Deere Road<br>Toano, VA 23618 |
| GGb of Raleigh<br>2600 Sumner Blvd. Ste. 112<br>Raleigh, NC 27616 | GGB CANDIES<br>2600 SUMMER BLVD<br>STE 112<br>RALEIGH, NC 27616 | Bobbleheads dba Royal Bobbles<br>5885 SHILOH ROAD<br>SUITE 101<br>ALPHARETTA, GA 30005 |
| Pop Rocks<br>3379 Peachtree Road NE(Buckhead)<br>SUITE 555<br>ATLANTA, GA 30326 | Flex Beauty Labs<br>7512 DR PHILLIPS BLVD<br>SUITE 50-232<br>ORLANDO, FL 32819 | Las Olas Convections  Snack<br>1815 CYPRESS LAKE DR<br>ORLANDO, FL 32837 |

EXHIBIT 2

| | | |
|---|---|---|
| Anastasia<br>1815 Cypress Lake Dr.<br>ORLANDO, FL 32837 | Raindrops Enterprises LLC<br>1801 NE 123RD ST<br>SUITE 313<br>NORTH MIAMI, FL 33181 | Stribbons<br>2921 W CYPRESS CREEK RD<br>#101<br>FORT LAUDERDALE, FL 33309 |
| Jazwares<br>1067 SHOTGUN RD<br>SUNRISE, FL 33326 | Fun Sweets<br>3301 Electronics Way<br>Suite E<br>West Palm Beach, FL 33407 | Jim Spinx<br>204 37TH AVE N<br>BOX332<br>ST PETERSBURG, FL 33704 |
| Odd Sox<br>1277 South Highland<br>Clearwater, FL 33756 | Great Number One<br>13506 Summerport Village Pkwy<br>Suite #233<br>Windermere, FL 34786 | Creative Concepts<br>1500 Georgia Road<br>Suite A<br>Irondale, AL 35210 |
| Indianola Pecan<br>PO Box 367<br>Indianola, MS 38751 | Ripple Junction<br>P.O. Box 932056<br>Cleveland, OH 44193 | GOLD MEDAL PRODUCTS<br>10700 MEDALLION DRIVE<br>CINCINNATI, OHIO 45241 |
| Maud Borup Inc<br>3650 Annapolis Lane N<br>SUITE 101<br>Plymouth, MN 55447 | About Face Designs<br>1510 OLD DEERFIELD ROAD<br>SUITE 211<br>HIGHLAND PARK, IL 60035 | Mondelez Global LLC<br>PO BOX 4543<br>CHICAGO, IL 60673 |
| Liberty Distribution Company<br>290 E. El Prado Court<br>Chandler, AZ 85225 | Sin City Suckers<br>3330 West Hacienda Blvd.<br># 409<br>LAS VEGAS, NV 89118 | Vegas Image<br>3060 E POST RD<br>#140<br>LAS VEGAS, NV 89120 |
| Kimmie Candy Company<br>405 Edison Way<br>Reno, NV 89502 | Tokidoki<br>5655 W ADAMS BLVD<br>LOS ANGELES, CA 90016 | Master Toys Novelties<br>2355 E 37th St<br>Los Angeles, CA 90058 |
| Taste of Nature<br>2828 Donald Douglas Loop North<br>Suite A<br>Santa Monica, CA 90405 | Kids Namo Entertainment<br>16380 ROSCOE BLVD<br>MOA SUITE 120<br>VAN NUYS, CA 91406 | UCC Distributing Inc<br>2580 Pioneer Ave<br>#A<br>Vista, CA 92081 |
| STUDIO OH<br>8687 RESEARCH DRIVE<br>STE 150<br>IRVINE, CA 92618 | Urban Trend<br>85 ENTERPRISE<br>SUITE 310<br>ALISO VIEJO, CA 92656 | Hotlix Candy<br>P.O. BOX 447<br>GROVER BEACH, CA 93483 |
| Asian Food Grocer<br>50 W OHIO AVE<br>RICHMOND, CA 94804 | Play Visions<br>19180 144th Ave NE<br>Woodinville, WA 98072 | Funko<br>2802 WESTMORE AVE<br>EVERETT, WA 98201 |

Loungefly
2802 WETMORE AVE
EVERETT, WA 98201

Pez candy
PO Box 30087
New York, NY 10087-0087

LIBERTY COCA-COLA
BEVERAGES LL
PO BOX 780810
PHILADELPHIA, PA 19178-0810

KidRobot
PO BOX 1036
Charlotte, NC 28201-1036

Coca-Cola Consolidated, Inc,
PO Box 602937
Charlotte, NC 28260-2937

squire boone village inc
PO Box 711
New Albany, IN 47151-0711

Fred  Friends
Dept. CH 17745
Palatine, IL 60055-7745

Classic Imports
PO BOX 75359
Chicago, IL 60675-5359

GREAT LAKES COCA-COLA, LLC
PO BOX 809 809082
CHICHAGO, IL 60680-9082

Culture Fly
PO BOX 88926
CHICAGO, IL 60695-1926

Jelly Belly Candy Company
PO Box 742799
Los Angeles, CA 90074-2799

Thumbs Up (UK) Limited
Braintree Road
Ruislip, United Kingdom HA4 0EJ

Tarcor
167 Bentoak Cres
Thornhill, Ontario Canada L4J8S6