UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| IT'SUGAR FLORIDA 1 LLC, et al., | Case No.: 20-20259-RAM |
| | (Jointly Administered) |
| | Case No.: 20-20261-RAM |
| Debtors. | Case No.: 20-20263-RAM |
| _____/ | Case No.: 20-20264-RAM |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN THE JOINTLY ADMINISTERED CASES**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the joint committee of creditors holding unsecured claims:

SEE EXHIBIT "A"
ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 20th day of October 2020.

Nancy J. Gargula
United States Trustee
Region 21

By:  /s/   *Steven D. Schneiderman*
Steven D. Schneiderman
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Suite 1204
Miami, FL  33130
Tele:  (305) 536-7285
Fax:   (305) 536-7360
Steven.D.Schneiderman@usdoj.gov

**EXHIBIT "A"**

| Names and contact information | Email addresses |
|---|---|
| Ronald M. Tucker<br>Vice President /Bankruptcy Counsel<br>Simon Property Group, Inc., and its affiliates<br>225 West Washington Street<br>Indianapolis, IN  46204<br>Ph:  317-263-2346<br>Cell: 317-371-1787<br>Fax:  317-263-7901 | rtucker@simon.com |
| Minaz Ahamed. CEO<br>Jack's Candy Company<br>777 S. Central Ave.<br>Los Angeles, CA  90021<br>Ph:  213-622-9287<br>Fax: 213-689-4339 | Minaz@jackscandy.com |
| Julie Minnick Bowden<br>National Bankruptcy Director<br>Brookfield Properties Retail, Inc.<br>350 N. Orleans St., Suite #300<br>Chicago, IL  60654<br>Ph: 312-960-2707<br>Fax: 312-442-6374 | Julie.bowden@brookfieldpropertiesretail.com |
| Kevin Gottlieb<br>KRG Enterprises, Inc,<br>9901 Blue Grass Road<br>Philadelphia, PA  19114<br>Ph: 215-205-7040<br>Fax: 215-335-2448 | Kgottlieb@krgenterprises.com |
| Les Stier<br>Nassau Candy Distributors, Inc.<br>530 W. John St.<br>Hicksville, NY  11801<br>Ph:  516-433-7100 | Les.stier@nassaucandy.com |

**SERVICE LIST**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Joaquin J Alemany on behalf of Creditor Federal Realty Investment Trust
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor The Macerich Company
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Brian S Behar, Esq on behalf of Creditor ERST 1542 Third Avenue, LLC
bsb@bgglaw.net

David M Blau on behalf of Creditor Vestar DRM OPCO, LLC
dblau@clarkhill.com

David M Blau on behalf of Creditor Vestar RW Tempe Marketplace, LLC
dblau@clarkhill.com

Michael S Budwick, Esq on behalf of Debtor It'Sugar Atlantic City LLC
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael S Budwick, Esq on behalf of Debtor It'Sugar FL I LLC
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael S Budwick, Esq on behalf of Debtor It'Sugar FLGC LLC
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael S Budwick, Esq on behalf of Debtor It'Sugar LLC
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael S Budwick, Esq on behalf of Interested Party It'Sugar Atlantic City LLC
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael S Budwick, Esq on behalf of Interested Party It'Sugar FLGC LLC
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael S Budwick, Esq on behalf of Interested Party It'Sugar LLC
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

David S Catuogno on behalf of Creditor Broadway Mercer Associates
david.catuogno@klgates.com, caitlin.conklin@klgates.com

Andrew S Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Robert W Davis on behalf of Creditor Federal Realty Investment Trust
robert.davis@hklaw.com, tonya.berger@hklaw.com

Robert W Davis on behalf of Creditor The Macerich Company
robert.davis@hklaw.com, tonya.berger@hklaw.com

Daniel M Eliades on behalf of Creditor Broadway Mercer Associates
Daniel.eliades@klgates.com, caitlin.conklin@klgates.com

Daniel Gielchinsky on behalf of Creditor 117 Duval, LLC
dan@dyglaw.com

Eric S. Golden, Esq. on behalf of Creditor IMI Huntsville LLC
egolden@burr.com, jmorgan@burr.com

Ilan Markus on behalf of Creditor Pyramid Management Group, LLC
imarkus@barclaydamon.com, docketing@barclaydamon.com

Ilan Markus on behalf of Creditor Westfield, LLC
imarkus@barclaydamon.com, docketing@barclaydamon.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
ombankruptcy@mayorbankruptcy.com,
legalservices@pbctax.com;mayor.orfeliar100728@notify.bestcase.com

James C. Moon, Esq on behalf of Debtor It'Sugar FL I LLC
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Kristen N Pate on behalf of Creditor Brookfield Properties Retail, Inc.
bk@brookfieldpropertiesretail.com

Eric J Silver on behalf of Creditor SHL Holdings, Inc.
esilver@stearnsweaver.com,
rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com;Atty_arrazola@bluestylus.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com


Pier at Caesars, LLC
2100 Pacific Avenue
Atlantic City, NJ  08401