UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11

It'Sugar FL I LLC, *et al.,*                              Case No. 20-20259-RAM
                                                          (Jointly Administered)
            Debtors.
_____/

## NOTICE OF APPEARANCE

Fox Rothschild LLP and Pachulski Stang Ziehl & Jones LLP hereby enter their appearance as co-counsel for the Official Committee of Unsecured Creditors in the above-captioned jointly administered cases. Undersigned counsel respectfully request that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon the following:

| | |
|---|---|
| Heather L. Ries, Esquire<br>Michael J. Viscount, Jr., Esquire<br>Michael R. Herz, Esquire<br>**FOX ROTHSCHILD LLP**<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Tel: (561) 835-9600<br>Fax: (561) 835-9602<br>hries@foxrothschild.com<br>mviscount@foxrothschild.com<br>mherz@foxrothschild.com | Bradford J. Sandler, Esquire<br>Paul J. Labov, Esquire<br>Steven W. Golden, Esquire<br>Hayley R. Winograd, Esquire<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Tel: (212) 561-7700<br>Fax: (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>sgolden@pszjlaw.com<br>hwinograd@pszjlaw.com |

*(signature page follows)*

115530514.v1

| | |
|---|---|
| Dated:  October 27, 2020 | **FOX ROTHSCHILD LLP** <br> 777 South Flagler Drive <br> Suite 1700 West Tower <br> West Palm Beach, FL 33401 <br> Tel: (561) 835-9600 <br> Fax: (561) 835-9602 <br><br> By: */s/ Heather L. Ries* <br> Heather L. Ries <br> Florida Bar No. 581933 <br> Michael J. Viscount, Jr. (*Pro Hac Vice pending*) <br> Michael R. Herz (*Pro Hac Vice Pending*) <br> hries@foxrothschild.com <br> mviscount@foxrothschild.com <br> mherz@foxrothschild.com <br><br> and <br><br> **PACHULSKI STANG ZIEHL & JONES LLP** <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017-2024 <br> Tel: (212) 561-7700 <br> Fax: (212) 561-7777 <br> Bradford J. Sandler (*Pro Hac Vice pending*) <br> Paul J. Labov (*Pro Hac Vice pending*) <br> Steven W. Golden, Esquire (*Pro Hac Vice pending*) <br> Hayley R. Winograd, Esquire (*Pro Hac Vice pending*) <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> sgolden@pszjlaw.com <br> hwinograd@pszjlaw.com <br><br> *Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |

2

115530514.v1