

**ORDERED in the Southern District of Florida on December 17, 2020.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 20-20259-RAM
                                                    (Jointly Administered)
It'Sugar FL I LLC, *et al*.,
                                                    Chapter 11
         Debtors.
_____//


**FINAL ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF IT'SUGAR FL I LLC *ET AL* FOR APPROVAL OF THE
EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS
LEAD COUNSEL EFFECTIVE AS OF OCTOBER 23, 2020**

**THIS MATTER** came before the Court on the 10th day of November, 2020 at 3:00 p.m.,

in Miami, Florida, upon the Application of the Official Committee of Unsecured Creditors (the

"Committee") for Approval of Employment of Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as

Lead Counsel Effective as of October 23, 2020 [ECF No. 153] (the "Application"), *Interim Order*

*Authorizing the Retention and Employment of Pachulski Stang Ziehl & Jones LLP as Lead Counsel*

*to the Official Committee of Unsecured Creditors Effective as of October 23, 2020* was entered on

November 17, 2020 [ECF No. 162] ("Interim Order"), *Supplemental Declaration of Bradford J.*

*Sandler on Behalf of Pachulski Stang Ziehl & Jones LLP* [ECF 159] ("Supplement"), and

116140075.v3
Active\116809627.v1-12/14/20

Certificate of No Response and Request for Entry of Order [ECF No. 189] pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules").  The Court having reviewed the Application, the Declaration and Supplement of Bradford J. Sandler in support of the Application (the "Declaration"); the Court being satisfied based upon the representations made in the Application and the Declaration that (a) PSZ&J does not represent or hold any interest adverse to the Debtors or to the Estates with respect to the matter on which the Firm is to be employed and Local Rule 2014-1; (b) Bradford J. Sandler and PSZ&J are a "disinterested person" as defined in § 101(14) of the Bankruptcy Code and as required by § 327(a) of the Bankruptcy Code and Local Rule 2014-1; no written objections have been filed with the Court in response to the Application; due and proper notice of the Application and Interim Order having been provided, and after due deliberation and sufficient cause appearing therefore, it is accordingly

    **ORDERED AND ADJUDGED** as follows:

    1.    The Application is **APPROVED** effective as of October 23, 2020.

    2.    The Committee is authorized to employ and retain PSZ&J as counsel in accordance with the terms and conditions set forth in the Application and this Final Order.

    3.    PSZ&J shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Committee. PSZ&J will apply for compensation and reimbursement of costs.

116140075.v3
Active\116809627.v1-12/14/20

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation of this Order.

###

**Submitted by:**
Heather L. Ries, Esquire
FOX ROTHSCHILD LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Tel: (561) 835-9600
hries@foxrothschild.com

Attorney Heather L. Ries is directed to serve a copy of this order on the United States Trustee,
all parties who have filed appearances in this case, and shall file a certificate of service thereof.

3

116140075.v3
Active\116809627.v1-12/14/20