UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

It'Sugar FL I LLC, *et al*.,

      Debtors.
_____/

Case No. 20-20259-RAM
(Jointly Administered)

Chapter 11

## DEBTORS' MOTION TO EXTEND TIME WITHIN WHICH TO ASSUME OR REJECT LEASES OF NON-RESIDENTIAL REAL PROPERTY

*Hearing requested on January 11, 2021 at 10:00 a.m. along with other matters already set*

It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC ("**Debtors**"), by and through undersigned counsel, and pursuant to 11 U.S.C. § 365(d)(4), file this Motion to Extend Time within which to Assume or Reject Leases of Non-Residential Real Property (the "***Motion***"). In support, the Debtors state as follows:

1. On September 22, 2020 (the "***Petition Date***"), the Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

2. The Debtors operate as an integrated enterprise and are known throughout the industry as It'Sugar. It'Sugar is a specialty candy retailer whose products include bulk candy, candy in giant packaging, and licensed and novelty items. It'Sugar's portfolio includes approximately 100 retail locations across 28 states.

3. The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been sought or appointed.

4. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter

1

is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory predicate for the relief requested herein in 11 U.S.C. § 365(d)(4).

5. Pursuant to section 365(d)(4) of the Bankruptcy Code, the initial deadline to assume or reject the leases (collectively, the "*Leases*"), which constitute the leases of non-residential real property of the Debtors, is January 20, 2021 (120 days after the Petition Date).

6. The Debtors seek the entry of an order pursuant to 11 U.S.C. §365(d)(4) extending the Debtors' time within which to assume or reject the Leases for an additional 90 days up to and including April 20, 2021. Section 365(d)(4)(B)(i) allows the Court to extend the 120-day period for 90 days for cause. The term "cause" as used in section 364(d)(4) is not defined in the Bankruptcy Code. In determining whether cause exists for an extension of the assumption or rejection deadline, courts have relied on several factors, including (1) whether debtor is current on its lease obligations; (2) whether lease is primary asset of debtor; (3) whether debtor has failed to evaluate lease and/or propose plan of reorganization within reasonable period of time; and (4) whether lessor will be damaged beyond compensation available under the Bankruptcy Code due to the debtor's continued occupation of leased premises. *See, In re Beautyco, Inc.*, 307 B.R. 225, 231 (Bankr. N.D. Okla. 2004).

7. The Debtors are in meaningful discussions and negotiations with many landlords regarding lease modifications which will greatly enhance the Debtors' reorganization efforts. The Debtors intend to include in the plan process the assumption of numerous modified Leases, and the potential rejection of others, and need additional time to continue and complete this process.

WHEREFORE, the Debtors request that this Court enter an Order granting this Motion providing the Debtors through and including April 20, 2021, within which to assume or reject the Leases, and for any other relief this Court deems just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 22, 2020, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing upon the Registered Users set forth on the attached **Exhibit 1** and via U.S. Mail upon the parties listed on the Manual Notice List. A copy will be served by mail along with the Notice of Hearing once docketed and a certificate of service will be filed.

 s/ Joshua W. Dobin
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
Meaghan E. Murphy, Esquire
Florida Bar No. 102770
mmurphy@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for the Debtors in Possession*

**EXHIBIT 1**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**  joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Scott Andron**  sandron@broward.org, swulfekuhle@broward.org
- **Joseph H Baldiga**  bankrupt@mirickoconnell.com
- **Brian S Behar**  bsb@bgglaw.net
- **David M Blau**  dblau@clarkhill.com
- **Michael S Budwick**  mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **David S Catuogno**  david.catuogno@klgates.com, caitlin.conklin@klgates.com
- **Andrew S Conway**  aconway@taubman.com
- **Ryan E Davis**  rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com
- **Joshua W Dobin**  jdobin@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Daniel M Eliades**  Daniel.eliades@klgates.com, caitlin.conklin@klgates.com
- **Kate Foley**  kfoley@mirickoconnell.com
- **Robert C Furr**  ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com
- **Daniel Gielchinsky**  dan@dyglaw.com
- **Ronald E Gold**  rgold@fbtlaw.com, eseverini@fbtlaw.com;khardison@fbtlaw.com
- **Eric S. Golden**  egolden@burr.com, jmorgan@burr.com
- **Ilyse M. Homer**  ihomer@bergersingerman.com, efile@bergersingerman.com;mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com
- **Jeannie Kim**  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Ian J Kukoff**  ian.kukoff@blaxgray.com, kukoff.assistant@blaxgray.com;isabel.colleran@blaxgray.com
- **David Kupetz**  dkupetz@sulmeyerlaw.com
- **Robert L LeHane**  kdwbankruptcydepartment@kelleydrye.com
- **Ilan Markus**  imarkus@barclaydamon.com, docketing@barclaydamon.com
- **Orfelia M Mayor**  ecf@mayorbankruptcy.com, mayor.orfeliar100728@notify.bestcase.com
- **James C. Moon**  jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Kevin S Neiman**  kevin@ksnpc.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov

- **Chad S Paiva**    trustee.paiva@gmail.com, michaelbollingpa@gmail.com,sramirez.fbp@gmail.com
- **Kristen N Pate**    bk@brookfieldpropertiesretail.com
- **Hampton Peterson**    legalservices@PBCTax.com
- **Michael S Provenzale**    michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com
- **Heather L. Ries**    hries@foxrothschild.com, ralbert@foxrothschild.com
- **Grace E. Robson**    grobson@mrthlaw.com, mrthbkc@gmail.com,lgener@mrthlaw.com,grobson@ecf.courtdrive.com
- **Javier A Roldan Cora**    javier.roldancora@klgates.com
- **Steven D Schneiderman**    Steven.D.Schneiderman@usdoj.gov
- **Eric J Silver**    esilver@stearnsweaver.com, rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com;Atty_arrazola@bluestylus.com
- **Louis G Spencer**    louis@alexanderricks.com, dana@alexanderricks.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com
- **Michael S Waskiewicz**    mwaskiewicz@burr.com, sguest@burr.com
- **Gillian D Williston**    gillian.williston@troutman.com, fslecfintake@troutman.com;ethan.ostroff@troutman.com;richard.hagerty@troutman.com;carter.nichols@troutman.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Ricki S. Friedman**
1 Huckleberry Lane
Hewlett Harbor, NY 11557

**Steven W. Golden**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

**Leslie C. Heilman**
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034

**Michael R. Herz**
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960

**Indianola Pecan House Inc**
PO Box 367
Indianola, MS 38751

**Paul J. Labov**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

**Robert LeHane**
Kelly Drye & Warren LLP
101 Park Avenue, 29th Floor
New York, NY 10178

**Miami-Dade County Tax Collector**
Peter K. Cam, Tax Collector
c/o Alexis Gonzalez
200 NW 2nd Avenue, Suite 430
Miami, FL 33128

**Minnesota Department of Revenue**
POB 64447-BKY
St Paul, MN 55164-0447

**NEST International, Inc.**
Donald K Ludman, Esq
6 North Broad Street #100
Woodbury, NJ 08096

**Ernie Zachary Park**
13215 E Penn St #510
Whittier, CA 90602

**Playvisions Inc**
19180- 144th Ave NE
Woodinville, WA 98072

**Laurel D. Roglen**
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034

**Bradford J. Sandler**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

**Bradsford J. Sandler**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

**Stribbons**
2921 W Cypress Creek Rd #101
Ft. Lauderdale, FL 33309

**Troy Taylor**
c/o Algon Group
2457 Collins Ave PH 2
Miami Beach, FL 33140

**Tokidoki LLC**
5655 W Adams Blvd
Los Angeles, CA 90016

**Michael J. Viscount**
Fox Rothschild LLP
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401-7212

**Sean T. Wilson**
Kelley Drye & Warren LLP
101 Park Avenue, 27th Floor
New York, NY 10178

**Hayley R. Winograd**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024