UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER 20-20259 RAM |
| IT'Sugar FL I LLC DEBTOR. | JUDGE: Robert A. Mark |
| | CHAPTER 11 |

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)**

**FOR THE PERIOD**

**FROM 11.01.20 TO 11.30.20**

Comes now the above named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/S/ Joshua Dobin
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Aventura Mall
19501 Biscayne Blvd, Suite 1313
Aventura, FL 33180
561-962-3508

Attorney's Address
and Phone Number:

3200 Southeast Financial Center
200 South Biscane Blvd.
Miami, FL 33131
305-358-6363

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 11.01.20 AND ENDING 11.30.20

Name of Debtor: IT'Sugar FL I LLC    Case Number: 20-20259 RAM
Date of Petition: 9.22.20

| | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. | FUNDS AT BEGINNING OF PERIOD | $ - (a) | $ - (b) |
| 2. | RECEIPTS: | | |
| | A. Cash Sales | | |
| | Minus: Cash Refunds | | - |
| | Net Cash Sales | | - |
| | B. Accounts Receivable | | |
| | C. Other Receipts (See MOR-3) | | |
| | (If you receive rental income, you must attach rent roll.) | | |
| 3. | TOTAL RECEIPTS (Lines 2A+2B+2C) | - | - |
| 4. | TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | - | - |
| 5. | DISBURSEMENTS | | |
| | A. Advertising | 1,088.33 | 1,088.33 |
| | B. Bank Charges (See Attachment A) | - | 242.67 |
| | C. Contract Labor | - | - |
| | D. Fixed Asset Payments (not incl. in "N") | 12,537.25 | 12,537.25 |
| | E. Insurance | - | - |
| | F. Inventory Payments (See Attach. 2) | 260.39 | 260.39 |
| | G. Leases | - | - |
| | H. Manufacturing Supplies | 1,133.05 | 1,133.05 |
| | I. Office Supplies | - | - |
| | J. Payroll - Net (See Attachment B) | 13,765.68 | 32,574.95 |
| | K. Professional Fees (Accounting & Legal) | - | - |
| | L. Rent | - | - |
| | M. Repairs & Maintenance | - | - |
| | N. Secured Creditor Payments (See Attach. 2) | - | - |
| | O. Taxes Paid - Payroll (See Attachment B) | 1,037.65 | 3,842.65 |
| | P. Taxes Paid - Sales & Use (See Attachment 4C) | - | - |
| | Q. Taxes Paid - Other (See Attachment 4C) | - | - |
| | R. Telephone (See Attachment A) | 315.40 | 512.05 |
| | S. Travel & Entertainment | - | - |
| | Y. U.S. Trustee Quarterly Fees | - | 325.00 |
| | U. Utilities (See Attachment A) | 774.90 | 1,421.75 |
| | V. Vehicle Expenses | - | - |
| | W. Other Operating Expenses (See Attachment A) | 3,733.83 | 8,713.83 |
| 6. | TOTAL DISBURSEMENTS (Sum of 5A thru W) | 34,646.48 | 62,651.92 |
| 7. | ENDING BALANCE (Line 4 Minus Line 6) | $ (34,646.48) (c) | $ (62,651.92) (c) |

This Debtor's creditors include one landlord, Aventura Mall Venture and the Florida Department of Revenue. All payments are made by its parent, IT'Sugar LLC, and are included within IT'Sugar LLC's monthly operating reports and IT'Sugar LLC is paying all requisite UST Fees, as applicable, consistent with the Court's Final Order Granting, as Modified and in Part, Debtors' Emergency Motion For (A) Authority to (I) Maintain Bank Accounts and Continue to Use Existing Business Forms and Checks, and (II) Continue to Use Existing Cash Management System [ECF No. 156]

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 21st day of December, 2020

Anton Gladnikov, CFO

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**Attachment A: Detail of Disbursements by Vendor**

Payments made by It'Sugar LLC on Debtor's behalf:

| Payment Date | Vendor Name | Payment Category | Amount Paid | Catogory Subtotal |
|---|---|---|---|---|
| 11/6/2020 | FEDEX (1752-7149-0) | Advertising | $747.49 | |
| 11/11/2020 | FEDEX (1752-7149-0) | Advertising | $340.84 | $1,088.33 |
| 11/10/2020 | C2 Imaging LLC | Construction | $9,342.47 | |
| 11/17/2020 | Triangle Sign & Service LLC | Construction | $3,194.78 | $12,537.25 |
| 11/6/2020 | Nassau Candy | Inventory | $3.60 | |
| 11/6/2020 | Nassau Candy | Inventory | ($1.24) | |
| 11/6/2020 | FEDEX (1752-7149-0) | Inventory | $56.65 | |
| 11/6/2020 | FEDEX (1752-7149-0) | Inventory | $209.09 | |
| 11/13/2020 | ABOUT FACE DESIGNS | Inventory | $0.34 | |
| 11/16/2020 | Nassau Candy | Inventory | ($7.50) | |
| 11/16/2020 | Nassau Candy | Inventory | ($76.08) | |
| 11/20/2020 | Astor Chocolate Corporation | Inventory | $10.00 | |
| 11/24/2020 | JACK'S CANDY - NJ | Inventory | $193.62 | |
| 11/25/2020 | Jelly Belly Candy Company | Inventory | ($0.23) | |
| 11/25/2020 | KIDROBOT, LLC | Inventory | $102.00 | |
| 11/25/2020 | Nassau Candy | Inventory | ($52.56) | |
| 11/25/2020 | Nassau Candy | Inventory | ($177.30) | $260.39 |
| 11/6/2020 | ADT COMMERCIAL | Security | $3,682.94 | |
| 11/16/2020 | ADT COMMERCIAL | Security | $50.89 | $3,733.83 |
| 11/3/2020 | MAT TECH LLC | Supplies | $419.95 | |
| 11/6/2020 | Gadge USA, Inc. | Supplies | $139.78 | |
| 11/12/2020 | THE WEEKS LERMAN GROUP LLC | Supplies | $108.12 | |
| 11/17/2020 | ECOLAB INC. | Supplies | $389.49 | |
| 11/17/2020 | ECOLAB INC. | Supplies | $75.71 | $1,133.05 |
| 11/16/2020 | VECTOR INTELLIGENT SOLUTIONS LLC | Telecom | $118.75 | |
| 11/16/2020 | VECTOR INTELLIGENT SOLUTIONS LLC | Telecom | $196.65 | $315.40 |
| 11/4/2020 | WM  12-97664-03008 | Utilities | $280.85 | |
| 11/12/2020 | FPL-Florida Power & Light Company | Utilities | $494.05 | $774.90 |
| **Total** | | | **$19,843.15** | **$19,843.15** |

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | $          - | $          - |
| N/A | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| **TOTAL OTHER RECEIPTS** | $          - | $          - |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.) Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER DISBURSEMENTS** | $          - | $          - |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT B

## CHECK REGISTER- PAYROLL ACCOUNT

Name of Debtor:  **IT'Sugar FL I LLC**            Case Number: **20-20259 RAM**

Reporting Period beginning 11.01.20 and ending 11.30.20

NAME OF BANK: **Bank of America**    Branch: n/a

ACCOUNT NAME: **Payroll Account - DIP Case No. 20-20261**

ACCOUNT NUMBER: **8941**

PURPOSE OF ACCOUNT: PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 11/13/2020 | 460463 | 77 | Payroll | $ 2,111 |
| 11/13/2020 | 480491 | 77 | Payroll | $ 2,111 |
| 11/13/2020 | 460095 | 156 | Payroll | $ 1,836 |
| 11/13/2020 | 480096 | 156 | Payroll | $ 1,809 |
| 11/13/2020 | 460464 | 280 | Payroll | $ 432 |
| 11/13/2020 | 480492 | 280 | Payroll | $ 412 |
| 11/13/2020 | 460465 | 342 | Payroll | $ 504 |
| 11/13/2020 | 480493 | 342 | Payroll | $ 378 |
| 11/13/2020 | 460431 | 384 | Payroll | $ 1,780 |
| 11/27/2020 | 480451 | 384 | Payroll | $ 1,780 |
| 11/27/2020 | 460466 | 385 | Payroll | $ 655 |
| 11/27/2020 | 480495 | 385 | Payroll | $ 588 |
| 11/27/2020 | 38379227 | 650 | Payroll | $ 200 |
| 11/27/2020 | 480494 | 650 | Payroll | $ 208 |
| TOTAL |  |  |  | $ 14,803.33 |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: **IT'Sugar FL I LLC**    Case Number: **20-20259 RAM**

Reporting Period beginning 11.01.20 and ending 11.30.20

ACCOUNTS RECEIVABLE AT PETITION DATE:    $       -

**ACCOUNTS RECEIVABLE RECONCILIATION**
(include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance: | $       - | (a) |
| PLUS: Current Month New Billings | $       - | |
| MINUS: Collections During the Month | $       - | (b) |
| PLUS/MINUS: Adjustments of Write-offs | $       - | * |
| End of Month Balance | $       - | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total amount for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| N/A | | | | | (c) |

For any receivables in the "Over 90 Days" category, please provide the following

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| N/A | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR 2, Line 2B).
(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: **IT'Sugar FL I LLC**        Case Number: **20-20259 RAM**

Reporting Period beginning 11.01.20 and ending 11.30.20

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | $ - |
| N/A | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| TOTAL AMOUNT | | | | $0.00 (b) |

☐ **Check here is pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):**

| | | |
|---|---|---|
| Opening balance | $ - | (a) |
| PLUS: New Indebtedness Incurred This Month | $0.00 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ - | |
| PLUS/MINUS: Adjustments | $ - | * |
| Ending Month Balance | $ - | (c) |

*For any adjustments provided explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | $ - |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $ - (d) | | |

(a) This number is carried from last month's report. For the first report only, this number will be zero.
(b,c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSET REPORT**

Name of Debtor:  **IT'Sugar FL I LLC**          Case Number:  **20-20259 RAM**

Reporting Period beginning 11.01.20 and ending 11.30.20

## INVENTORY REPORT

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ - |
| INVENTORY RECONCILIATION: | |
| Inventory Balance at Beginning of Month | $ - (a) |
| PLUS: Inventory Purchased During Month | $ - |
| MINUS: Inventory Used or Sold | $ - |
| PLUS/MINUS: Adjustments or Write-downs | $ - * |
| Inventory on Hand at End of Month | $ - |

METHOD OF COSTING INVENTORY:   Lower cost or market value

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

## INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | = n/a * |

*Aging Percentages must equal 100%
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:          $ - (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION: (First Report Only):

| FIXED ASSETS RECONCILIATION: | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $ - (a)(b) |
| MINUS: Depreciation Expense | $ - |
| PLUS: New purchases | $ - |
| PLUS/MINUS: Adjustments or Write-downs | $ - * |
| Ending Monthly Balance | $ - |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  **IT'Sugar FL I LLC**  Case Number: **20-20259 RAM**

Reporting Period beginning 11.01.20 and ending 11.30.20

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | N/A | BRANCH: | N/A |
| ACCOUNT NAME: | N/A | ACCOUNT NUMBER: | N/A |
| PURPOSE OF ACCOUNT: | N/A | | |

| | |
|---|---|
| Ending Balance Per Bank Statement | $ - |
| Plus Total Amount of Outstanding Deposits | $ - |
| Minus Total Amount of Outstanding Checks and other debits | $ - * |
| Minus Service Charges | $ - |
| Ending Balance Per Check Register | $ - **(a) |

**\*Debit cards are used by** _____

**\*\*If Closing Balance is negative, provide explanation:**_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | $ - | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above includes:

| | |
|---|---|
| $ - | Transferred to Payroll Account |
| $ - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:  **IT'Sugar FL I LLC**  Case Number:  **20-20259 RAM**

Reporting Period beginning 11.01.20 and ending 11.30.20

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

TOTAL                                         $         -

**ATTACHMENT C**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: IT'Sugar FL I LLC    Case Number: 20-20259 RAM

Reporting Period beginning 11.01.20 and ending 11.30.20

Record all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement of business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Jeff Rubin | CEO | Salary | $ 28,846.00 |
| Anton Gladnikov | CFO | Salary | $ 13,846.00 |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period |  |  |
| Number hired during the period |  |  |
| Number terminated or resigned during period |  |  |
| Number of employees on payroll at end of period |  |  |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| United Healthcare | 1-800-651-5465 | 0918867 | Medical | 12/31/2020 | 1st of month |
| Metlife | 1-877-963-8932 | 5965643 | Dental | 12/31/2020 | 1st of month |
| VSP | 1-800-216-6248 | 30042094 | VSP | 12/31/2021 | Upon receipt of bill |
| Discovery Benefits | 1-877-765-8810 | 35696 | COBRA Administration | 10/1/2024 | 30th of month |
| HSA Bank | 1-866-357-5232 | 20-2138344 | HSA | 10/1/2022 | Upon receipt of bill |
| Cigna | 1-610-997-7337 | SGM604376c01 | Basic Life and AD&D | 1/1/2022 | End of Month |
| Cigna | 1-610-997-7337 | SGM604376c01 | Voluntary Life | 1/1/2022 | End of Month |
| Cigna | 1-610-997-7337 | SOL 602904c01 | Voluntary AD&D | 1/1/2022 | End of Month |
| Cigna | 1-610-997-7337 | VDT600992c01 | Short Term Disability | 1/1/2022 | End of Month |
| Cigna | 1-610-997-7337 | 0202138344-9000 | NY Mandated Disability and Paid Family Leave Administration | 1/1/2022 | End of Month |
| Cigna | 1-610-997-7337 | VTD600993c01 | Long Term Disability | 1/1/2022 | End of Month |
| AFLAC | 1-803-851-2293 | 000025892 | Critical Illness, Hospital Indemnity and Accident Insurance | 10/1/2021 | 10th of the month |
| ARAG | 1-800-247-4184 | 18587-0001-001 | Legal Benefits | 10/1/2022 | 15th of the month |
| Infoarmor | 1-800-789-2720 | 3716 | ID Theft | 10/1/2022 | End of the month |
| NFP Property & Casualty Services, Inc. | 1- 480-947-3556 | n/a | D&O | 8/10/2021 | Beginning of coverage |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| N/A |  |  |  |

[x] **Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Name of the Debtor: **IT'Sugar FL I LLC**        Case Number: **20-20259 RAM**

Reporting Period beginning 11.01.20 and ending 11.30.20

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (***attach closing statement***); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16