

**ORDERED in the Southern District of Florida on January 19, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

It'Sugar FL I LLC, *et al.*,

    Debtors.

_____/

Case No. 20-20259-RAM
(Jointly Administered)

Chapter 11

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE FOR AN EXTENSION OF EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES**

**THIS MATTER** came before the court on January 11, 2021, 10:00 a.m., upon the *Debtors' Motion Pursuant to Section 1121(d) of the Bankruptcy Code for an Extension of Exclusive Right to File a Plan of Reorganization and to Solicit Acceptances* [ECF No. 206] (the "***Motion***"). The Court having reviewed the Motion, the Court file and based upon the reasons set forth on the record which are incorporated here by reference, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion is **GRANTED** as set forth herein.

2.      The Debtors'[1] exclusive period within which only the Debtors may file a plan is extended, pursuant to section 1121(d) of the Bankruptcy Code, through and including March 23, 2021.

3.      The Debtors' exclusive period within which the Debtors may solicit acceptances of a plan is extended, pursuant to section 1121(d) of the Bankruptcy Code, through and including May 21, 2021.

4.      The extensions granted by this Order are without prejudice to the Debtors' right to seek further extensions from this Court.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

###

**Submitted By:**
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
MELAND BUDWICK, P.A.
*Counsel for Debtors in Possession*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:      (305) 358-6363
Telefax:           (305) 358-1221

**Copies Furnished To:**
Joshua W. Dobin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.