

**ORDERED in the Southern District of Florida on February 14, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                             Case No. 20-20259-RAM
                                                   (Jointly Administered)
It'Sugar FL I LLC, *et al*.,
                                                   Chapter 11
        Debtors.
_____/

### ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE CREDITORS' COMMITTEE

THIS CASE came before the Court for a hearing on shortened notice on February 10, 2021 at 10:00 a.m. on the *First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses To Pachulski Stang Ziehl & Jones LLP, As Co-Counsel to the Official Committee (the "Committee") of Unsecured Creditors For The Period October 23, 2020 to December 31, 2020* (the "First Interim Fee Application"). In the First Interim Fee Application, Committee's counsel ("PSZJ") seeks an award of fees in the amount of

119467981.v3
119546146.v1

$81,632.50 for services rendered in the period October 23, 2020 through December 31, 2020 (the "Application Period") and reimbursement of expenses in the amount of $632.79 for a total award sought in the amount of $82,265.29.

The Court, having reviewed the First Interim Fee Application, given parties-in-interest an opportunity to be heard in connection therewith, and determined that it is unopposed, does hereby

ORDER as follows:

1. The First Interim Fee Application is GRANTED.

2. PSZJ is awarded on an interim basis, compensation of fees in the amount of $65,306.00 (representing 80% of the fees requested) and expenses in the amount of $632.79 (representing 100% of expenses requested) which fees and expenses are authorized for immediate payment.

3. The fees authorized to be paid to PSZJ herein are without prejudice to PSZJ seeking award and payment of any and all such holdbacks in the Final Fee Application.

4. **The First Interim Fee Application was heard by this Court on shortened notice; accordingly, the Court shall review the First Interim Fee Application *de novo* upon the filing of a timely motion for rehearing by a party in interest objecting to the relief granted by this Order.**

\* \* \*

**Submitted by:**
Heather L. Ries, Esquire
FOX ROTHSCHILD LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Tel: (561) 835-9600
hries@foxrothschild.com
Attorney Heather L. Ries is directed to serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and shall file a certificate of service thereof.