UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No. 20-20259-RAM
                                                                      (Jointly Administered)
It'Sugar FL I LLC, *et al.*,
                                                                      Chapter 11
         Debtors.
_____/

## DEBTOR IT'SUGAR LLC'S EXPEDITED AGREED
## MOTION TO REJECT LEASE WITH KRG PARKSIDE II, LLC

*Expedited hearing requested on April 21, 2021 at 10:00am along with other matters set*

It'Sugar LLC (the **"Debtor"**[1]), pursuant to 11 U.S.C. § 365(d), moves this Court, on an agreed basis, for entry of an order authorizing the Debtor to reject an unexpired lease of nonresidential real property and, in support thereof, states:

### Jurisdiction and Venue

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of the Motion is proper under 28 U.S.C. § 1408 and 1409.

2. The statutory predicate for the relief requested herein is 11 U.S.C. § 365(d) of 11 U.S.C. § 101 *et seq.* (the "**Bankruptcy Code**").

### Procedural Background

3. On September 22, 2020 (the "*Petition Date*"), the Debtors filed their respective voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

---

[1] The "Debtors" or "It'Sugar" shall collectively refer to It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC.

1

4.	The Debtors are operating their business and managing their affairs as debtors-in-possession. 11 U.S.C. §§ 1107(a) and 1108.

5.	The Debtors operate as a single business and are known throughout the industry as It'Sugar. It'Sugar is a specialty candy retailer whose products include bulk candy, candy in giant packaging, and licensed and novelty items. It'Sugar's portfolio includes approximately 100 retail locations across 28 states.

6.	Pursuant to a lease agreement between the Debtor, as lessee, and KRG Parkside II, LLC (the "*Landlord*") as lessor (the "*Lease*"), dated June 10, 2014, the Debtor leases space located at 1164 Parkside Main Street, Cary, North Carolina, 27519 (the "*Premises*") for the operation of a retail store. The Lease term is through December 31, 2025.

7.	In its business judgment, the Debtor has determined that it is in its best interest, as well as the best interest of the estate and its creditors, to reject the Lease and vacate the Premises.

8.	Pursuant to 11 U.S.C. § 365(a), subject to Court approval, the Debtor may "assume or reject any executory contract or unexpired lease of the debtor" that was entered into prepetition. In determining whether or not a rejection is appropriate, the Debtor must employ the traditional "business judgment" standard. *In re Prime Motors Inns*, 124 B.R. 378 (Bankr. S.D. Fla.). In *Prime Motors Inns*, the Court held that the "[d]ebtor-in-possession's rejection of an executory contract is proper if it would be advantageous to debtor's estate."

9.	The Debtor, in its business judgment, believes that it is in the best interest of the Debtor, its estate and creditors that the Lease be rejected as it is burdensome and unnecessary to the Debtors and their operations. By agreement with the Landlord, the Debtor vacated the property and turned over possession to the Landlord on March 17, 2021.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order authorizing the Debtor to reject the Lease effective as of March 17, 2021 and granting such further relief this Court deems just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on April 16, 2021, via the Court's Notice of Electronic Filing on those parties listed on the attached **Exhibit 1**; via electronic mail upon Mark Bogdanowicz, Esq., Howard & Howard, 211 Fulton St., Ste. 600, Peoria, IL 61602; mbogdanowicz@howardandhoward.com; and via U.S. Mail upon: KRG Parkside II, LLC, Kite Realty Group, Attn: Vice President of Property Operations, 40 South Meridian, Suite 1100, Indianapolis, IN 46204.

    s/ Joshua W. Dobin
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
Meaghan E. Murphy, Esquire
Florida Bar No. 102770
mmurphy@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Debtors*

## EXHIBIT 1

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**  joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Scott Andron**  sandron@broward.org, swulfekuhle@broward.org
- **Joseph H Baldiga**  bankrupt@mirickoconnell.com
- **Brian S Behar**  bsb@bgglaw.net
- **David M Blau**  dblau@clarkhill.com
- **Michael S Budwick**  mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Andrew S Conway**  aconway@taubman.com
- **Ryan E Davis**  rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com
- **Joshua W Dobin**  jdobin@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Kate Foley**  kfoley@mirickoconnell.com
- **Robert C Furr**  ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com
- **Daniel Gielchinsky**  dan@dyglaw.com, tatiana@dyglaw.com
- **Ronald E Gold**  rgold@fbtlaw.com, eseverini@fbtlaw.com;khardison@fbtlaw.com
- **Eric S. Golden**  egolden@burr.com, jmorgan@burr.com
- **Ilyse M. Homer**  ihomer@bergersingerman.com, efile@bergersingerman.com;mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com
- **Jeannie Kim**  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Ian J Kukoff**  ian.kukoff@blaxgray.com, kukoff.assistant@blaxgray.com;isabel.colleran@blaxgray.com
- **David Kupetz**  dkupetz@sulmeyerlaw.com
- **Robert L LeHane**  kdwbankruptcydepartment@kelleydrye.com
- **Ilan Markus**  imarkus@barclaydamon.com, docketing@barclaydamon.com
- **James C. Moon**  jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Kevin S Neiman**  kevin@ksnpc.com
- **Ari Newman**  newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Chad S Paiva**  trustee.paiva@gmail.com, michaelbollingpa@gmail.com,sramirez.fbp@gmail.com

- **Kristen N Pate**    bk@brookfieldpropertiesretail.com
- **Hampton Peterson**    legalservices@PBCTax.com
- **Michael S Provenzale**    michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com
- **Heather L. Ries**    hries@foxrothschild.com, ralbert@foxrothschild.com
- **Grace E. Robson**    grobson@mrthlaw.com, mrthbkc@gmail.com,lgener@mrthlaw.com,grobson@ecf.courtdrive.com
- **Maria A. Santos**    maria.santos@ct.gov
- **Steven D Schneiderman**    Steven.D.Schneiderman@usdoj.gov
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com;Atty_arrazola@bluestylus.com
- **Steven J. Solomon**    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- **Louis G Spencer**    louis@alexanderricks.com, dana@alexanderricks.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com
- **Michael S Waskiewicz**    mwaskiewicz@burr.com, sguest@burr.com
- **Gillian D Williston**    gillian.williston@troutman.com, fslecfintake@troutman.com;ethan.ostroff@troutman.com;richard.hagerty@troutman.com;carter.nichols@troutman.com;christina.lesko@troutman.com
- **Stuart F Wilson-Patton**    stuart.wilson-patton@ag.tn.gov