UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                         Case No. 20-20259-RAM
                                                               (Jointly Administered)
It'Sugar FL I LLC, *et al.*,
                                                               Chapter 11
      Debtors.
_____/

**CERTIFICATE OF SERVICE AND NOTICE OF COMPLIANCE WITH
COURT ORDER WITH RESPECT TO SERVING CURE NOTICE**

It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (collectively, the "***Debtors***"), by and through undersigned counsel, in compliance with the *Order (I) Conditionally Approving The Disclosure Statement; (II) Approving The Ballot; (III) Setting A Date For A Consolidated Hearing On (A) Final Approval Of The Disclosure Statement And (B) Confirmation Of The Plan Of Reorganization; (IV) Establishing And Consolidating The Deadlines To File (A) Objections To The Disclosure Statement And (B) Objections To Confirmation Of The Plan Of Reorganization; (V) Approving The Procedures For Solicitation And Tabulation Of Votes On The Plan; (VI) Setting Various Deadlines; And (VII) Describing The Plan Proponents' Obligations* [ECF No. 317], the Debtors have provided notice of the proposed cure amount if any, for all non-residential real property leases being assumed upon the counterparty for each such lease (the ***"Cure Notice"***).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a notice of the proposed cure amount for unexpired non-residential real property lease was served on May 18, 2021, via U.S. Mail upon the parties listed on the attached **Exhibit 1**, and on May 21, 2021, via U.S. Mail upon the parties listed on the attached **Composite Exhibit 2**.

s/ Meaghan E. Murphy
Meaghan E. Murphy, Esquire
Florida Bar No. 102770
mmurphy@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Debtor-in-Possession*

117 Duval, LLC  
7820 Peters Road  
E-104  
Plantation, FL 33324-0000  

1880 Broadway Retail, LLC  
c/o Global Holdings Management (Us) Inc  
1250 Broadway  
38 FL  
New York, NY 10001-0000  

210 Muni, LLC  
430 West Broadway, Third Floor  
New York, NY 10012-0000  

3000 Ocean Front LLC  
Attn: Jason S. Klein, Esq.  
1500 Lawrence Avenue  
Ocean, NJ 07712-0000  

A Safe Keeping Self Storage Cmch, Inc.  
c/o Eric S. Goldstein Esquire  
4030 Ocean Heights Avenue  
Egg Harbor Township, NJ 08234-0000  

Anchorage Holdings, L.P.  
c/o Cbre Global Investors,  
800 Boylston Street  
Ste 2800  
Boston, MA 02199-0000  

Arundel Mills Ltd Partnership  
c/o M.S. Management Assoc, Inc.  
225 W Washington St  
Indianapolis, IN 46204-3438  

Ashkenazy Acquisition Corp.  
Attention: General Counsel,  
150 East 58Th Street  
39 FL  
New York, NY 10155-0000  

Barefoot Landing Commercial, LLC  
Attn: Lease Administration  
P.O. Box 7577  
Myrtle Beach, SC 29572-0000  

Baybrook Mall GGP MGMT Office  
500 Baybrook Mall  
Friendswood, TX 77546-0000  

Bayside Marketplace LLC  
Goldberg Weprin Finkel Goldstein LLP  
1501 Broadway, 22nd Floor  
New York, NY 10036-0000  

Broadway At The Beach, Inc.  
Attention: General Manager,  
1325 Celebrity Circle  
Myrtle Beach, SC 29577-0000  

Broadway Mercer Associates, a New York Partnership  
c/o K&L Gates LLP  
Daniel M. Eliades, Esq.  
One Newark Center, 10th Floor  
Newark, NJ 07102-0000  

Chelsea Orlando Development Limited Part  
c/o Simon Property Group, Inc.  
225 West Washington St  
Indianapolis, IN 46204-0000  

Chelsea Property Group  
Attn: Lease Administration  
105 Eisenhower Parkway  
Roseland, NJ 07068-0000  

Colorado Mills Mall Limited Partnership  
c/o M.S. Management Associates Inc.,  
225 West Washington St  
Indianapolis, IN 46204-3438  

Cooper House LLC  
c/o Jay Paul Company  
Attn: Asset Manager  
Four Embarcadero Center, Ste 3620  
San Francisco, CA 94111-0000  

COUNTRY CLUB PLAZA JV LLC  
200 E LONG LAKE ROAD  
SUITE 300  
BLOOMFIELD HILLS, MI 48304-0000  

Crocker Downtown Development Associates  
Crocker Downtown Development Associates  
110 N. Wacker Drive  
Chicago, FL 60606-0000  

Daytona Beach Property Holdings Retail, LLC  
c/o Kelsev Pincket. Corporate Counsel  
Intl Motor Sports Ctr  
One Davtona Blvd.  
Daytona Beach, FL 32114-0000  

Destin Commons, Ltd.  
Mario A. Romine, Esq.  
Turnberry Associates  
19501 Biscayne Blvd. Ste 400  
Aventura, FL 33180-0000  

Destiny USA Holdings, LLC  
c/o Barclay Damon LLP  
Attn: Kevin M. Newman  
Barclay Damon Tower, 125 E Jefferson St.  
Syracuse, NY 13202-0000  

Domain Northside Retail Property Owner LP  
Kevin S. Neiman, Esq.  
Law Offices of Kevin S. Neiman, pc  
999 18th St, Ste 1230 S  
Denver, CO 80202-0000  

Downtown At The Gardens Associates, Ltd.  
c/o Downtown Gardens Mgmt Company Llc  
5410 Edson Lane  
Ste 220  
Rockville, MD 20852-0000  

Easton Town Center II, LLC  
Lease Admin, c/o Steiner Re Services  
4016 Townsfair Way  
Ste 201  
Columbus, OH 43219-0000  

EklecCo NewCo LLC  
c/o Barclay Damon LLP  
Attn: Kevin M. Newman  
Barclay Damon Tower, 125 E Jefferson St.  
Syracuse, NY 13202-0000  

ESRT 1542 Third Avenue, LLC  
c/o Brian S. Behar, Esq.  
Behar, Gutt & Glazer, PA  
1855 Griffin Road, Suite A-350  
Ft Lauderdale, FL 33004-0000  

FAO ROC Holidings LLC  
Attn: General Counsel  
15 Cushing  
Irvine, CA 92618-0000  

Fashion Outlets at Foxwoods, LLC  
c/o Tanger Outlet Centers  
3200 Northline Avenue, Suite 360  
Attn: Kim Statham  
Greensboro, NC 27408-0000  

Fashion Outlets II LLC  
Dustin P. Branch, Esq.  
Ballard Spahr LLP  
2029 Century Park East, Suite 1400  
Los Angeles, CA 90067-2915  

EXHIBIT 1

Gart Properties LLC
229 Milwaukee St
Ste 501
Denver, CO 80206-0000

Grand Canal Shops II, LLC
c/o The Grand Canal Shoppes
350 N. Orleans Street
Suite 300
Chicago, IL 60654-0000

Grapevine Mills Mall Limited Partnertshi
c/o M.S. Management Associates
225 West Washington Street
Indianapolis, IN 46204-3438

HCW Private Development, LLC
Brian J. LaFlamme
Summers Compton Wells LLC
8909 Ladue Road
St. Louis, MO 63124-0000

HPC Gaslamp Square, LLC
Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

IMI Huntsville, LLC
c/o Barry O'Connor
11401 Century Oaks Terrace
Suite 240
Austin, TX 78758-0000

J.Q. Nova, LLC
502 N. Eau Claire Ave
Madison, WI 53705-0000

Jemal's Chinatown II, LLC
c/o Douglas Development Corporation
702 H Street, N.W.
Ste 400
Washington, DC 20001-0000

JGB Vegas Retail Lessee, LLC
General Manager, c/o Grand Bazaar Shops
3635 Las Vegas Blvd S
Las Vegas, NV 89109-0000

Jones Lang LaSalle Americas, Inc.
c/o Receiver: Ivl Group Address
24 Church Street
Montclair, GA 07042-0000

Jra Hhf Venture LLC
c/o Jeffrey R Anderson Real Estate, Inc.
3825 Edwards Road
Ste 200
Cincinnatti, AL 45209-0000

Kierland Crossing, LLC
Attn: General Counsel
180 East Broad St
21 FL
Columbus, OH 43215-0000

KRG/ATLANTIC DELRAY BEACH, LLC
MARK A. BOGDANOWICZ
211 FULTON STREET, STE. 600
PEORIA, IL 61602-0000

L&M, LLC
Attn: Leo Chiakouris
54 North Market Street
Charleston, SC 29401-0000

Legacy Place Properties LLC
c/o Joseph H Baldiga Esq
1800 West Park Dr #400
Westborough, MA 01581-0000

Liberty Center, LLC
John Taylor, General Manager
7100 Foundry Row, Suite 204
Liberty Township, OH 45069-0000

Madison Bay Street LLC
2001 Pennsylvania Avenue N.W.
10 FL
Washington, CA 20006-0000

Mall at Gurnee Mills, LLC
c/o M.S. Management Associates Inc.,
225 West Washington Street
Indianapolis, IN 46204-3438

Mall at Katy Mills, L.P.
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Market Street South LLC
c/o Joseph H Baldiga Esq
1800 West Park Dr #400
Westborough, MA 01581-0000

MCA Promenade Owner LLC
c/o Hill Partners, Inc.
2201 South Boulevard
Ste 400
Charlotte, NC 28203-0000

MOAC Mall Holdings LLC
Attn: Legal Dept.,
60 East Broadway
Bloomington, NY 55425-5550

MV Rolling Oaks Retail, LLC
Attn: Manager Of Retail Leasing
One Town Center Road
Ste 600
Boca Raton, FL 33486-0000

Opry Mills Mall Limited Partnership
c/o M.S. Management Associates Inc.,
225 West Washington Street
Indianapolis, IN 46204-3438

Orlando Outlet Owner LLC
c/o Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-0000

Phoenix Premium Outlets, LLC
Lease Services, c/o Simon Property Group
225 West Washington St
Indianapolis, IN 46204-0000

Pier at Caesars LLC
Karen Worman, Regional VP Finance
2100 Pacific Avenue
Atlantic City, NJ 08401-0000

PPF RTL Atlantic Town Center, LLC
Cornell Holmes, General Manager
1380 Atlantic Drive #14250
Atlanta, GA 30363-0000

Promenade Enterprises, L.P.
127 Esparta Way
Santa Monica, CA 90402-0000

Quiet Waters Business Park, LLC
Alston & Bird LLP
c/o David Wender
1201 W. Peachtree Street
Atlanta, GA 30309-0000

Riverwalk Marketplace (New Orleans), LLC
Gen Counsel, c/o The Howard Hughes Corp
13355 Noel Road
1 Galleria Tower
Dallas, TX 75240-0000

SRMF Town Square Owner LLC, Fairbourne P
Attn: George Manojlovic
1 East Wacker Drive
#2900
Chicago, IL 60601-0000

Sunrise Mills (MLP) Limited Partnership
c/o M.S. Management Associates Inc.,
225 West Washington St
Indianapolis, IN 46204-3438

Tanger Properties Limited Partnership
c/o Tanger Outlet Centers
3200 Northline Avenue, Suite 360
Attn: Kim Statham
Greensboro, NC 27408-0000

The Irvine Company LLC
Ernie Zachary Park
13215 E. Penn St. Suite 510
Whittier, CA 90602-0000

Vestar DRM-OPCO, LLC
Attn: President c/o Vestar Development
2425 East Camelback Rd
Ste 750
Phoenix, AZ 85016-0000

YAM Westgate
Quarles & Brady LLP
Attn: Jason Curry
2 N. Central Avenue
Phoenix, AZ 85004-2391

Singer Coney, LLC
Joseph Lee Matalon, Esq.
1602 Lawrence Ave
Ste 110
Ocean, NJ 07712-0000

Street Retail, Inc.
c/o Federal Realty Investment Trust
1626 East Jefferson St
Rockville, MD 20852−4041

Tanger National Harbor LLC
c/o Tanger Outlet Centers
3200 Northline Avenue, Suite 360
Attn: Kim Statham
Greensboro, NC 27408-0000

TAUBMAN AUBURN HILLS ASSOCIATES LP
200 E LONG LAKE ROAD
SUITE 300
BLOOMFIELD HILLS, MI 48304-0000

Universal Studios LLC dba Universal CityWalk Holly
Universal Studios LLC, Attn: Legal & Business
100 Universal City Plaza
Building 1155−6th Fl

Victoria Gardens Mall, LLC
Attn: Associate General Counsel, Leasing
600 Superior Avenue East
Ste 1500
Cleveland, OH 44114-0000

Southpoint Mall, LLC
c/o The Streets At SouthPOint,
350 N. Orleans St
Ste 300
Chicago, IL 60606-1607

Sundance East Partners, L.P.
c/o Reed Smith LLP
ATTN: Omar J. Alaniz
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201-0000

Tanger Outlets Deer Park, LLC
c/o Tanger Outlet Centers
3200 Northline Avenue, Suite 360
Attn: Kim Statham
Greensboro, NC 27408-0000

The Cannery Row Company, L.P.
555 Abrego Street
Monterey, CA 93940-0000

Vestar CPT Tempe Marketplace LLC
c/o Vestar, Attn: President - Management
2425 East Camelback Rd.
Ste 750
Phoenix, AZ 85016-0000

Walker Venice Properties, LLC
5417 Godbey Drive
La Canada, CA 91011-0000

| | | |
|---|---|---|
| Downtown Delray Holdings<br>15941 D'Alene Drive<br>Delray Beach, FL 33446 | Summerlin Center, LLC<br>Gen Counsel, c/o The Howard Hughes Corp<br>13355 Noel Road<br>1 Galleria Tower<br>Dallas, TX 75240 | Ameream LLC<br>c/o Ameream Mgmt LLC<br>One Meadowlands Plaza<br>6 FL<br>East Rutherford, NJ 7073 |
| Navy Pier, Inc.<br>Attn: President/CEO and General Counsel<br>600 East Grand Avenue<br>Chicago, IL 60611-6335 | Miami 26, LLC<br>c/o Goldman Properties<br>2214 NW 1st Place<br>2 FL<br>Miami, FL 33127 | SDQ Fee, LLC<br>c/o Ronald E. Gold<br>Frost Brown Todd LLC<br>301 East Fourth Street<br>Cincinnati, OH 45020-0000 |

COMPOSITE
EXHIBIT 2

Meridian CenterCal, L.L.C.
Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

SOCM I, LLC
Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Street Retail, Inc.
c/o Federal Realty Investment Trust
1626 East Jefferson St
Rockville, MD 20852−4041

Washingtonian Lake L.L.C.
General Counsel, c/o The Peterson Compan
12500 Fair Lakes Cir
Ste 400
Fairfax, VA 22033-0000