UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 20-20259-RAM
                                                    (Jointly Administered)
It'Sugar FL I LLC, *et al.*,
                                                    Chapter 11
        Debtors.
_____/

### NOTICE OF FILING SUMMARY NOTICE OF
### FINAL FEE APPLICATIONS AND HEARING THEREON

It'Sugar FL I LLC, It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (collectively, the "***Debtors***"), by and through undersigned counsel, give notice of estate professionals' final fee applications by the filing of this *Summary Notice of Fee Applications and Hearing Thereon* in accordance with the *Order (I) Conditionally Approving The Disclosure Statement; (II) Approving The Ballot; (III) Setting A Date For A Consolidated Hearing On (A) Final Approval Of The Disclosure Statement And (B) Confirmation Of The Plan Of Reorganization; (IV) Establishing And Consolidating The Deadlines To File (A) Objections To The Disclosure Statement And (B) Objections To Confirmation Of The Plan Of Reorganization; (V) Approving The Procedures For Solicitation And Tabulation Of Votes On The Plan; (VI) Setting Various Deadlines; And (VII) Describing The Plan Proponents' Obligations* [ECF No. 317] as follows:

**Date, Time and Hearing Location**
June 11, 2021 @ 10:00 a.m.
LOCATION:
**Video conference via Zoom Video Communications, Inc.**
To participate in the Consolidated Hearing, you must register in advance no later than 3:00 p.m. one business date before the date of the Consolidated Hearing. To register, click on the following link or manually enter the following link in a browser:
https://www.zoomgov.com/meeting/register/vJIsceyuqT4tE-yVagBR9KvKjNeqpKnWfbQ
For instructions regarding the video conference, please refer to the General Procedures for Hearings by Video Conference on Judge Mark's web page on the Court's website,
https://www.flsb.uscourts.gov/judges/judge-robert-mark

1

| Name of Applicant | Role | Type | ECF# | Entire Case Fees | Entire Case Expenses |
|---|---|---|---|---|---|
| Meland Budwick, P.A. | Debtors' Counsel | Final | 355 | $1,115,486.10 (not including Supplement) | $32,447.84 |
| Meland Budwick, P.A. | Debtors' Counsel | Supplement to Final [To be filed prior to 6/11/2021] | [To be filed prior to 6/11/2021] | TBD | TBD |
| The Law Firm of Ricki S. Friedman PLLC | Debtors' Special Counsel | Final | 353 | $67,165.00 (not including Supplement) | $0.00 |
| The Law Firm of Ricki S. Friedman PLLC | Debtors' Special Counsel | Supplement to Final [To be filed prior to 6/11/2021] | [To be filed prior to 6/11/2021] | TBD | TBD |
| Kopelowitz Ostrow P.A. | Debtors' Special Counsel | Final | 352 | $22,875.00 (not including Supplement) | $364.51 |
| Kopelowitz Ostrow P.A. | Debtors' Special Counsel | Supplement to Final [To be filed prior to 6/11/2021] | [To be filed prior to 6/11/2021] | TBD | TBD |
| Algon Capital, LLC d/b/a Algon Group | Debtors' CRO | Final | 354 | $875,118.28 (not including Supplement) | $0.00 |
| Algon Capital, LLC d/b/a Algon Group | Debtors' CRO | Supplement to Final [To be filed prior to 6/11/2021] | [To be filed prior to 6/11/2021] | TBD | TBD |
| Daszkal Bolton, LLP | Debtors' Tax Accountants | Final | 356 | $50,389.25 (not including Supplement) | $0.00 |
| Daszkal Bolton, LLP | Debtors' Tax Accountants | Supplement to Final [To be filed prior to 6/11/2021] | [To be filed prior to 6/11/2021] | TBD | TBD |

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

| Name of Applicant | Role | Type | ECF# | Entire Case Fees | Entire Case Expenses |
|---|---|---|---|---|---|
| Fox Rothschild LLP | Committee Counsel | Final | 369 | $46,948.00 (not including Supplement) | $1,814.62 |
| Fox Rothschild LLP | Committee Counsel | Supplement to Final [To be filed prior to 6/11/2021] | [To be filed prior to 6/11/2021] | TBD | TBD |
| Pachulski Stang Ziehl & Jones LLP | Committee Counsel | Final | 370 | $315,265.00 (not including Supplement) | $900.38 |
| Pachulski Stang Ziehl & Jones LLP | Committee Counsel | Supplement to Final [To be filed prior to 6/11/2021] | [To be filed prior to 6/11/2021] | TBD | TBD |

Dated: May 27, 2021.

 s/ Meaghan E. Murphy
Meaghan E. Murphy, Esquire
Florida Bar No. 102770
mmurphy@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Debtor-in-Possession*

3