UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 20-20259-RAM |
| | (Jointly Administered) |
| It'Sugar FL I LLC, *et al.*,[1] | |
| | Chapter 11 |
| Debtors. | |
| _____// | |

**SUPPLEMENT TO SECOND AND FINAL APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee") of It'Sugar FL I LLC and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby submits this Supplement (the "Supplement") to the *Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors* [Docket No. 370] (the "Final Fee Application").

1.  This Supplement adopts and incorporates all statements made in the Final Fee Application, as if set forth fully herein.

2.  This Supplement is submitted pursuant to 11 U.S.C. § 330 for the allowance and payment to PSZ&J of $107,850.00 for estimated fees and $318.13 for estimated expenses incurred between May 8, 2021 and June 8, 2021 (the "Supplemental Period"), for a total supplemental request of $108,168.13.

---

[1] The Debtors are It'Sugar FL I, LLC; It'Sugar LLC; It'Sugar Atlantic City LLC; and It'Sugar FLGC LLC.

3. In addition, PSZ&J requests an award of estimated fees and expenses from June 9, 2021 to the confirmation hearing in the amounts of $10,000.00 for fees and $150.00 for costs for a total award of $10,150.00.

| REQUEST FOR FINAL FEES AND EXPENSES | | | |
|---|---:|---:|---:|
| NAME OF PROFESSIONAL | FEES | EXPENSES | TOTAL |
| First Interim Fee Application | $81,632.50 | $632.79 | $82,265.29 |
| Final Fee Application | $233,632.50 | $267.59 | $233,900.09 |
| Estimated Supplement through 6/8/21 | $107,850.00 | $318.13 | $108,318.13 |
| Estimated Supplement through 6/9/21 through 6/11/21 | $10,000.00 | $150.00 | $20,150.00 |
| TOTAL | **$433,115.00** | **$1,368.51** | **$444,633.51** |

4. All of the services rendered by PSZ&J were performed for and on behalf of the Committee.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2

WHEREFORE, PSZ&J respectfully requests that it be allowed the full compensation and reimbursement of expenses sought under this Supplement and its Final Fee Application, plus estimated fees through the confirmation hearing as set forth below, including any holdbacks, deeming any and all interim fee awards final and directing the payment of any unpaid portion of the total awarded administration expense claim, and for such other and further relief as this Court deems just and proper.

Dated:  June 10, 2021

          PACHULSKI STANG ZIEHL & JONES LLP
          780 Third Avenue, 34th Floor
          New York, NY 10017-2024
          Telephone: (212) 561-7700
          Facsimile:  (212) 561-7777

          By:   /s/ *Bradford J. Sandler*
          Bradford J. Sandler, Esq. (admitted *pro hac vice*)
          Paul J. Labov, Esq. (admitted *pro hac vice*)
          Email:  bsandler@pszjlaw.com
                   plabov@pszjlaw.com

          *Lead Counsel to the Official Committee of Unsecured Creditors*

3

## **CERTIFICATION**

1. I have been designated by Pachulski Stang Ziehl & Jones LLP ("Applicant") as the professional with responsibility in this case for compliance with the *Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases* ("Guidelines").

2. I have read the Applicant's Supplement to the Final Fee Application.[1] The application complies with the Guidelines, and the fees and Expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for any expenditures, the Applicant is seeking reimbursement only for the actual expenditure and has not increased the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: none.

---

[1] Capitalized terms used but not defined herein will have the meanings assigned to them in the Supplement.

2

**I HEREBY CERTIFY** that the foregoing is true and correct.

                         */s/ Bradford J. Sandler*
                         Bradford J. Sandler

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Local Rule 2002-1(F), a true and correct copy of the foregoing Supplement was served to Registered Users via the Court's Notice of Electronic Filing as set forth on the attached **Exhibit A**. A copy will be served by U.S. Regular Mail along with the Notice of Hearing once docketed and a certificate of service will be filed.

                                                */s/ Bradford J. Sandler*
                                                    Bradford J. Sandler

**IT'SUGAR FL I LLC, *ET AL*.**
**CASE NO. 20-20259-RAM**

## ECF SERVICE LIST

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com

- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org

- **Joseph H Baldiga**   bankrupt@mirickoconnell.com

- **Brian S Behar**   bsb@bgglaw.net

- **David M Blau**   dblau@clarkhill.com

- **Michael S Budwick**   mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; mbudwick@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com

- **Andrew S Conway**   aconway@taubman.com

- **Ryan E Davis**   rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

- **Joshua W Dobin**   jdobin@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- **Kate Foley**   kfoley@mirickoconnell.com

- **Robert C Furr**   ltitus@furrcohen.com, atty_furrcohen@bluestylus.com; cworkinger@furrcohen.com;staff1@furrcohen.com

- **Daniel Gielchinsky**    dan@dyglaw.com, tatiana@dyglaw.com; dan_1836@ecf.courtdrive.com

- **Ronald E Gold**    rgold@fbtlaw.com, eseverini@fbtlaw.com; khardison@fbtlaw.com

- **Eric S. Golden**    egolden@burr.com, jmorgan@burr.com

- **Ilyse M. Homer**    ihomer@bergersingerman.com, efile@bergersingerman.com; mdiaz@bergersingerman.com; efile@ecf.inforuptcy.com

- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

- **Ian J Kukoff**    ian.kukoff@blaxgray.com, kukoff.assistant@blaxgray.com; isabel.colleran@blaxgray.com

- **David Kupetz**    dkupetz@sulmeyerlaw.com

- **Robert L LeHane**    kdwbankruptcydepartment@kelleydrye.com

- **Ilan Markus**    imarkus@barclaydamon.com, docketing@barclaydamon.com

- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com

- **Kevin S Neiman**    kevin@ksnpc.com

- **Ari Newman**    newmanar@gtlaw.com, perezan@gtlaw.com; mialitdock@gtlaw.com;miaecfbky@gtlaw.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **Chad S Paiva**    trustee.paiva@gmail.com, michaelbollingpa@gmail.com, sramirez.fbp@gmail.com

- **Kristen N Pate**    bk@brookfieldpropertiesretail.com

- **Hampton Peterson**    legalservices@PBCTax.com

- **Michael S Provenzale**    michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com

- **Heather L. Ries**    hries@foxrothschild.com, ralbert@foxrothschild.com

- **Grace E. Robson**    grobson@mrthlaw.com, mrthbkc@gmail.com, lgener@mrthlaw.com,grobson@ecf.courtdrive.com

DOCS_NY:43403.2 42847/002

- **Maria A. Santos**    maria.santos@ct.gov
- **Steven D Schneiderman**    Steven.D.Schneiderman@usdoj.gov
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com; larrazola@stearnsweaver.com; cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com; Atty_arrazola@bluestylus.com
- **Steven J. Solomon**    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com; Amador.Ruiz-Baliu@gray-robinson.com
- **Louis G Spencer**    louis@alexanderricks.com, dana@alexanderricks.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com; bankruptcy@simon.com
- **Michael S Waskiewicz**    mwaskiewicz@burr.com, sguest@burr.com
- **Gillian D Williston** gillian.williston@troutman.com, fslecfintake@troutman.com; ethan.ostroff@troutman.com; richard.hagerty@troutman.com; carter.nichols@troutman.com; christina.lesko@troutman.com
- **Stuart F Wilson-Patton**    stuart.wilson-patton@ag.tn.gov