

**ORDERED in the Southern District of Florida on June 15, 2021.**

                                                                                             **Robert A. Mark, Judge**
                                                                                             **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 20-20259-RAM |
| | (Jointly Administered) |
| It'Sugar FL I LLC, *et al*., | |
| | Chapter 11 |
| Debtors. | |
| _____/ | |

**ORDER GRANTING SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO HEATHER L. RIES, ESQUIRE, AS COUNSEL FOR CREDITORS' COMMITTEE**

THIS CASE came before the Court for a hearing on June 11, 2021 at 10:00 a.m. on the (i) *Second and Final Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses To Heather L. Ries, Esq. and The Law Firm Of Fox Rothschild LLP, As Co-Counsel to the Official Committee of Unsecured Creditors For The Period January 1, 2021 through May 20, 2021* [ECF No. 369] and (ii) *Supplement to Second and Final Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses To Heather L. Ries, Esq. and The*

123593293.2

*Law Firm Of Fox Rothschild LLP, As Co-Counsel to the Official Committee for the Period May 21, 2021 through June 11, 2021* [ECF No. 501] (collectively, the "Final Fee Application"). In the Final Fee Application, Fox Rothschild LLP ("Fox Rothschild") as co-counsel for the Official Committee of Unsecured Creditors (the "Committee") seeks an award of fees on a final basis in the amount of $53,104.00 for services rendered in the period January 1, 2021 through June 11, 2021 (the "Application Period") and reimbursement of expenses in the amount of $1,997.13, for a total award sought in the amount of $55,101.13 (the "Awarded Fees")..

The Court, having reviewed the Final Fee Application, given parties-in-interest an opportunity to be heard in connection therewith, and determined that it is unopposed, does hereby

ORDER AND ADJUDGE as follows:

1. The Final Fee Application is GRANTED.

2. Fox Rothschild is awarded on final basis the Awarded Fees.

3. The Debtors are authorized to immediately pay to Fox Rothschild $28,831.60 for fees and $641.57 for costs, which sums represent the difference between the Awarded Fees and any amounts previously paid to Fox Rothschild during the Application Period pursuant to previously approved interim applications.

4. All payments made to Fox Rothschild pursuant to its First Interim Application and any Monthly Fee Applications are hereby approved on a final basis.

# # #

**Submitted by:**
Heather L. Ries, Esquire
FOX ROTHSCHILD LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Tel: (561) 835-9600
hries@foxrothschild.com

123593293.2

Attorney Heather L. Ries is directed to serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and shall file a certificate of service thereof.

123593293.2