UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 20-20259-RAM
                                                    (Jointly Administered)
It'Sugar FL I LLC, *et al.*,[1]

                                                    Chapter 11

     Debtors.
_____//

**NOTICE OF FILING EXHIBIT TO SUPPLEMENT
TO SECOND AND FINAL APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

     Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the

Official Committee of Unsecured Creditors (the "Committee") of It'Sugar FL I LLC and its

affiliated debtors and debtors-in-possession (the "Debtors"), hereby files the attached **Exhibit 1**

to the *Supplement to Second and Final Application for Allowance and Payment of Compensation*

*and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the*

*Official Committee of Unsecured Creditors* [Docket No. 502].

Dated:  June 18, 2021

                      PACHULSKI STANG ZIEHL & JONES LLP
                      780 Third Avenue, 34th Floor
                      New York, NY 10017-2024
                      Telephone: (212) 561-7700
                      Facsimile:  (212) 561-7777

                      By:  _/s/ Bradford J. Sandler_
                      Bradford J. Sandler, Esq. (admitted *pro hac vice*)
                      Paul J. Labov, Esq. (admitted *pro hac vice*)
                      Email:  bsandler@pszjlaw.com
                                plabov@pszjlaw.com

                      *Lead Counsel to the Official Committee of Unsecured*
                      *Creditors*
                      *and*

---

[1] The Debtors are It'Sugar FL I, LLC; It'Sugar LLC; It'Sugar Atlantic City LLC; and It'Sugar FLGC LLC.

**FOX ROTHSCHILD LLP**
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Tel: (561) 835-9600
Fax: (561) 835-9602

By: */s/ Heather L. Ries*
Heather L. Ries
Florida Bar No. 581933
hries@foxrothschild.com

**<u>EXHIBIT 1</u>**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Local Rule 2002-1(F), a true and correct copy of the foregoing Supplement was served to Registered Users via the Court's Notice of Electronic Filing as set forth on the attached **Exhibit A**.  A copy will be served by U.S. Regular Mail along with the Notice of Hearing once docketed and a certificate of service will be filed.

*/s/ Bradford J. Sandler*
Bradford J. Sandler

IT'SUGAR FL I LLC, *ET AL*.
CASE NO. 20-20259-RAM

## ECF SERVICE LIST

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **Joseph H Baldiga**    bankrupt@mirickoconnell.com
- **Brian S Behar**    bsb@bgglaw.net
- **David M Blau**    dblau@clarkhill.com
- **Michael S Budwick**    mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; mbudwick@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com
- **Andrew S Conway**    aconway@taubman.com
- **Ryan E Davis**    rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com
- **Joshua W Dobin**    jdobin@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Kate Foley**    kfoley@mirickoconnell.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com; cworkinger@furrcohen.com;staff1@furrcohen.com
- **Daniel Gielchinsky**    dan@dyglaw.com, tatiana@dyglaw.com; dan_1836@ecf.courtdrive.com
- **Ronald E Gold**    rgold@fbtlaw.com,  eseverini@fbtlaw.com; khardison@fbtlaw.com
- **Eric S. Golden**    egolden@burr.com, jmorgan@burr.com

- **Ilyse M. Homer**    ihomer@bergersingerman.com,
  efile@bergersingerman.com; mdiaz@bergersingerman.com;
  efile@ecf.inforuptcy.com
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Ian J Kukoff**    ian.kukoff@blaxgray.com, kukoff.assistant@blaxgray.com;
  isabel.colleran@blaxgray.com
- **David Kupetz**    dkupetz@sulmeyerlaw.com
- **Robert L LeHane**    kdwbankruptcydepartment@kelleydrye.com
- **Ilan Markus**    imarkus@barclaydamon.com, docketing@barclaydamon.com
- **James C. Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com;
  jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com;
  phornia@ecf.courtdrive.com
- **Kevin S Neiman**    kevin@ksnpc.com
- **Ari Newman**    newmanar@gtlaw.com, perezan@gtlaw.com;
  mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Chad S Paiva**    trustee.paiva@gmail.com, michaelbollingpa@gmail.com;
  sramirez.fbp@gmail.com
- **Kristen N Pate**    bk@brookfieldpropertiesretail.com
- **Hampton Peterson**    legalservices@PBCTax.com
- **Michael S Provenzale**    michael.provenzale@lowndes-law.com,
  anne.fisher@lowndes-law.com
- **Heather L. Ries**    hries@foxrothschild.com, ralbert@foxrothschild.com
- **Grace E. Robson**    grobson@mrthlaw.com, mrthbkc@gmail.com,
  lgener@mrthlaw.com,grobson@ecf.courtdrive.com
- **Maria A. Santos**    maria.santos@ct.gov
- **Steven D Schneiderman**    Steven.D.Schneiderman@usdoj.gov
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;
  larrazola@stearnsweaver.com; cgraver@stearnsweaver.com;
  mfernandez@stearnsweaver.com; Atty_arrazola@bluestylus.com
- **Steven J. Solomon**    steven.solomon@gray-robinson.com,
  Ana.Marmanillo@gray-robinson.com; Amador.Ruiz-Baliu@gray-
  robinson.com
- **Louis G Spencer**    louis@alexanderricks.com, dana@alexanderricks.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;
  bankruptcy@simon.com
- **Michael S Waskiewicz**    mwaskiewicz@burr.com, sguest@burr.com
- **Gillian D Williston** gillian.williston@troutman.com,
  fslecfintake@troutman.com;  ethan.ostroff@troutman.com;

richard.hagerty@troutman.com; carter.nichols@troutman.com; christina.lesko@troutman.com

- **Stuart F Wilson-Patton**    stuart.wilson-patton@ag.tn.gov

EXHIBIT 1

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

|  |  |  |
|---|---|---|
|  | June 15, 2021 |  |
| BJS | Invoice | 127917 |
|  | Client | 42847 |
|  | Matter | 00002 |
|  |  | **BJS** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   06/15/2021

|  |  |
|---|---|
| FEES | $155,591.50 |
| EXPENSES | $318.13 |
| **TOTAL CURRENT CHARGES** | **$155,909.63** |
| **BALANCE FORWARD** | **$250,226.59** |
| **TOTAL BALANCE DUE** | **$406,136.22** |

Pachulski Stang Ziehl & Jones LLP

Page:     2

It's Sugar O.C.C.

Invoice 127917

42847    -00002

June 15, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1295.00 | 46.10 | $59,699.50 |
| JJK | Kim, Jonathan J. | Counsel | 995.00 | 34.80 | $34,626.00 |
| LAF | Forrester, Leslie A. | Other | 475.00 | 7.00 | $3,325.00 |
| LSC | Canty, La Asia S. | Paralegal | 460.00 | 20.80 | $9,568.00 |
| PJL | Labov, Paul John | Partner | 1095.00 | 41.60 | $45,552.00 |
| RJF | Feinstein, Robert J. | Partner | 1395.00 | 0.30 | $418.50 |
| WLR | Ramseyer, William L. | Counsel | 775.00 | 3.10 | $2,402.50 |
| | | | | 153.70 | $155,591.50 |

Pachulski Stang Ziehl & Jones LLP

It's Sugar O.C.C.

42847   -00002

Page:    3

Invoice 127917

June 15, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CO | Claims Admin/Objections[B310] | 3.80 | $4,701.00 |
| CPO | Comp. of Prof./Others | 0.80 | $1,036.00 |
| FF | Financial Filings [B110] | 0.20 | $259.00 |
| FN | Financing [B230] | 2.10 | $2,439.50 |
| PC | PSZ&J Compensation | 24.60 | $14,357.50 |
| PD | Plan & Disclosure Stmt. [B320] | 119.20 | $128,913.50 |
| TR | Travel | 3.00 | $3,885.00 |
| | | 153.70 | $155,591.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

It's Sugar O.C.C.

Invoice 127917

42847    - 00002

June 15, 2021

---

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Bloomberg | $253.69 |
| Lexis/Nexis- Legal Research [E | $60.94 |
| Pacer - Court Research | $3.50 |
| | $318.13 |

Pachulski Stang Ziehl & Jones LLP

Page:    5

It's Sugar O.C.C.

Invoice 127917

42847    -00002

June 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | | |
| 05/21/2021 | BJS | CO | Review claim objections (12) | 1.00 | 1295.00 | $1,295.00 |
| 05/21/2021 | BJS | CO | Various emails with J. Dobin regarding claim objections, cure notice | 0.10 | 1295.00 | $129.50 |
| 05/21/2021 | PJL | CO | Review and analyze pleadings, filed on the docket, including claim objections and notices of cure, in addition to correspondence from Debtors' counsel. | 1.10 | 1095.00 | $1,204.50 |
| 06/04/2021 | BJS | CO | Attention to asbestos claims | 0.30 | 1295.00 | $388.50 |
| 06/07/2021 | BJS | CO | Attention to asbestos resolution/insurance | 0.30 | 1295.00 | $388.50 |
| 06/07/2021 | BJS | CO | Various emails with Lowenstein regarding plan recoveries | 0.30 | 1295.00 | $388.50 |
| 06/08/2021 | BJS | CO | Attention to asbestos claim resolutions | 0.40 | 1295.00 | $518.00 |
| 06/08/2021 | BJS | CO | Various emails with M. Papandrea regarding claims, plan, distribution | 0.10 | 1295.00 | $129.50 |
| 06/09/2021 | BJS | CO | Attention regarding asbestos settlement/review | 0.10 | 1295.00 | $129.50 |
| 06/09/2021 | BJS | CO | Review various orders regarding claim objections | 0.10 | 1295.00 | $129.50 |
|  |  |  |  | **3.80** |  | **$4,701.00** |
| **Comp. of Prof./Others** | | | | | | |
| 05/15/2021 | BJS | CPO | Attention to fee applications | 0.20 | 1295.00 | $259.00 |
| 05/21/2021 | BJS | CPO | Review Kopelowitz fee statement | 0.10 | 1295.00 | $129.50 |
| 05/21/2021 | BJS | CPO | Review Friedman fee application | 0.10 | 1295.00 | $129.50 |
| 05/21/2021 | BJS | CPO | Review Kaye fee application | 0.10 | 1295.00 | $129.50 |
| 05/21/2021 | BJS | CPO | Review debtors' counsel's fee application | 0.10 | 1295.00 | $129.50 |
| 05/28/2021 | BJS | CPO | Various emails with M. Murphy regarding fee applications | 0.10 | 1295.00 | $129.50 |
| 06/14/2021 | BJS | CPO | Various emails with H. Reis regarding fee applications | 0.10 | 1295.00 | $129.50 |
|  |  |  |  | **0.80** |  | **$1,036.00** |
| **Financial Filings [B110]** | | | | | | |
| 05/05/2021 | BJS | FF | Review amended schedules | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     6

It's Sugar O.C.C.

Invoice 127917

42847    -00002

June 15, 2021

|  |  |  |  | 0.20 |  | $259.00 |
|---|---|---|---|---|---|---|

### Financing [B230]

| 05/13/2021 | BJS | FN | Review budget; various emails with debtors regarding same | 0.40 | 1295.00 | $518.00 |
|---|---|---|---|---|---|---|
| 05/13/2021 | PJL | FN | Review updated budget and discuss same with B. Sandler, also discuss upcoming dates as per Conditional Approval Order. | 1.40 | 1095.00 | $1,533.00 |
| 06/10/2021 | BJS | FN | Review budget/operations; various emails with P. Labov regarding same | 0.30 | 1295.00 | $388.50 |
|  |  |  |  | 2.10 |  | $2,439.50 |

### PSZ&J Compensation

| 05/16/2021 | LSC | PC | Begin preparation of final fee application. | 3.80 | 460.00 | $1,748.00 |
|---|---|---|---|---|---|---|
| 05/18/2021 | LSC | PC | Continued preparation of final fee application. | 2.10 | 460.00 | $966.00 |
| 05/19/2021 | LSC | PC | Continued preparation of final fee application. | 2.90 | 460.00 | $1,334.00 |
| 05/20/2021 | WLR | PC | Draft 2nd and final fee application | 2.20 | 775.00 | $1,705.00 |
| 05/20/2021 | WLR | PC | Draft 2nd and final fee application | 0.90 | 775.00 | $697.50 |
| 05/20/2021 | LSC | PC | Continued preparation of final fee application and preparation of exhibits.. | 6.70 | 460.00 | $3,082.00 |
| 05/21/2021 | BJS | PC | Review and revise PSZJ fee application | 0.30 | 1295.00 | $388.50 |
| 05/21/2021 | BJS | PC | Teleconference with P. Labov regarding fee application; various emails with La Asia Canty regarding same | 0.10 | 1295.00 | $129.50 |
| 05/21/2021 | PJL | PC | Review and revise Second and Final Fee Application. | 1.30 | 1095.00 | $1,423.50 |
| 06/10/2021 | BJS | PC | Review and revise PSZJ fee application; various emails with La Asia Canty/P. Labov regarding same; teleconference with P. Labov regarding same | 0.40 | 1295.00 | $518.00 |
| 06/10/2021 | LSC | PC | Prepare supplemental final fee application and correspond with B. Sandler and P. Labov re same. | 2.50 | 460.00 | $1,150.00 |
| 06/10/2021 | LSC | PC | Prepare materials for confirmation hearing. | 0.50 | 460.00 | $230.00 |
| 06/11/2021 | PJL | PC | Review and revise supplemental filing. | 0.90 | 1095.00 | $985.50 |
|  |  |  |  | 24.60 |  | $14,357.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    7

It's Sugar O.C.C.

Invoice 127917

42847    -00002

June 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Plan & Disclosure Stmt. [B320]

| 03/31/2021 | RJF | PD | Review revised confirmation order. | 0.30 | 1395.00 | $418.50 |
|---|---|---|---|---|---|---|
| 04/16/2021 | BJS | PD | Prepare for and conduct final UCC call | 1.00 | 1295.00 | $1,295.00 |
| 04/19/2021 | LSC | PD | Preparation of materials in connection with Plan and Disclosure Statement. | 2.30 | 460.00 | $1,058.00 |
| 05/02/2021 | BJS | PD | Research exculpation/release issues; various emails with P. Labov regarding same; teleconference with C. Mackle regarding same | 1.20 | 1295.00 | $1,554.00 |
| 05/03/2021 | BJS | PD | Teleconference with P. Labov regarding plan issues | 0.20 | 1295.00 | $259.00 |
| 05/03/2021 | BJS | PD | Teleconference with J. Dobin regarding plan issues | 0.20 | 1295.00 | $259.00 |
| 05/03/2021 | BJS | PD | Teleconference with E. Silver, J. Dobin regarding plan issues | 0.30 | 1295.00 | $388.50 |
| 05/03/2021 | BJS | PD | Various emails with PSZJ regarding plan issues, research | 0.30 | 1295.00 | $388.50 |
| 05/03/2021 | BJS | PD | Various emails with H. Reis regarding UCC solicitation letter | 0.20 | 1295.00 | $259.00 |
| 05/04/2021 | BJS | PD | Review disclosure statement order (revised); various emails with J. Dobin regarding same | 0.40 | 1295.00 | $518.00 |
| 05/04/2021 | BJS | PD | Review and revise UCC support letter to conform to disclosure statement | 0.20 | 1295.00 | $259.00 |
| 05/05/2021 | BJS | PD | Meeting with Mike B and Josh D regarding plan issues, litigation strategy | 2.00 | 1295.00 | $2,590.00 |
| 05/05/2021 | BJS | PD | Various emails with R. Solomon regarding confirmation hearing | 0.20 | 1295.00 | $259.00 |
| 05/06/2021 | BJS | PD | Review UST's objections in various cases regarding exculpation; various emails with M. Budwick/J. Dobin regarding UST's stated positions | 0.40 | 1295.00 | $518.00 |
| 05/07/2021 | BJS | PD | Review cases regarding plan issues; various emails with J. Kim regarding same | 0.50 | 1295.00 | $647.50 |
| 05/07/2021 | BJS | PD | Various emails with R. Solomon regarding plan | 0.10 | 1295.00 | $129.50 |
| 05/10/2021 | PJL | PD | Legal research and discussion with B. Sandler regarding exculpation provision and time period provided for in plan. | 1.70 | 1095.00 | $1,861.50 |
| 05/10/2021 | PJL | PD | Review of additional filings and discussion with B. Sandler regarding distribution and timing to | 0.30 | 1095.00 | $328.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

It's Sugar O.C.C.

Invoice 127917

42847    -00002

June 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | unsecured creditors. | | | |
| 05/11/2021 | JJK | PD | Review documents, research and prepare conf. brief insert re: plan issues. | 5.80 | 995.00 | $5,771.00 |
| 05/11/2021 | BJS | PD | Various emails with JK regarding exculpation | 0.20 | 1295.00 | $259.00 |
| 05/11/2021 | BJS | PD | Teleconference with P. Labov regarding exculpation | 0.30 | 1295.00 | $388.50 |
| 05/11/2021 | PJL | PD | Conference with B. Sandler regarding exculpation provision and strategy for confirmation, including review of Judge Drain decision in A&P and UST statements contained in objection to exculpation. | 1.60 | 1095.00 | $1,752.00 |
| 05/12/2021 | JJK | PD | Research re plan exculpations, releases, plan issues. | 3.30 | 995.00 | $3,283.50 |
| 05/13/2021 | JJK | PD | Conf. Sandler on plan/exculpation issues; consider same. | 0.50 | 995.00 | $497.50 |
| 05/13/2021 | JJK | PD | Research/review re: plan issues; prepare conf. brief insert. | 3.10 | 995.00 | $3,084.50 |
| 05/13/2021 | LAF | PD | Legal research re: Exculpation of professionals. | 1.00 | 475.00 | $475.00 |
| 05/13/2021 | BJS | PD | Teleconference with Peter Labov regarding plan; teleconference with Peter Labov/J. Dobin regarding plan | 0.30 | 1295.00 | $388.50 |
| 05/13/2021 | BJS | PD | Various emails with P. Labov regarding fee applications | 0.10 | 1295.00 | $129.50 |
| 05/13/2021 | BJS | PD | Teleconference with J. Kim regarding exculpation brief, legal issues | 0.40 | 1295.00 | $518.00 |
| 05/13/2021 | PJL | PD | Legal research on exculpation provisions in plan. | 2.20 | 1095.00 | $2,409.00 |
| 05/14/2021 | LAF | PD | Legal research re: Exculpation of professionals. | 0.30 | 475.00 | $142.50 |
| 05/14/2021 | BJS | PD | Various emails with J. Dobin regarding plan issues | 0.20 | 1295.00 | $259.00 |
| 05/14/2021 | PJL | PD | Conference with B. Sandler regarding exculpation provisions in Plan. | 0.40 | 1095.00 | $438.00 |
| 05/17/2021 | LAF | PD | Legal research re: Exculpation of professionals. | 3.90 | 475.00 | $1,852.50 |
| 05/17/2021 | BJS | PD | Various emails with P. Labov regarding exculpation, plan issues | 0.30 | 1295.00 | $388.50 |
| 05/17/2021 | BJS | PD | Various emails with Fox regarding ballots | 0.30 | 1295.00 | $388.50 |
| 05/17/2021 | PJL | PD | Discussion with B. Sandler regarding exculpation and other open issues with the Plan. | 0.90 | 1095.00 | $985.50 |
| 05/17/2021 | PJL | PD | Review of Great Scott International Ballot. | 0.20 | 1095.00 | $219.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    9

It's Sugar O.C.C.

Invoice 127917

42847    -00002

June 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/19/2021 | LAF | PD | Legal research re: Exculpation of professionals. | 1.80 | 475.00 | $855.00 |
| 05/19/2021 | BJS | PD | Teleconference with B. Boe regarding plan, distributions, post-confirmation claims | 0.50 | 1295.00 | $647.50 |
| 05/19/2021 | BJS | PD | Various emails with B. Boe regarding plan | 0.10 | 1295.00 | $129.50 |
| 05/19/2021 | BJS | PD | Various emails with J. Kim regarding exculpation | 0.30 | 1295.00 | $388.50 |
| 05/20/2021 | JJK | PD | Research and prepare conf. brief insert. | 3.20 | 995.00 | $3,184.00 |
| 05/20/2021 | BJS | PD | Review ballots | 0.10 | 1295.00 | $129.50 |
| 05/20/2021 | BJS | PD | Various emails with J. Minnick regarding ballots, plan | 0.10 | 1295.00 | $129.50 |
| 05/20/2021 | BJS | PD | Various emails with R. Tucker regarding plan | 0.10 | 1295.00 | $129.50 |
| 05/20/2021 | BJS | PD | Teleconference with R. Tucker regarding plan | 0.30 | 1295.00 | $388.50 |
| 05/21/2021 | JJK | PD | Research/analysis and prepare conf. brief insert. | 3.70 | 995.00 | $3,681.50 |
| 05/21/2021 | BJS | PD | Teleconference with P. Labov regarding plan issues | 0.30 | 1295.00 | $388.50 |
| 05/24/2021 | JJK | PD | Research re: plan/confirmation related issues and prepare confirm. brief insert. | 2.50 | 995.00 | $2,487.50 |
| 05/24/2021 | BJS | PD | Various emails with P. Labov regarding claims trading | 0.10 | 1295.00 | $129.50 |
| 05/24/2021 | PJL | PD | Review of filed ballots and critical dates from Order Conditionally Approving the Disclosure Statement. | 0.40 | 1095.00 | $438.00 |
| 05/25/2021 | JJK | PD | Research/analysis and prepare confirmation brief insert. | 3.80 | 995.00 | $3,781.00 |
| 05/25/2021 | BJS | PD | Various emails with JK, P. Labov regarding plan issues | 0.30 | 1295.00 | $388.50 |
| 05/25/2021 | BJS | PD | Attention to plan voting | 0.10 | 1295.00 | $129.50 |
| 05/25/2021 | PJL | PD | Legal research on exculpation provisions in plans. | 1.20 | 1095.00 | $1,314.00 |
| 05/26/2021 | JJK | PD | Research/analysis and prepare conf. brief insert. | 1.90 | 995.00 | $1,890.50 |
| 05/26/2021 | BJS | PD | Various emails with J. Minnick regarding ballots | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | PD | Various emails with H. Reis regarding ballots | 0.10 | 1295.00 | $129.50 |
| 05/26/2021 | PJL | PD | Review deadlines for filing various pleadings as per the Order Conditionally Approving the Disclosure Statement. | 0.20 | 1095.00 | $219.00 |
| 05/27/2021 | JJK | PD | Review/analysis and prepare confirmation brief | 3.40 | 995.00 | $3,383.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    10

It's Sugar O.C.C.

Invoice 127917

42847    -00002

June 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | insert. | | | |
| 05/27/2021 | BJS | PD | Attention to ballots, plan issues | 0.50 | 1295.00 | $647.50 |
| 05/27/2021 | BJS | PD | Various emails with H. Ries, Fox team regarding plan issues | 0.20 | 1295.00 | $259.00 |
| 05/27/2021 | PJL | PD | Conference with B. Sandler regarding open issues. | 0.40 | 1095.00 | $438.00 |
| 05/28/2021 | JJK | PD | Review/revise insert for conf. brief re: exculpation. | 2.10 | 995.00 | $2,089.50 |
| 05/28/2021 | BJS | PD | Attention to ballots, plan issues | 0.30 | 1295.00 | $388.50 |
| 05/28/2021 | BJS | PD | Review first draft of confirmation brief | 0.50 | 1295.00 | $647.50 |
| 05/28/2021 | PJL | PD | Review various decisions relating to exculpation provisions in plan. | 1.10 | 1095.00 | $1,204.50 |
| 06/01/2021 | BJS | PD | Review cases regarding exculpation | 2.00 | 1295.00 | $2,590.00 |
| 06/01/2021 | BJS | PD | Attention to ballots; various emails with FR regarding same | 1.00 | 1295.00 | $1,295.00 |
| 06/01/2021 | BJS | PD | Review and revise brief regarding exculpation | 1.50 | 1295.00 | $1,942.50 |
| 06/01/2021 | PJL | PD | Review and revise exculpation language insert. | 2.40 | 1095.00 | $2,628.00 |
| 06/01/2021 | PJL | PD | Conference with B. Sandler regarding strategy moving forward on plan and disclosure statement. | 0.40 | 1095.00 | $438.00 |
| 06/02/2021 | BJS | PD | Various emails with PSZJ regarding exculpation; various conferences with P. Labov regarding same; review and revise brief | 2.00 | 1295.00 | $2,590.00 |
| 06/02/2021 | BJS | PD | Various emails with J. Minnick regarding status of confirmation | 0.30 | 1295.00 | $388.50 |
| 06/02/2021 | BJS | PD | Review landlord's proposed language regarding confirmation | 0.20 | 1295.00 | $259.00 |
| 06/02/2021 | PJL | PD | Review and comment on proposed language from landlords to be included in plan, including discussion with B. Sandler regarding same. | 1.00 | 1095.00 | $1,095.00 |
| 06/02/2021 | PJL | PD | Review and revise brief on exculpation provisions. | 1.60 | 1095.00 | $1,752.00 |
| 06/03/2021 | BJS | PD | Attention to exculpation issues, confirmation brief | 1.50 | 1295.00 | $1,942.50 |
| 06/03/2021 | BJS | PD | Various emails with FR regarding ballots, summary | 0.30 | 1295.00 | $388.50 |
| 06/04/2021 | BJS | PD | Attention to confirmation issues; call with debtors/lender regarding confirmation | 2.00 | 1295.00 | $2,590.00 |
| 06/04/2021 | BJS | PD | Review updated ballots | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP

It's Sugar O.C.C.

42847   -00002

Page:   11

Invoice 127917

June 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/04/2021 | PJL | PD | Review and revise exculpation brief supplement and revise same. | 1.30 | 1095.00 | $1,423.50 |
| 06/04/2021 | PJL | PD | Legal research on exculpation and state law standard of care for attorney malpractice. | 3.30 | 1095.00 | $3,613.50 |
| 06/05/2021 | JJK | PD | Emails Labov, Sandler on plan brief issues; revise insert re: exculpation, etc., and related review/research. | 1.50 | 995.00 | $1,492.50 |
| 06/05/2021 | BJS | PD | Review and revise next turn of confirmation brief | 0.50 | 1295.00 | $647.50 |
| 06/05/2021 | BJS | PD | Review revised brief; various emails with JK/PL regarding same | 1.10 | 1295.00 | $1,424.50 |
| 06/07/2021 | BJS | PD | Teleconference with J. Dobin, E. Silver, P. Labov regarding plan; various conferences with J. Dobin regarding plan, teleconference with P. Labov regarding same; review and revise proposed plan language | 1.00 | 1295.00 | $1,295.00 |
| 06/07/2021 | BJS | PD | Attention to ballots | 0.10 | 1295.00 | $129.50 |
| 06/07/2021 | PJL | PD | Review and amend Indemnification provision in plan, including discussion with Debtors' and SHL counsel regarding exculpation provisions, including further discussion with B. Sandler regarding scope of indemnification and conference with J. Dobin regarding scope of indemnification provision. | 1.80 | 1095.00 | $1,971.00 |
| 06/08/2021 | BJS | PD | Teleconference with J. Dobin regarding plan supplements; second call regarding same | 0.30 | 1295.00 | $388.50 |
| 06/08/2021 | BJS | PD | Review Troy's declaration | 0.20 | 1295.00 | $259.00 |
| 06/08/2021 | BJS | PD | Various emails with R. Solomon regarding ballots | 0.20 | 1295.00 | $259.00 |
| 06/08/2021 | PJL | PD | Review and revise various plan documents in furtherance of Confirmation Hearing. | 2.80 | 1095.00 | $3,066.00 |
| 06/09/2021 | BJS | PD | Attention to plan issues, confirmation | 0.50 | 1295.00 | $647.50 |
| 06/09/2021 | BJS | PD | Review plan; variuos emails with P. Labov regarding plan language; teleconference with debtors/UCC regarding releases; various conferences with J. Dobin regarding plan, various conferences with P. Labov regarding plan | 1.50 | 1295.00 | $1,942.50 |
| 06/09/2021 | BJS | PD | Begin reviewing confirmation order; review disclosure statement transcript sent by debtors | 0.50 | 1295.00 | $647.50 |
| 06/09/2021 | PJL | PD | Review of correspondence from J. Dobin regarding updated plan and disclosure statement, including | 3.60 | 1095.00 | $3,942.00 |

Pachulski Stang Ziehl & Jones LLP

It's Sugar O.C.C.

42847    -00002

Page:    12

Invoice 127917

June 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | internal and external discussion with B. Sandler regarding revisions to same and review of April 30, 2021 Transcript, including changes to the Plan and Disclosure Statement. | | | |
| 06/10/2021 | BJS | PD | Various conferences with debtors regarding plan issues; teleconference with debtors/UST regarding plan; various emails with counsel regarding plan revisions; various conferences with P. Labov regarding plan, confirmation | 2.00 | 1295.00 | $2,590.00 |
| 06/10/2021 | BJS | PD | Prepare for confirmation hearing | 1.00 | 1295.00 | $1,295.00 |
| 06/10/2021 | BJS | PD | Various conferences with J. Dobin, M. Budwick regarding settlement/UST | 0.50 | 1295.00 | $647.50 |
| 06/10/2021 | BJS | PD | Review revised confirmation order from debtors | 0.40 | 1295.00 | $518.00 |
| 06/10/2021 | BJS | PD | Review SHL's revisions to confirmation order | 0.30 | 1295.00 | $388.50 |
| 06/10/2021 | PJL | PD | Review and revise plan, confirmation order. | 3.40 | 1095.00 | $3,723.00 |
| 06/10/2021 | PJL | PD | Conference with internal team, Debtors' counsel Lender's counsel and Counsel for UST at various points throughout day, regarding indemnification, release, and exculpation language. | 2.90 | 1095.00 | $3,175.50 |
| 06/11/2021 | BJS | PD | Prepare for and attend confirmation hearing | 2.50 | 1295.00 | $3,237.50 |
| 06/11/2021 | BJS | PD | Various emails with UCC regarding results of confirmation | 0.50 | 1295.00 | $647.50 |
| 06/11/2021 | PJL | PD | Prepare for and attend Confirmation Hearing. | 1.80 | 1095.00 | $1,971.00 |
| 06/14/2021 | BJS | PD | Review revised confirmation order | 0.50 | 1295.00 | $647.50 |
| | | | | **119.20** | | **$128,913.50** |

**Travel**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/05/2021 | BJS | TR | Travel to Miami for meeting with debtors (bill at 50% time) | 1.50 | 1295.00 | $1,942.50 |
| 05/05/2021 | BJS | TR | Return travel from Miami (bill at 50% time) | 1.50 | 1295.00 | $1,942.50 |
| | | | | **3.00** | | **$3,885.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                         **$155,591.50**

Pachulski Stang Ziehl & Jones LLP

It's Sugar O.C.C.

42847   -00002

Page:    13

Invoice 127917

June 15, 2021

### **Expenses**

| | | | |
|---|---|---|---:|
| 05/10/2021 | LN | 42847.00002 Lexis Charges for 05-10-21 | 6.52 |
| 05/10/2021 | LN | 42847.00002 Lexis Charges for 05-10-21 | 6.26 |
| 05/11/2021 | LN | 42847.00002 Lexis Charges for 05-11-21 | 19.75 |
| 05/11/2021 | LN | 42847.00002 Lexis Charges for 05-11-21 | 3.50 |
| 05/13/2021 | LN | 42847.00002 Lexis Charges for 05-13-21 | 6.52 |
| 05/17/2021 | LN | 42847.00002 Lexis Charges for 05-17-21 | 6.13 |
| 05/19/2021 | BB | 42847.00002 Bloomberg Charges through 05-19-21 | 253.69 |
| 05/19/2021 | LN | 42847.00002 Lexis Charges for 05-19-21 | 12.26 |
| 06/15/2021 | PAC | Pacer - Court Research | 3.50 |

**Total Expenses for this Matter**                         **$318.13**

Pachulski Stang Ziehl & Jones LLP

It's Sugar O.C.C.

42847    - 00002

Page:    14

Invoice 127917

June 15, 2021

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    06/15/2021

**Total Fees**                                                                  **$155,591.50**

**Total Expenses**                                                                  **318.13**

**Total Due on Current Invoice**                                          **$155,909.63**

**Outstanding Balance from prior invoices as of**    **06/15/2021**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126963 | 12/31/2020 | $81,632.50 | $632.79 | $16,326.50 |
| 127802 | 05/07/2021 | $233,632.50 | $267.59 | $233,900.09 |

**Total Amount Due on Current and Prior Invoices:**                      **$406,136.22**