

**ORDERED in the Southern District of Florida on June 18, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                    Case No. 20-20259-RAM
                                          (Jointly Administered)
It'Sugar FL I LLC, *et al.*,[1]

                                          Chapter 11

        Debtors.
_____//

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

        THIS CASE came before the Court for a hearing on June 11, 2021 at 10:00 a.m. on the

(i) *Second and Final Application for Allowance and Payment of Compensation and*

*Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official*

*Committee of Unsecured Creditors* [Docket No. 370] and (ii) *Supplement to Second and Final*

*Application for Allowance and Payment of Compensation and Reimbursement of Expenses of*

*Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured*

---

[1] The Debtors are It'Sugar FL I, LLC; It'Sugar LLC; It'Sugar Atlantic City LLC; and It'Sugar FLGC LLC.

*Creditors* [Docket No. 502] (the "Supplement").  In the Final Fee Application, Pachulski Stang

Ziehl & Jones LLP ("PSZ&J") as counsel for the Official Committee of Unsecured Creditors

(the "Committee") seeks an award of fees on a final basis in the amount of $389,224.00 for

services rendered in the period January 1, 2021 through June 14, 2021 (the "Application Period")

and reimbursement of expenses in the amount of $585.72, for a total award sought in the amount

of 389,809.72 (the "Awarded Fees").[2]

The Court, having reviewed the Final Fee Application, given parties-in-interest an

opportunity to be heard in connection therewith, and determined that it is unopposed, does

hereby

ORDER AND ADJUDGE as follows:

1.    The Final Fee Application is GRANTED.

2.    PSZ&J is awarded on final basis the Awarded Fees.

3.    The Debtors are authorized to immediately pay to PSZ&J $405,550.50[3] for fees

and $585.72 for costs, which sums represent the difference between the Awarded Fees and any

amounts previously paid to PSZ&J during the Application Period pursuant to previously

approved interim applications.

4.    All payments made to PSZ&J pursuant to its First Interim Application and any

Monthly Fee Applications are hereby approved on a final basis.

# # #

---

[2] In the Supplement, PSZ&J sought an estimated award of fees in the amount of $351,482.50 for services rendered and reimbursement of expenses in the amount of $735.72, for a total award sought in the amount of $352,218.22.
[3] This amount is inclusive of $16,326.50, which represents the holdback amount in the *Order Granting First Interim Fee Application For Allowance and Payment of Compensation and Reimbursement of Expenses to Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Creditors' Committee* [Docket No. 263].

**Submitted by:**
Heather L. Ries, Esquire
FOX ROTHSCHILD LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Tel: (561) 835-9600
hries@foxrothschild.com


Attorney Heather L. Ries is directed to serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and shall file a certificate of service thereof.